```
                        United States Bankruptcy Court
                        Middle District of Pennsylvania
In re:                                                          Case No. 17-02392-JJT
Anjaneyulu Uppala                                               Chapter 13
       Debtor                   CERTIFICATE OF NOTICE
District/off: 0314-5     User: DDunbar           Page 1 of 2              Date Rcvd: Jul 24, 2017
                         Form ID: ntnew341       Total Noticed: 61


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 26, 2017.
db          +Anjaneyulu Uppala,    400 Bobcat Lane,   S. Abington Twp., PA 18411-9158
cr          +Fairway Consumer Discount Company,   c/o Chariton, Schwager & Malak,   138 South Main Street,
              P.O. Box 910,   Wilkes Barre, PA 18703-0910
4931373    #+Bank Of America,   Nc4-105-03-14,   Po Box 26012,   Greensboro, NC 27420-6012
4931374     +Brigid E. Carey, Esq.,    P.O. Box 4466,   Scranton, PA 18505-6466
4931376     +Chase Card,   Attn: Correspondence Dept,    Po Box 15298,   Wilmington, DE 19850-5298
4931377     +Chase Card Services,   Attn: Correspondence,    Po Box 15278,   Wilmington, DE 19850-5278
4931378     +Chizkaya Kalmanowitz,   10 Getzil Berger Blvd. #302,    Monroe, NY 10950-6319
4931379     +Citibank/The Home Depot,    Citicorp Cr Srvs/Centralized Bankruptcy,   Po Box 790040,
              S Louis, MO 63179-0040
4931380     +Citicards Cbna,   Citicorp Credit Svc/Centralized Bankrupt,    Po Box 790040,
              Saint Louis, MO 63179-0040
4931381     +City of Scranton,   c/o Northeast Revenue Service,    Attn: Delinquent Waste Disposal,
              340 N. Washington Ave.,   Scranton, PA 18503-1546
4931382     +City of Scranton Tax Office,    1170 Hwy. 315, Ste. 2,   Plains, PA 18702-6906
4931384     +Donna Donaher, Esq.,    First National Bank,   One North Shore Center,   12 Federal St., 1st Fl.,
              Pittsburgh, PA 15212-5753
4931385     +Fairway Consumer Discount Company,    8 Marion St.,   Luzerne, PA 18709-1419
4931387     +Fidelity Deposit & Discount Bank,    338 N. Washington St.,   Scranton, PA 18503-1554
4931386     +Fidelity Deposit & Discount Bank,    101 N. Blakely St.,   Dunmore, PA 18512-1900
4931388     +First Bank Puerto Rico,   Attn: Bankruptcy,    9795 S Dixie Hwy,   Pinecrest, FL 33156-2806
4931389     +First National Bank of Pennsylvania,    One North Shore Center,   12 Federal St., Suite 105,
              Pittsburgh, PA 15212-5753
4931390      Fitzpatrick Lentz & Bubba, PC,    4001 Schoolhouse Lane,   PO Box 219,
              Center Valley, PA 18034-0219
4931391     +Fox Capital, Inc.,   140 Broadway,    46th Floor,   New York, NY 10005-1155
4942687     +Itria Ventures LLC,   c/o John J. Winter, Esquire,    The Chartwell Law Offices, LLP,
              970 Rittenhouse Road, Suite 300,    Eagleville, PA 19403-2265
4931392     +Itria Ventures, LLC,   462 7th Ave., 20th Floor,    New York, NY 10018-7423
4931395     +JR Petroleum,   400 Bobcat Lane,    South Abington Twp., PA 18411-9158
4931393     +Jaydeen Corporation,   451 St. Pauls Ave.,    Jersey City, NJ 07306-6108
4931394     +Jeffrey W. Nepa, Esq.,    41 N. Main St.,   Carbondale, PA 18407-2357
4931397     +KML Law Group, P.C.,    Ste 5000 BNY Mellon Independence Ct,    701 Market St.,
              Philadelphia, PA 19106-1538
4931398     +LA Commercial Services, LLC,    1006 Pittston Ave.,   Scranton, PA 18505-4109
