In re:  Case No. 17-02392-JJT
Anjaneyulu Uppala  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5    User: DDunbar    Page 1 of 2    Date Rcvd: Aug 31, 2017
    Form ID: ntcnfhrg    Total Noticed: 61

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 02, 2017.
```
db             +Anjaneyulu Uppala,    400 Bobcat Lane,    S. Abington Twp., PA 18411-9158
cr             +Fairway Consumer Discount Company,    c/o Chariton, Schwager & Malak,    138 South Main Street,
                 P.O. Box 910,    Wilkes Barre, PA 18703-0910
4931373        #+Bank Of America,    Nc4-105-03-14,    Po Box 26012,    Greensboro, NC 27420-6012
4959873        +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
4931374        +Brigid E. Carey, Esq.,    P.O. Box 4466,    Scranton, PA 18505-6466
4931376        +Chase Card,    Attn: Correspondence Dept,    Po Box 15298,    Wilmington, DE 19850-5298
4931377        +Chase Card Services,    Attn: Correspondence,    Po Box 15278,    Wilmington, DE 19850-5278
4931378        +Chizkaya Kalmanowitz,    10 Getzil Berger Blvd. #302,    Monroe, NY 10950-6319
4931379        +Citibank/The Home Depot,    Citicorp Cr Srvs/Centralized Bankruptcy,    Po Box 790040,
                 S Louis, MO 63179-0040
4931380        +Citicards Cbna,    Citicorp Credit Svc/Centralized Bankrupt,    Po Box 790040,
                 Saint Louis, MO 63179-0040
4931381        +City of Scranton,    c/o Northeast Revenue Service,    Attn: Delinquent Waste Disposal,
                 340 N. Washington Ave.,    Scranton, PA 18503-1546
4931382        +City of Scranton Tax Office,    1170 Hwy. 315, Ste. 2,    Plains, PA 18702-6906
4931384        +Donna Donaher, Esq.,    First National Bank,    One North Shore Center,    12 Federal St., 1st Fl.,
                 Pittsburgh, PA 15212-5753
4931385        +Fairway Consumer Discount Company,    8 Marion St.,    Luzerne, PA 18709-1419
4931387        +Fidelity Deposit & Discount Bank,    338 N. Washington St.,    Scranton, PA 18503-1554
4931386        +Fidelity Deposit & Discount Bank,    101 N. Blakely St.,    Dunmore, PA 18512-1900
4931388        +First Bank Puerto Rico,    Attn: Bankruptcy,    9795 S Dixie Hwy,    Pinecrest, FL 33156-2806
4931389        +First National Bank of Pennsylvania,    One North Shore Center,    12 Federal St., Suite 105,
                 Pittsburgh, PA 15212-5753
4931390         Fitzpatrick Lentz & Bubba, PC,    4001 Schoolhouse Lane,    PO Box 219,
                 Center Valley, PA 18034-0219
4931391        +Fox Capital, Inc.,    140 Broadway,    46th Floor,    New York, NY 10005-1155
4942687        +Itria Ventures LLC,    c/o John J. Winter, Esquire,    The Chartwell Law Offices, LLP,
                 970 Rittenhouse Road, Suite 300,    Eagleville, PA 19403-2265
4931392        +Itria Ventures, LLC,    462 7th Ave., 20th Floor,    New York, NY 10018-7423
4931395        +JR Petroleum,    400 Bobcat Lane,    South Abington Twp., PA 18411-9158
4931393        +Jaydeen Corporation,    451 St. Pauls Ave.,    Jersey City, NJ 07306-6108
4931394        +Jeffrey W. Nepa, Esq.,    41 N. Main St.,    Carbondale, PA 18407-2357
4931397        +KML Law Group, P.C.,    Ste 5000 BNY Mellon Independence Ct,    701 Market St.,
                 Philadelphia, PA 19106-1538
4931398        +LA Commercial Services, LLC,    1006 Pittston Ave.,    Scranton, PA 18505-4109
4931399        +Lackawanna County Tax Claim Bureau,    135 Jefferson Ave.,    Scranton, PA 18503-1716
4931400        +Liberty Petroleum Distributors,    1492 Oliver Rd.,    New Milford, PA 18834-7591
