In re:                                                                  Case No. 17-02392-JJT
Anjaneyulu Uppala                                                       Chapter 13
    Debtor
## CERTIFICATE OF NOTICE

District/off: 0314-5          User: DDunbar             Page 1 of 2            Date Rcvd: Aug 31, 2017
                      Form ID: pdf002            Total Noticed: 61

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 02, 2017.
```
db             +Anjaneyulu Uppala,    400 Bobcat Lane,    S. Abington Twp., PA 18411-9158
cr             +Fairway Consumer Discount Company,    c/o Chariton, Schwager & Malak,    138 South Main Street,
                 P.O. Box 910,    Wilkes Barre, PA 18703-0910
4931373        #+Bank Of America,    Nc4-105-03-14,    Po Box 26012,    Greensboro, NC 27420-6012
4959873        +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
4931374        +Brigid E. Carey, Esq.,    P.O. Box 4466,    Scranton, PA 18505-6466
4931376        +Chase Card,    Attn: Correspondence Dept,    Po Box 15298,    Wilmington, DE 19850-5298
4931377        +Chase Card Services,    Attn: Correspondence,    Po Box 15278,    Wilmington, DE 19850-5278
4931378        +Chizkaya Kalmanowitz,    10 Getzil Berger Blvd. #302,    Monroe, NY 10950-6319
4931379        +Citibank/The Home Depot,    Citicorp Cr Srvs/Centralized Bankruptcy,    Po Box 790040,
                 S Louis, MO 63179-0040
4931380        +Citicards Cbna,    Citicorp Credit Svc/Centralized Bankrupt,    Po Box 790040,
                 Saint Louis, MO 63179-0040
4931381        +City of Scranton,    c/o Northeast Revenue Service,    Attn: Delinquent Waste Disposal,
                 340 N. Washington Ave.,    Scranton, PA 18503-1546
4931382        +City of Scranton Tax Office,    1170 Hwy. 315, Ste. 2,    Plains, PA 18702-6906
4931384        +Donna Donaher, Esq.,    First National Bank,    One North Shore Center,    12 Federal St., 1st Fl.,
                 Pittsburgh, PA 15212-5753
4931385        +Fairway Consumer Discount Company,    8 Marion St.,    Luzerne, PA 18709-1419
4931387        +Fidelity Deposit & Discount Bank,    338 N. Washington St.,    Scranton, PA 18503-1554
4931386        +Fidelity Deposit & Discount Bank,    101 N. Blakely St.,    Dunmore, PA 18512-1900
4931388        +First Bank Puerto Rico,    Attn: Bankruptcy,    9795 S Dixie Hwy,    Pinecrest, FL 33156-2806
4931389        +First National Bank of Pennsylvania,    One North Shore Center,    12 Federal St., Suite 105,
                 Pittsburgh, PA 15212-5753
4931390         Fitzpatrick Lentz & Bubba, PC,    4001 Schoolhouse Lane,    PO Box 219,
                 Center Valley, PA 18034-0219
4931391        +Fox Capital, Inc.,    140 Broadway,    46th Floor,    New York, NY 10005-1155
4942687        +Itria Ventures LLC,    c/o John J. Winter, Esquire,    The Chartwell Law Offices, LLP,
                 970 Rittenhouse Road, Suite 300,    Eagleville, PA 19403-2265
4931392        +Itria Ventures, LLC,    462 7th Ave., 20th Floor,    New York, NY 10018-7423
4931395        +JR Petroleum,    400 Bobcat Lane,    South Abington Twp., PA 18411-9158
4931393        +Jaydeen Corporation,    451 St. Pauls Ave.,    Jersey City, NJ 07306-6108
4931394        +Jeffrey W. Nepa, Esq.,    41 N. Main St.,    Carbondale, PA 18407-2357
4931397        +KML Law Group, P.C.,    Ste 5000 BNY Mellon Independence Ct,    701 Market St.,
                 Philadelphia, PA 19106-1538
4931398        +LA Commercial Services, LLC,    1006 Pittston Ave.,    Scranton, PA 18505-4109
4931399        +Lackawanna County Tax Claim Bureau,    135 Jefferson Ave.,    Scranton, PA 18503-1716
4931400        +Liberty Petroleum Distributors,    1492 Oliver Rd.,    New Milford, PA 18834-7591
4931404        +MRS Associates,    1930 Olney Ave.,    Cherry Hill, NJ 08003-2016
4944352        +Mercedes-Benz Financial Services USA LLC,    c/o BK Servicing, LLC,    PO Box 131265,
                 Roseville, MN 55113-0011
4931405        +Mulligan Funding,    4619 Viewridge Ave.,    San Diego, CA 92123-5611
4931410         PPL,    827 Hausman Rd.,    Allentown, PA 18104-9392
4931828        +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
4931406        +Penn East FCU Administration Office,    1300 Meylert Ave., Suite 201,    Scranton, PA 18509-2267
4931407         Pennsylvania American Water,    P.O. Box 371412,    Pittsburgh, PA 15250-7412
4931409        +Pnc Bank,    Attn: Bankruptcy,    2730 Liberty Ave,    Pittsburgh, PA 15222-4747
4931411        +Rocco Haertter, Esq.,    Courthouse Square Towers,    Suite 310,    216 N. River St.,
                 Wilkes Barre, PA 18702-2523
4939791        +SANTANDER CONSUMER USA,    P.O. Box 560284,    Dallas, TX 75356-0284
