UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
(Wilkes-Barre)

_____

In re:                                    :        Chapter 13
**ANJANEYULU UPPALA,**                    :        Bankruptcy Case No. 5:17-bk-02392-JJT
                            Debtor        :

_____

## ENTRY OF APPEARANCE AND FOR NOTICES AND SERVICE OF PAPERS, FILED ON BEHALF OF LA COMMERCIAL SERVICES, LLC

 **PLEASE TAKE NOTICE** that the undersigned appears for La Commercial Services, LLC ("LA Commercial), a creditor of the above-captioned debtor and party in interest herein, and demands that all notices given or required to be given in this case pursuant to any of the applicable provisions of the United States Bankruptcy Code, including, without limitation, 11 U.S.C. Sections 341, 362, 363, 364, 365, 502, 503, 506, 523, 524, 542, 543, 544, 545, 547, 548, 549, 553, 554, 706, 707, 727, 1102, 1106, 1109, 1125, 1128, 1301, 1307, 1324, 1328, and any applicable provisions of the Federal Rules of Bankruptcy Procedure, including, without limitation, Rules 2002, 9007 and/or 9019 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") be served upon the undersigned at the address set forth below pursuant to Bankruptcy Rule 2002(g).

 **PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes not only the notices and documents referred to in the Bankruptcy rules specified above, but al includes, without limitation, any and all orders, notices of any meetings of creditors, applications, motions, petitions, pleadings, requests, complaints, objections or demands, whether formal or information, written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex or otherwise: (1) which affect or seek to affect in any way the rights or interests of the debtor, or of LA Commercial, or any other creditor or party in interest in this case; and/or (2) which require or seek to require any act, delivery or any property, payment or other conduct by the debtor, LA Commercial, or any other creditor or party in interest in this case.


                            ABRAHAMSEN, CONABOY & ABRAHAMSEN, P.C.


Dated:   September 11, 2017      By:    /s/ Joshua Borer
                                        Joshua Borer, Esquire
                                        Attorney ID Number 319058
                                        1006 Pittston Avenue
                                        Scranton, PA 18505
                                        (570) 348-0200
                                        jborer@law-aca.com
                                        *(Attorneys for LA Commercial, LLC)*