4931399     +Lackawanna County Tax Claim Bureau,    135 Jefferson Ave.,   Scranton, PA 18503-1716
4931400     +Liberty Petroleum Distributors,    1492 Oliver Rd.,   New Milford, PA 18834-7591
4931404     +MRS Associates,    1930 Olney Ave.,   Cherry Hill, NJ 08003-2016
4931403     +Mercedes-Benz Financial,    Po Box 685,   Roanole, TX 76262-0685
4944352     +Mercedes-Benz Financial Services USA LLC,    c/o BK Servicing, LLC,   PO Box 131265,
              Roseville, MN 55113-0011
4931405     +Mulligan Funding,    4619 Viewridge Ave.,   San Diego, CA 92123-5611
4931410      PPL,   827 Hausman Rd.,    Allentown, PA 18104-9392
4931828     +PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
4931406     +Penn East FCU Administration Office,    1300 Meylert Ave., Suite 201,   Scranton, PA 18509-2267
4931407      Pennsylvania American Water,    P.O. Box 371412,   Pittsburgh, PA 15250-7412
4931409     +Pnc Bank,   Attn: Bankruptcy,    2730 Liberty Ave,   Pittsburgh, PA 15222-4747
4931411     +Rocco Haertter, Esq.,    Courthouse Square Towers,   Suite 310,   216 N. River St.,
              Wilkes Barre, PA 18702-2523
4939791     +SANTANDER CONSUMER USA,    P.O. Box 560284,   Dallas, TX 75356-0284
4931415     +SRV Petroleum, LLC,    400 Bobcat Lane,   South Abington Twp., PA 18411-9158
4931417     +SV Realty Group, LLC,    400 Bobcat Lane,   Clarks Summit, PA 18411-9158
4931418     +SV Realty Group, LLC,    400 Bobcat Lane,   South Abington Twp., PA 18411-9158
4931412     +Santander Consumer USA,    Po Box 961245,   Ft Worth, TX 76161-0244
4931413     +Santarelli & Sons Oil Co., Inc.,    443 Main St.,   Peckville, PA 18452-2409
4931414      Single Tax Office,    William Fox, Collector of Taxes,    P.O. Box 709,   Scranton, PA 18501-0709
4931416    #+Stellar Recovery Inc,    Attn: Bankruptcy,   4500 Salisbury Road Ste 105,
              Jackonville, FL 32216-8035
4931421     +The Chartwell Law Offices, LLP,    970 Rittenhouse Rd., Suite 300,   Eagleville, PA 19403-2265
4933891     +The Fidelity Deposit and Discount Bank,    338 N. Washington Avenue,   Scranton, PA 18503-1554
4931422     +The Kaplan Group,    2250 King Court, Ste. 50,   San Luis Obispo, CA 93401-5543
4931423     +Torres Crdit,   Tcs Inc.,    Po Box 189,   Carlisle, PA 17013-0189
4931424     +Vikisha Corp.,    3900 West Side Ave.,   North Bergen, NJ 07047-6471
4931425     +Visa Dept Store National Bank/Macy's,    Attn: Bankruptcy,   Po Box 8053,   Mason, OH 45040-8053
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4931375     +E-mail/Text: dloman@cancapital.com Jul 24 2017 19:01:50      Can Capital,   2015 Vaughn Road,
              Bldg. 500,   Kennesaw, GA 30144-7831
4933541      E-mail/Text: mrdiscen@discover.com Jul 24 2017 19:01:50      Discover Bank,
              Discover Products Inc,    PO Box 3025,   New Albany, OH 43054-3025
4931383     +E-mail/Text: mrdiscen@discover.com Jul 24 2017 19:01:50      Discover Financial,   Po Box 3025,
              New Albany, OH 43054-3025
4931402      E-mail/Text: camanagement@mtb.com Jul 24 2017 19:01:52      M & T Bank,   1 Fountain Plz,
              Buffalo, NY 14203
```

```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
4931401        E-mail/Text: camanagement@mtb.com Jul 24 2017 19:01:52      M & T Bank,   Po Box 844,
                 Buffalo, NY 14240
4943414        E-mail/Text: camanagement@mtb.com Jul 24 2017 19:01:52      M&T Bank,   P.O. Box 1288,
                 Buffalo, NY 14240