4931404        +MRS Associates,    1930 Olney Ave.,    Cherry Hill, NJ 08003-2016
4944352        +Mercedes-Benz Financial Services USA LLC,    c/o BK Servicing, LLC,    PO Box 131265,
                 Roseville, MN 55113-0011
4931405        +Mulligan Funding,    4619 Viewridge Ave.,    San Diego, CA 92123-5611
4931410         PPL,    827 Hausman Rd.,    Allentown, PA 18104-9392
4931828        +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
4931406        +Penn East FCU Administration Office,    1300 Meylert Ave., Suite 201,    Scranton, PA 18509-2267
4931407         Pennsylvania American Water,    P.O. Box 371412,    Pittsburgh, PA 15250-7412
4931409        +Pnc Bank,    Attn: Bankruptcy,    2730 Liberty Ave,    Pittsburgh, PA 15222-4747
4931411        +Rocco Haertter, Esq.,    Courthouse Square Towers,    Suite 310,    216 N. River St.,
                 Wilkes Barre, PA 18702-2523
4939791        +SANTANDER CONSUMER USA,    P.O. Box 560284,    Dallas, TX 75356-0284
4931415        +SRV Petroleum, LLC,    400 Bobcat Lane,    South Abington Twp., PA 18411-9158
4931417        +SV Realty Group, LLC,    400 Bobcat Lane,    Clarks Summit, PA 18411-9158
4931418        +SV Realty Group, LLC,    400 Bobcat Lane,    South Abington Twp., PA 18411-9158
4931412        +Santander Consumer USA,    Po Box 961245,    Ft Worth, TX 76161-0244
4931413        +Santarelli & Sons Oil Co., Inc.,    443 Main St.,    Peckville, PA 18452-2409
4931414         Single Tax Office,    William Fox, Collector of Taxes,    P.O. Box 709,    Scranton, PA 18501-0709
4931421        +The Chartwell Law Offices, LLP,    970 Rittenhouse Rd., Suite 300,    Eagleville, PA 19403-2265
4933891        +The Fidelity Deposit and Discount Bank,    338 N. Washington Avenue,    Scranton, PA 18503-1554
4931422        +The Kaplan Group,    2250 King Court, Ste. 50,    San Luis Obispo, CA 93401-5543
4931423        +Torres Crdit,    Tcs Inc.,    Po Box 189,    Carlisle, PA 17013-0189
4931424        +Vikisha Corp.,    3900 West Side Ave.,    North Bergen, NJ 07047-6471
4931425        +Visa Dept Store National Bank/Macy's,    Attn: Bankruptcy,    Po Box 8053,    Mason, OH 45040-8053
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4931375        +E-mail/Text: dloman@cancapital.com Aug 31 2017 19:02:23     Can Capital,    2015 Vaughn Road,
                 Bldg. 500,    Kennesaw, GA 30144-7831
4933541         E-mail/Text: mrdiscen@discover.com Aug 31 2017 19:02:25     Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH 43054-3025
4931383        +E-mail/Text: mrdiscen@discover.com Aug 31 2017 19:02:25     Discover Financial,    Po Box 3025,
                 New Albany, OH 43054-3025
4931402         E-mail/Text: camanagement@mtb.com Aug 31 2017 19:02:35     M & T Bank,    1 Fountain Plz,
                 Buffalo, NY 14203
4931401         E-mail/Text: camanagement@mtb.com Aug 31 2017 19:02:35     M & T Bank,    Po Box 844,
                 Buffalo, NY 14240
```

```
District/off: 0314-5                User: DDunbar                Page 2 of 2                Date Rcvd: Aug 31, 2017
                                    Form ID: ntcnfhrg            Total Noticed: 61
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
4943414        E-mail/Text: camanagement@mtb.com Aug 31 2017 19:02:35      M&T Bank,    P.O. Box 1288,
                Buffalo, NY 14240
4931403       +E-mail/Text: M74banko@daimler.com Aug 31 2017 19:03:32      Mercedes-Benz Financial,
                Po Box 685,    Roanole, TX 76262-0685
4931408        E-mail/Text: csc.bankruptcy@amwater.com Aug 31 2017 19:03:25       Pennsylvania American Water,