4931415        +SRV Petroleum, LLC,    400 Bobcat Lane,    South Abington Twp., PA 18411-9158
4931417        +SV Realty Group, LLC,    400 Bobcat Lane,    Clarks Summit, PA 18411-9158
4931418        +SV Realty Group, LLC,    400 Bobcat Lane,    South Abington Twp., PA 18411-9158
4931412        +Santander Consumer USA,    Po Box 961245,    Ft Worth, TX 76161-0244
4931413        +Santarelli & Sons Oil Co., Inc.,    443 Main St.,    Peckville, PA 18452-2409
4931414         Single Tax Office,    William Fox, Collector of Taxes,    P.O. Box 709,    Scranton, PA 18501-0709
4931421        +The Chartwell Law Offices, LLP,    970 Rittenhouse Rd., Suite 300,    Eagleville, PA 19403-2265
4933891        +The Fidelity Deposit and Discount Bank,    338 N. Washington Avenue,    Scranton, PA 18503-1554
4931422        +The Kaplan Group,    2250 King Court, Ste. 50,    San Luis Obispo, CA 93401-5543
4931423        +Torres Crdit,    Tcs Inc.,    Po Box 189,    Carlisle, PA 17013-0189
4931424        +Vikisha Corp.,    3900 West Side Ave.,    North Bergen, NJ 07047-6471
4931425        +Visa Dept Store National Bank/Macy's,    Attn: Bankruptcy,    Po Box 8053,    Mason, OH 45040-8053
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4931375        +E-mail/Text: dloman@cancapital.com Aug 31 2017 19:02:23      Can Capital,    2015 Vaughn Road,
                 Bldg. 500,    Kennesaw, GA 30144-7831
4933541         E-mail/Text: mrdiscen@discover.com Aug 31 2017 19:02:25      Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH 43054-3025
4931383        +E-mail/Text: mrdiscen@discover.com Aug 31 2017 19:02:25      Discover Financial,    Po Box 3025,
                 New Albany, OH 43054-3025
4931402         E-mail/Text: camanagement@mtb.com Aug 31 2017 19:02:35      M & T Bank,    1 Fountain Plz,
                 Buffalo, NY 14203
4931401         E-mail/Text: camanagement@mtb.com Aug 31 2017 19:02:35      M & T Bank,    Po Box 844,
                 Buffalo, NY 14240
```

```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
4943414        E-mail/Text: camanagement@mtb.com Aug 31 2017 19:02:35      M&T Bank,    P.O. Box 1288,
                Buffalo, NY 14240
4931403       +E-mail/Text: M74banko@daimler.com Aug 31 2017 19:03:32      Mercedes-Benz Financial,
                Po Box 685,    Roanole, TX 76262-0685
4931408        E-mail/Text: csc.bankruptcy@amwater.com Aug 31 2017 19:03:25      Pennsylvania American Water,
                P.O.Box 578,    Alton, IL 62002-0578
4931419       +E-mail/PDF: gecsedi@recoverycorp.com Aug 31 2017 19:09:31      Synchrony Bank/ JC Penney,
                Attn: Bankruptcy,    Po Box 956060,    Orlando, FL 32896-0001
4931420       +E-mail/PDF: gecsedi@recoverycorp.com Aug 31 2017 19:09:31      Synchrony Bank/Lowes,
                Attn: Bankruptcy,    Po Box 956060,    Orlando, FL 32896-0001
                                                                                              TOTAL: 10

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          +Itria Ventures LLC,    c/o John J. Winter, Esquire,    The Chartwell Law Offices, LLP,
               970 Rittenhouse Road, Suite 300,    Eagleville, PA 19403-2265
cr*          +Mercedes-Benz Financial Services USA LLC,    c/o BK Servicing, LLC,    PO Box 131265,
               Roseville, MN 55113-0011
cr*          +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
cr*          +The Fidelity Deposit and Discount Bank,    338 N. Washington Avenue,    Scranton, PA 18503-1554
4942689*     +Itria Ventures LLC,    c/o John J. Winter, Esquire,    The Chartwell Law Offices, LLP,
               970 Rittenhouse Road, Suite 300,    Eagleville, PA 19403-2265
4931396*     +JR Petroleum, LLC,    400 Bobcat Lane,    South Abington Twp., PA 18411-9158
4931416     ##+Stellar Recovery Inc,    Attn: Bankruptcy,    4500 Salisbury Road Ste 105,
               Jackonville, FL 32216-8035
                                                                                  TOTALS: 0, * 6, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 02, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 31, 2017 at the address(es) listed below:
              C. Stephen Gurdin, Jr    on behalf of Debtor Anjaneyulu  Uppala Stephen@gurdinlaw.com,
               michelle@gurdinlaw.com
              C. Stephen Gurdin, Jr    on behalf of Plaintiff Anjaneyulu  Uppala Stephen@gurdinlaw.com,
               michelle@gurdinlaw.com
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com, dehartstaff@pamd13trustee.com
              David  Schwager    on behalf of Creditor    Fairway Consumer Discount Company des@csmlawoffices.com,
               dschwagr@epix.net