4931403       +E-mail/Text: M74banko@daimler.com Jul 24 2017 19:02:01      Mercedes-Benz Financial,
                 Po Box 685,   Roanole, TX 76262-0685
4931408        E-mail/Text: csc.bankruptcy@amwater.com Jul 24 2017 19:02:00      Pennsylvania American Water,
                 P.O.Box 578,   Alton, IL 62002-0578
4931419       +E-mail/PDF: gecsedi@recoverycorp.com Jul 24 2017 18:57:10      Synchrony Bank/ JC Penney,
                 Attn: Bankruptcy,   Po Box 956060,   Orlando, FL 32896-0001
4931420       +E-mail/PDF: gecsedi@recoverycorp.com Jul 24 2017 18:57:05      Synchrony Bank/Lowes,
                 Attn: Bankruptcy,   Po Box 956060,   Orlando, FL 32896-0001
                                                                                             TOTAL: 10

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*           +Itria Ventures LLC,   c/o John J. Winter, Esquire,   The Chartwell Law Offices, LLP,
                 970 Rittenhouse Road, Suite 300,   Eagleville, PA 19403-2265
cr*           +Mercedes-Benz Financial Services USA LLC,   c/o BK Servicing, LLC,   PO Box 131265,
                 Roseville, MN 55113-0011
cr*           +PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
cr*           +The Fidelity Deposit and Discount Bank,   338 N. Washington Avenue,   Scranton, PA 18503-1554
4942689*      +Itria Ventures LLC,   c/o John J. Winter, Esquire,   The Chartwell Law Offices, LLP,
                 970 Rittenhouse Road, Suite 300,   Eagleville, PA 19403-2265
4931396*      +JR Petroleum, LLC,   400 Bobcat Lane,   South Abington Twp., PA 18411-9158
                                                                                           TOTALS: 0, * 6, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 26, 2017                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 21, 2017 at the address(es) listed below:
          C. Stephen Gurdin, Jr   on behalf of Debtor Anjaneyulu  Uppala Stephen@gurdinlaw.com,
           michelle@gurdinlaw.com
          C. Stephen Gurdin, Jr   on behalf of Plaintiff Anjaneyulu  Uppala Stephen@gurdinlaw.com,
           michelle@gurdinlaw.com
          Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
          David Schwager    on behalf of Creditor    Fairway Consumer Discount Company des@csmlawoffices.com,
           dschwagr@epix.net
          James Warmbrodt    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
          John J Winter    on behalf of Creditor    Itria Ventures LLC jwinter@chartwelllaw.com,
           amcclinton@chartwelllaw.com
          Rocco G. Haertter    on behalf of Creditor    The Fidelity Deposit and Discount Bank
           Rocco.Haertter@outlook.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 8
```

ntnew341 (12/14)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Anjaneyulu Uppala
Debtor(s)

Chapter 13

Case No. 5:17−bk−02392−JJT

## Notice

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors in the above−referenced case has been rescheduled to:

| Genetti Hotel, 77 East Market Street, Wilkes−Barre, PA 18701 | Date: August 28, 2017 |
| | Time: 12:00 PM |

**Address of the Bankruptcy Clerk's Office:**
U.S. Bankruptcy Court
274 Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes−Barre, PA 18701
(570) 831−2500

**For the Court:**
Terrence S. Miller
Clerk of the Bankruptcy Court:
By: DDunbar, Deputy Clerk

Hours Open: Monday − Friday 9:00 AM − 4:00 PM

Date: July 24, 2017