                P.O.Box 578,    Alton, IL 62002-0578
4931419       +E-mail/PDF: gecsedi@recoverycorp.com Aug 31 2017 19:09:31       Synchrony Bank/ JC Penney,
                Attn: Bankruptcy,    Po Box 956060,    Orlando, FL 32896-0001
4931420       +E-mail/PDF: gecsedi@recoverycorp.com Aug 31 2017 19:09:31       Synchrony Bank/Lowes,
                Attn: Bankruptcy,    Po Box 956060,    Orlando, FL 32896-0001
                                                                                              TOTAL: 10

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          +Itria Ventures LLC,    c/o John J. Winter, Esquire,    The Chartwell Law Offices, LLP,
               970 Rittenhouse Road, Suite 300,    Eagleville, PA 19403-2265
cr*          +Mercedes-Benz Financial Services USA LLC,    c/o BK Servicing, LLC,    PO Box 131265,
               Roseville, MN 55113-0011
cr*          +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
cr*          +The Fidelity Deposit and Discount Bank,    338 N. Washington Avenue,    Scranton, PA 18503-1554
4942689*     +Itria Ventures LLC,    c/o John J. Winter, Esquire,    The Chartwell Law Offices, LLP,
               970 Rittenhouse Road, Suite 300,    Eagleville, PA 19403-2265
4931396*     +JR Petroleum, LLC,    400 Bobcat Lane,    South Abington Twp., PA 18411-9158
4931416    ##+Stellar Recovery Inc,    Attn: Bankruptcy,    4500 Salisbury Road Ste 105,
               Jackonville, FL 32216-8035
                                                                                TOTALS: 0, * 6, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 02, 2017                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 31, 2017 at the address(es) listed below:
```
              C. Stephen Gurdin, Jr    on behalf of Debtor Anjaneyulu  Uppala Stephen@gurdinlaw.com,
               michelle@gurdinlaw.com
              C. Stephen Gurdin, Jr    on behalf of Plaintiff Anjaneyulu  Uppala Stephen@gurdinlaw.com,
               michelle@gurdinlaw.com
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com, dehartstaff@pamd13trustee.com
              David  Schwager    on behalf of Creditor    Fairway Consumer Discount Company des@csmlawoffices.com,
               dschwagr@epix.net
              James  Warmbrodt    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              John J Winter    on behalf of Creditor    Itria Ventures LLC jwinter@chartwelllaw.com,
               amcclinton@chartwelllaw.com
              Rocco G. Haertter    on behalf of Creditor    The Fidelity Deposit and Discount Bank
               Rocco.Haertter@outlook.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              William E. Craig    on behalf of Creditor    Mercedes-Benz Financial Services USA LLC
               ecfmail@mortoncraig.com,  mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                             TOTAL: 9
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Anjaneyulu Uppala<br>Debtor(s) | Chapter 13<br>Case No. 5:17−bk−02392−JJT |

## Notice

The confirmation hearing has been scheduled for the Debtor on the date indicated below.

A deadline of **September 29, 2017** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the Plan at this time.

| | |
|---|---|
| United States Bankruptcy Court Courtroom #2, Max Rosenn US Courthouse, 197 South Main Street, Wilkes−Barre, PA 18701 | Date: October 17, 2017<br>Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>274 Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: DDunbar, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: August 31, 2017 |