              James  Warmbrodt    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              John J Winter    on behalf of Creditor    Itria Ventures LLC jwinter@chartwelllaw.com,
               amcclinton@chartwelllaw.com
              Rocco G. Haertter    on behalf of Creditor    The Fidelity Deposit and Discount Bank
               Rocco.Haertter@outlook.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              William E. Craig    on behalf of Creditor    Mercedes-Benz Financial Services USA LLC
               ecfmail@mortoncraig.com,  mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                              TOTAL: 9
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| ANJANEYULU UPPALA | : | |
| | : | |
| Debtor(s) | : | CASE NO. 5:17-bk-02392 |
| | : | |
| | : | CHAPTER 13 PLAN |
| | : | (Indicate if applicable) |
| | : | (2) # MOTIONS TO AVOID LIENS |
| | : | ( ) # MOTIONS TO VALUE COLLATERAL |
| | : | |
| | : | (x)    ORIGINAL PLAN |
| | : | ( )    AMENDED PLAN |
| | : | (indicate 1st, 2nd, 3rd etc.) |
| | : | |

## YOUR RIGHTS WILL BE AFFECTED

**READ THIS** PLAN CAREFULLY. If you oppose any provision of this plan you must file a **timely written objection. This plan may be confirmed and become binding on you without** further notice or hearing unless a written objection is filed **before the deadline stated on the** Notice issued in connection with the filing of the plan

PLAN PROVISIONS

**DISCHARGE:**    **(Check one)**

**(x)**    The debtor will seek a discharge of debts pursuant to Section 1328(a).

( )    The debtor is not eligible for a discharge of debts because the debtor has previously received a discharge described in Section 1328(f).

NOTICE OF SPECIAL PROVISIONS:    (Check if applicable)

(x)    This plan contains special provisions that are not included in the standard plan as approved by the U.S. Bankruptcy Court for the Middle District of Pennsylvania. Those provisions are set out in Section 8 of this plan. Other than to insert text into the designated spaces or to expand the tables to include additional claims, the preprinted language of this form may not be altered. This does not mean that the Debtor is prohibited from proposing additional or different plan provisions in Section 8. The Debtor may propose additional or different plan provisions or specify that any of the provisions will not be applicable, provided however, that each such provision or deletion shall be set forth herein in Section 8.

1.	PLAN FUNDING AND LENGTH OF PLAN

   A.	Plan Payments

   1.	To date, the Debtor(s) has paid $0.00 (enter $0 if no payments have been made to the Trustee to date). Debtor(s) shall pay to the Trustee for the remaining term of the plan the following payments. If applicable, in addition to monthly plan payments, Debtor(s) shall make conduit payments through the Trustee as set forth below. The total base plan is $113,382.41 plus other payments and property stated in Section IB below:

| Start Mm/yy | End Mm/yy | Plan Payment$ | Estimated Conduit Payment$ | Total Payment$ |
|---|---|---|---|---|
| 08/17 | 08/18 | 1011.13 | 0.00 | 1,011.13 |
| 09/18 | 05/19 | 1786.13 | 0.00 | 1786.13 |
| 06/19 | 07/22 | 2216.13 | 0.00 | 2216.13 |
|  |  |  |  |  |

   2.	If the plan provides for conduit mortgage payments, and the mortgagee notifies the Trustee that a different payment is due, the Trustee shall notify the Debtor and the attorney for the Debtor, in writing, to adjust the conduit payments and the plan funding accordingly. Debtor(s) is responsible for all post-petition mortgage payments due prior to the initiation of conduit mortgage payments.

   3.	Debtor(s) shall take appropriate action to ensure that all applicable wage attachments are adjusted to conform to the terms of the plan.

   4.	CHECK ONE:	( )	Debtor(s) is at or under median income
   		(x)	Debtor(s) is over median income.
   	Debtor(s) calculate(s) that a minimum of $0.00 must be paid to unsecured, non-priority creditors in order to comply with the Means Test.

   B.	Liquidation of Assets
   I.	In addition to the above specified plan payments, Debtor(s) shall dedicate to the plan proceeds in the estimated amount of _____ from the sale of property known and designated as _____. All sales shall be completed by _____. If the property does not sell by the date specified, then the disposition of the property shall be as follows: The property will be surrendered to the secured lender.

   2.	Other payments from any source(s) (describe specifically) shall be paid to the Trustee as follows:

   3.	The Debtor estimates that the liquidation value of this estate is $0.00. (Liquidation value is calculated as the value of all non-exempt assets after the deduction of valid liens and encumbrances and before the

deduction of Trustee fees and priority claims.)

2. **SECURED CLAIMS**

   A. <u>Pre-Confirmation Distributions</u>. Adequate protection and conduit payments in the following amounts will be paid by the Debtor to the Trustee. The Trustee will disburse these payments for which a proof of claim has been filed as soon as practicable after receipt of said payments from the Debtor.

   | Name of Creditor | Address | Account No. | Estimated Monthly Payment$ |
   |---|---|---|---|
   |  |  |  |  |
   |  |  |  |  |

   The Trustee will not make a partial payment. If the Debtor makes a partial plan payment, or if it is not paid on time and the Trustee is unable to pay timely a payment due on a claim in this section, the Debtor's cure of this default must include any applicable late charges.

   Upon receipt, Debtor shall mail to the Trustee all notices from mortgagees including statements, payment coupons, impound and escrow notices, and notices concerning changes of the interest rate on variable interest rate loans. If any such notice informs the Debtor that the amount of the payment has increased or decreased, the change in the plan payment to the Trustee will not require modification of this plan.

B. <u>Mortgages and Other Direct Payments by Debtor</u>. Payments will be made outside the plan according to the original contract terms, with no modification of contract terms and with liens retained. All mortgage and other lien claim balances survive the plan if not avoided or paid in full under the plan.

| Name of Creditor | Description of Collateral | Contractual monthly Payment$ | Principal balance$ |
|---|---|---|---|
| Chizkaya Kalmanowitz<br>10 Getzil Berger Blvd. #302<br>Monroe, NY 10950<br>Acct. No. | Rental property<br>517-519 Luzerne St.<br>Scranton, PA 18505 | 775.00 | 15,000.00 |
| Fidelity Deposit & Discount Bank<br>101 N. Blakely St.<br>Dunmore, PA 18512<br>Acct. No. | Rental property<br>1726-1728 Wayne Ave.<br>Scranton, PA 18508 | 450.00 | 55,279.00 |
| M&T Bank<br>PO Box 1288<br>Buffalo, NY 14240<br>Acct no. xxxx4098 | Rental property<br>341 Railroad Ave.<br>Scranton, PA 18505 | 615.45 | 33,977.00 |
| M&T Bank<br>PO Box 1288<br>Buffalo, NY 14240<br>Acct no. xxxx4072 | Rental property<br>340-342 Railroad Ave.<br>Scranton, PA 18505 | 585.38 | 40,695.00 |
| Penn East FCU<br>Administration Office<br>1300 Meylert Ave., Ste. 201<br>Scranton, PA 18509<br>Acct. No. xxxx8133 | Rental property<br>339 Railroad Ave.<br>Scranton, PA 18505<br><br>Rental property<br>318 N. Sumner Ave.<br>Scranton, PA 18504<br><br>Rental property<br>1926 Price St.<br>Scranton, PA 18504 | 900.00 | 117,000.00 |
| Mercedes-Benz Financial<br>Po Box 685<br>Roanole, TX 76262<br>Acct. no. xxxx1001 | 2010 Mercedes-Benz E350 | 430.00 | 11,080.00 |

C. Arrears. The Trustee shall distribute the amount of pre-petition arrearages set forth in the allowed proof of claim to each secured creditor set forth below. If the Debtor or the Trustee objects to a proof of claim and the objection is sustained, or if the plan provides for payment of amounts greater than the allowed proof of claim, the creditor's claim will be paid in the amount allowed by the court.

| Name of Creditor | Description of Collateral | Estimated Pre-petition Arrears to be Cured$ | Estimated Post-petition Arrears to be Cured$ | Estimated Total to be paid in plan$ |
|---|---|---|---|---|
| Chizkaya Kalmanowitz<br>10 Getzil Berger Blvd. #302<br>Monroe, NY 10950<br>Acct. No. | Rental property<br>517-519 Luzerne St.<br>Scranton, PA 18505 | 6,200.00 | 0.00 | 6,200.00 |
| Fidelity Deposit & Discount Bank<br>101 N. Blakely St.<br>Dunmore, PA 18512<br>Acct. No. | Rental property<br>1726-1728 Wayne Ave.<br>Scranton, PA 18508 | 3,315.55 | 0.00 | 3,315.55 |
| M&T Bank<br>PO Box 1288<br>Buffalo, NY 14240<br>Acct no. xxxx4098 | Rental property<br>341 Railroad Ave.<br>Scranton, PA 18505 | 9,064.11 | 0.00 | 9,064.11 |
| M&T Bank<br>PO Box 1288<br>Buffalo, NY 14240<br>Acct no. xxxx4072 | Rental property<br>340-342 Railroad Ave.<br>Scranton, PA 18505 | 6,236.68 | 0.00 | 6,236.68 |
| Penn East FCU<br>Administration Office<br>1300 Meylert Ave., Ste. 201<br>Scranton, PA 18509<br>Acct. No. xxxx8133 | Rental property<br>339 Railroad Ave.<br>Scranton, PA 18505<br><br>Rental property<br>318 N. Sumner Ave.<br>Scranton, PA 18504<br><br>Rental property<br>1926 Price St.<br>Scranton, PA 18504 | 6,122.43 | 0.00 | 6,122.43 |

D. <u>Secured Claims Paid According to Modified Terms</u>. These amounts will be paid in the plan according to modified terms, and liens retained until entry of discharge. The excess of the creditor's claim will be treated as an unsecured claim. Any claim listed as "NO VALUE" in the "Modified Principal Balance" column below will be treated as an unsecured claim. THE LIENS WILL BE AVOIDED OR LIMITED THROUGH THE PLAN OR DEBTOR(S) WILL FILE AN ADVERSARY ACTION TO DETERMINE THE EXTENT, VALIDITY, AND PRIORITY OF LIEN (Select method in last column):

| Name of Creditor | Description of Collateral | Modified Principal Balance | Interest Rate% | Total Payment | Plan* or Adversary Action |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

"PLAN" INDICATES THAT THE DEBTOR(S) PROPOSES TO AVOID OR LIMIT THE LIEN OF THE CREDITOR IN THIS PLAN. CONFIRMATION OF THE PLAN SHALL CONSTITUTE A FINDING OF VALUATION PURSUANT TO SECTION 506(a). NO ADVERSARY COMPLAINT OR MOTION WILL BE FILED AND THE LIEN WILL BE AVOIDED BY A CONFIRMATION ORDER UPON DISCHARGE. IF THE CREDITOR WISHES TO CONTEST THE AVOIDANCE OF THE LIEN, THE CREDITOR MUST FILE AN OBJECTION TO THIS PLAN. OTHERWISE CONFIRMATION OF THE PLAN WILL AVOID THE LIEN UPON DISCHARGE.

E. Other Secured Claims. (Including conduit payments)

| Name of Creditor | Description of Collateral | Principal balance of Claim$ | Interest Rate% | Estimated Total to be paid in plan$ |
|---|---|---|---|---|
| City of Scranton Tax Office c/o Northeast Revenue Service, LLC 340 N. Washington Ave. Scranton, PA 18503 | Rental property 517-519 Luzerne St. Scranton, PA 18505 | 2,494.57 | 9.00 | 3,617.02 |
| City of Scranton Tax Office c/o Northeast Revenue Service, LLC 340 N. Washington Ave. Scranton, PA 18503 | Rental property 1726-1728 Wayne Ave. Scranton, PA 18508 | 2,494.57 | 9.00 | 3,617.02 |
| City of Scranton Tax Office c/o Northeast Revenue Service, LLC 340 N. Washington Ave. Scranton, PA 18503 | Rental property 341 Railroad Ave. Scranton, PA 18505 | 1,644.76 | 9.00 | 2,384.90 |
| City of Scranton Tax Office c/o Northeast Revenue Service, LLC 340 N. Washington Ave. Scranton, PA 18503 | Rental property 340-342 Railroad Ave. Scranton, PA 18505 | 2,084.67 | 9.00 | 3,022.077 |

E. Other Secured Claims (including conduit payments)

| Name of Creditor | Description of Collateral | Principal balance of Claim$ | Interest Rate% | Estimated Total to be paid in plan$ |
|---|---|---:|---:|---:|
| City of Scranton Tax Office<br>c/o Northeast Revenue Service, LLC<br>340 N. Washington Ave.<br>Scranton, PA 18503 | Rental property<br>339 Railroad Ave.<br>Scranton, PA 18505 | 1,362.29 | 9.00 | 1,975.32 |
| City of Scranton Tax Office<br>c/o Northeast Revenue Service, LLC<br>340 N. Washington Ave.<br>Scranton, PA 18503 | Rental property<br>318 N. Sumner Ave.<br>Scranton, PA 18504 | 2,494.57 | 9.00 | 3,617.13 |
| City of Scranton Tax Office<br>c/o Northeast Revenue Service, LLC<br>340 N. Washington Ave.<br>Scranton, PA 18503 | Rental property<br>1926 Price St.<br>Scranton, PA 18504 | 2,494.57 | 9.00 | 3,617.13 |
| City of Scranton Tax Office<br>340 N. Washington Ave.<br>Scranton, PA 18503 | Rental property<br>517-519 Luzerne St.<br>Scranton, PA 18505 | 705.76 | 9.00 | 1,023.35 |
| City of Scranton Tax Office<br>340 N. Washington Ave.<br>Scranton, PA 18503 | Rental property<br>1726-1728 Wayne Ave.<br>Scranton, PA 18508 | 1,114.49 | 9.00 | 1,616.01 |
| City of Scranton Tax Office<br>340 N. Washington Ave.<br>Scranton, PA 18503 | Rental property<br>339 Railroad Ave.<br>Scranton, PA 18505 | 406.77 | 9.00 | 589.82 |
| City of Scranton Tax Office<br>340 N. Washington Ave.<br>Scranton, PA 18503 | Rental property<br>318 N. Sumner Ave.<br>Scranton, PA 18504 | 798.03 | 9.00 | 1,157.14 |
| City of Scranton Tax Office<br>340 N. Washington Ave.<br>Scranton, PA 18503 | Rental property<br>1926 Price St.<br>Scranton, PA 18504 | 603.01 | 9.00 | 874.36 |
| Lackawanna County Tax Claim Bureau<br>135 Jefferson Ave.<br>Scranton, PA 18503 | Rental property<br>517-519 Luzerne St.<br>Scranton, PA 18505 | 6,422.72 | 9.00 | 9,312.92 |
| Lackawanna County Tax Claim Bureau<br>135 Jefferson Ave.<br>Scranton, PA 18503 | Rental property<br>1726-1728 Wayne Ave.<br>Scranton, PA 18508 | 9,054.92 | 9.00 | 13,129.63 |
| | | | | |

E. <u>Other Secured Claims</u>. (Including conduit payments)

| Name of Creditor | Description of Collateral | Principal balance of Claim$ | Interest Rate% | Estimated Total to be paid in plan$ |
|---|---|---|---|---|
| Lackawanna County Tax Claim Bureau<br>135 Jefferson Ave.<br>Scranton, PA 18503 | Rental property<br>339 Railroad Ave.<br>Scranton, PA 18505 | 1,823.41 | 9.00 | 2,643.96 |
| Lackawanna County Tax Claim Bureau<br>135 Jefferson Ave.<br>Scranton, PA 18503 | Rental property<br>318 N. Sumner Ave.<br>Scranton, PA 18504 | 3,521.09 | 9.00 | 8,626.68, |
| Lackawanna County Tax Claim Bureau<br>135 Jefferson Ave.<br>Scranton, PA 18503 | Rental property<br>1926 Price St.<br>Scranton, PA 18504 | 3,096.75 | 9.00 | 4,490.30 |
| Pennsylvania American Water<br>PO Box 578<br>Alton, IL 62002-0578 | Rental property<br>517-519 Luzerne St.<br>Scranton, PA 18505 | 866.18 | 0.00 | 866.18 |
| Pennsylvania American Water<br>PO Box 578<br>Alton, IL 62002-0578 | Rental property<br>517-519 Luzerne St.<br>Scranton, PA 18505 | 983.97 | 0.00 | 983.97 |
| Pennsylvania American Water<br>PO Box 578<br>Alton, IL 62002-0578 | Rental property<br>1726-1728 Wayne Ave.<br>Scranton, PA 18508 | 2,404.46 | 0.00 | 2,404.46 |
| Pennsylvania American Water<br>PO Box 578<br>Alton, IL 62002-0578 | Rental property<br>341 Railroad Ave.<br>Scranton, PA 18505 | 643.60 | 0.00 | 643.60 |
| Pennsylvania American Water<br>PO Box 578<br>Alton, IL 62002-0578 | Rental property<br>341 Railroad Ave.<br>Scranton, PA 18505 | 1,012.86 | 0.00 | 1,012.86 |
| Pennsylvania American Water<br>PO Box 578<br>Alton, IL 62002-0578 | Rental property<br>340-342 Railroad Ave.<br>Scranton, PA 18505 | 914.09 | 0.00 | 914.09 |
| Pennsylvania American Water<br>PO Box 578<br>Alton, IL 62002-0578 | Rental property<br>340-342 Railroad Ave.<br>Scranton, PA 18505 | 1,546.26 | 0.00 | 1,546.26 |
| Pennsylvania American Water<br>PO Box 578<br>Alton, IL 62002-0578 | Rental property<br>339 Railroad Ave.<br>Scranton, PA 18505 | 720.36 | 0.00 | 720.36 |
| Pennsylvania American Water<br>PO Box 578<br>Alton, IL 62002-0578 | Rental property<br>318 N. Sumner Ave.<br>Scranton, PA 18504 | 1,630.85 | 0.00 | 1,630.85 |
| | | | | |

E. <u>Other Secured Claims</u>. (Including conduit payments)

| Name of Creditor | Description of Collateral | Principal balance of Claim$ | Interest Rate% | Estimated Total to be paid in plan$ |
|---|---|---|---|---|
| Pennsylvania American Water<br>PO Box 578<br>Alton, IL 62002-0578 | Rental property<br>1926 Price St.<br>Scranton, PA 18504 | 867.98 | 0.00 | 867.98 |
| Pennsylvania American Water<br>PO Box 578<br>Alton, IL 62002-0578 | Rental property<br>1926 Price St.<br>Scranton, PA 18504 | 622.21 | 0.00 | 622.21 |

  F. <u>Surrender of Collateral</u>. The Debtor surrenders the following assets to secured creditors. Upon confirmation of the plan, bankruptcy stays are lifted as to the collateral to be surrendered. This provision does not prejudice a creditor's right to move to lift the stay prior to confirmation.

| Name of Creditor | Description of Collateral to be Surrendered |
|---|---|
| Santander Consumer USA<br>PO Box 961245<br>Ft. Worth, TX 76161<br>Acct. no. xxxx1000 | 2011 BMW 7 Series |
| Fidelity Deposit & Discount Bank | 954 ½ Ridge Ave.<br>Scranton, PA 18510 |
| Fidelity Deposit & Discount Bank | 954 Ridge Ave.<br>Scranton, PA 18510 |
| Fidelity Deposit & Discount Bank | 437 Railroad Ave.<br>Scranton, PA 18505 |
| Fidelity Deposit & Discount Bank | 521-523-525 Luzerne St.<br>Scranton, PA 18504 |
| LA Commercial Services, LLC | 921 Pittston Ave.<br>Scranton, PA 18505 |
| LA Commercial Services, LLC | 611-613 S. 9th St.<br>Scranton, PA 18504 |
| LA Commercial Services, LLC | 333 Fifth Ave.<br>Scranton, PA 18505 |
| LA Commercial Services, LLC | 542 N. Rebecca Ave.<br>Scranton, PA 18504 |

  G. <u>Lien Avoidance</u>. The Debtor moves to avoid the following judicial and/or nonpossessory, non-purchase money liens of the following creditors pursuant to Section 522W (this section should not be used for statutory or consensual liens such as mortgages):

| Name of Creditor | Description of Collateral |
|---|---|
| First National Bank of Pennsylvania<br>17-CV-1242<br>Court of Common Pleas of Lackawanna County | All rental properties |
| Itria Ventures, LLC<br>17-CV-2637<br>Court of Common Pleas of Lackawanna County | All rental properties |

H.  Optional provisions regarding duties of certain mortgage holders and servicers. Property of the estate vests upon closing of the case, and Debtor elects to include the following provisions. (Check if applicable)

(x)  Confirmation of the plan shall impose an affirmative duty on the holders and/or servicers of any claims secured by liens, mortgages and/or deeds of trust on the principal residence of the Debtor to do the following:

(1)  Apply the payments received from the Trustee on the pre-petition arrearage, if any, only to such arrearage. If the plan provides for an allowed payment of post-petition arrearages as set forth in Section 2C, apply those payments to only the post-petition arrearages.

(2)  Deem the pre-petition arrearage as contractually current upon confirmation of the plan, for the sole purpose of precluding the imposition of late payment charges of other default-related fees and services based solely on the pre-petition default or defaults.

(3)  Apply the post-petition monthly mortgage payments made by the Debtor to the post-petition mortgage obligations as provided for by the terms of the underlying mortgage note. Late charges may be assessed on post-petition payments as provided by the terms of the mortgage and note.

3. **PRIORITY CLAIMS**

A.  Allowed unsecured claims entitled to priority under section 1322(a) will be paid in full unless modified under Section 8:

| Name of Creditor | Estimated Total Payment $ |
|---|---|
|  |  |
|  |  |
|  |  |

B.  Administrative Claims:

(I)  Trustee fees. Percentage fees payable to the Trustee will be paid at the rate fixed by the United States Trustee, not to exceed 10%.

(2)  Attorney fees. Check one box:

( )  In addition to the retainer of $_____ already paid by the Debtor, the amount of $3000.00 in the plan. This represents the unpaid balance of the presumptively reasonable fee specified in L.B.R. 2016-2.

(X)  $345.00 per hour, to be adjusted in accordance with the terms of the written fee agreement between the Debtor and the attorney. Payment of such lodestar compensation shall require a separate fee application with the requested amount of compensation approved by the Court.

(3) Other administrative claims.

| Name of Creditor | Estimated Total Payment |
|---|---|
|  |  |
|  |  |
|  |  |

4. **UNSECURED CLAIMS**
    A. <u>Claims of Unsecured Nonpriority Creditors Specially Classified</u>. Includes unsecured claims, such as co-signed unsecured debts, that will be paid in full even though all other unsecured claims may not be paid in full.

| Name of Creditor | Reason for Special Classification | Amount of Claim$ | Interest Rate % | Total Payment$ |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

    B. All remaining allowed unsecured claims shall receive a pro-rata distribution of any funds remaining after payment of the other classes.

5. EXECUTORY CONTRACTS AND UNEXPIRED LEASES. The following executory contracts and unexpired leases are assumed (and pre-petition arrears to be cured in the plan) or rejected (so indicate):

|  |  | Monthly Payment$ | Interest Rate% | Pre-petition Arrears$ | Total Payment$ | Assume/ Reject |
|---|---|---|---|---|---|---|
| Inez Gertrude Walker | 954 ½ Ridge Ave. Scranton, PA 18510 | 900.00 | 0 | 0 | 900.00 | Reject |
| Juan Manuel Palafox | 921 Pittston Ave. 1st Floor Scranton, PA 18505 | 800.00 | 0 | 0 | 800.00 | Reject |
| Vicky & Huezo Matamoros | 921 Pittston Ave. 2nd floor Scranton, PA 18505 | 800.00 | 0 | 0 | 800.00 | Reject |
| Bhim R. Darjee | 437 Railroad Ave. Scranton, PA 18505 | 700.00 | 0 | 0 | 700.00 | Reject |
| Quatione Brown | 333 Fifth Ave. Scranton, PA 18505 | 800.00 | 0 | 0 | 800.00 | Reject |
| Tiffany Georgia Domenech | 521 Luzerne St. Scranton, PA 18504 | 850.00 | 0 | 0 | 850.00 | Reject |
| Chary Isley | 517 Luzerne St. Scranton, PA 18505 | 875.00 | 0 | 0 | 875.00 | Reject |
| Tshinkala Kibingwa | 341 Railroad Ave. 1st floor Scranton, PA 18505 | 650.00 | 0 | 0 | 650.0 | Assume |
| Nirmala Jangala | 341 Railroad Ave. 2nd floor Scranton, PA 18505 | 600.00 | 0 | 0 | 600.00 | Assume |

| Maria D. Rodriguez | 339 Railroad Ave. Scranton, PA 18505 | 700.00 | 0 | 0 | 700.00 | Reject |
| Maria M. Morales | 340 Railroad Ave. Scranton, PA 18505 | 700.00 | 0 | 0 | 700.00 | Assume |
| Autumn Everett | 342 Railroad Ave. Scranton, PA 18505 | 900.00 | 0 | 0 | 900.00 | Assume |
| Jessica J. Caban Gonzalez | 613 S. 9th St. Scranton, PA 18504 | 850.00 | 0 | 0 | 850.00 | Reject |
| Ramon Enrique Maisonet Sanchez | 611 S. 9th St. Scranton, PA 18504 | 750.00 | 0 | 0 | 750.00 | Reject |
| Nelson Quimby Rivera | 318 N. Sumner Ave. 1st floor Scranton, PA 18504 | 850.00 | 0 | 0 | 850.00 | Reject |
| Jolene April Knight | 318 N. Sumner Ave. 2nd floor Scranton, PA 18504 | 800.00 | 0 | 0 | 800.00 | Reject |
| Thomas Smith | 1926 Price St. Apt. B Scranton, PA 18504 | 590.00 | 0 | 0 | 590.00 | Assume |
| Willeen Monique Eichelsderfer | 542 N. Rebecca Ave. Scranton, PA 18504 | 800.00 | 0 | 0 | 800.00 | Reject |

**6. RE VESTING OF PROPERTY: (Check One)**

( ) Property of the estate will vest in the Debtor upon confirmation. (Not to be used with Section 2H)

(x) Property of the estate will vest in the Debtor upon closing of the case.

**7. STUDENT LOAN PROVISIONS**

A. <u>Student loan provisions</u>. This plan does not seek to discharge student loan(s) except as follows:

(NOTE: If you are not seeking to discharge a student loan(s), do not complete this section.)

| Name of Creditor | Monthly Payment$ | Interest Rate% | Pre-petition Arrears$ | Total Payment$ |
|---|---|---|---|---|
| | | % | | |
| | | | | |

**8. OTHER PLAN PROVISIONS**

A. Include the additional provisions below or on an attachment. (NOTE: **The plan and any attachment must be filed as one document, not as a plan and exhibit.**)
B. Debtor reserves the right to object to any claim at any time.

9.  **ORDER OF DISTRIBUTION:**

Payments from the plan will be made by the Trustee in the following order:
Level 1:_____
Level 2:_____
Level 3:_____
Level 4:_____
Level 5:_____
Level 6:_____
Level 7:_____
Level 8:_____

If the above Levels are not filled-in, then the order of distribution of plan payments will be determined by the Trustee using the following as a guide:
Level l:        Adequate protection payments.
Level 2:        Debtor's attorney's fees.
Level 3:        Domestic Support Obligations.
Level 4:        Priority claims, pro rata.
Level 5:        Secured claims, pro rata.
Level 6:        Specially classified unsecured claims.
Level 7:        General unsecured claims.
Level 8:        Untimely filed unsecured claims to which the Debtor has not objected.


GENERAL PRINCIPLES APPLICABLE TO ALL PLANS

All pre-petition arrears and cramdowns shall be paid to the Trustee and disbursed to creditors through the plan.

If a pre-petition creditor files a secured, priority or specially classified claim after the bar date, the Trustee will treat the claim as allowed, subject to objection by the Debtor. Claims filed after the bar date that are not properly served on the Trustee will not be paid. The Debtor is responsible for reviewing claims and filing objections, if appropriate.

```
Dated: July 21, 2017

/s/C. Stephen Gurdin, Jr., Esquire
C. STEPHEN GURDIN, JR., ESQUIRE
Attorney for Debtor(s)
67-69 Public Square, Suite 501
WILKES-BARRE PA 18701-2512
Phone (570) 826-0481 fax (570) 822-7780
e-mail ECF@gurdinlaw.com


/s/Anjaneyulu Uppala
ANJANEYULU UPPALA
Debtor(s)
```