IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 5-17-02392-JJT |
| | : | |
| ANJANEYULU UPPALA | : | |
| | : | |
| DEBTOR | : | CHAPTER 13 |

::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

### ENTRY OF APPEARANCE

Kindly enter the appearance of Mark J. Conway and the Conway Law Offices, P.C., 502 South Blakely Street, Dunmore, Pennsylvania 18512 as counsel for Santarelli & Sons Oil Co., Inc., a creditor and party in interest in the above-captioned matter.

.

**CONWAY LAW OFFICES, P.C.**

/s/ Mark J. Conway
Mark J. Conway, Esq.
502 S. Blakely Street
Dunmore, PA 18512
Phone (570) 343-5350
Fax (570) 343-5377

DATED: October 23, 2017

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 5-17-02392-JJT |
| ANJANEYULU UPPALA | : | |
| DEBTOR | : | CHAPTER 13 |

## CERTIFICATE OF SERVICE

I, Amy L. Marta, Paralegal, hereby certify that on this 23rd day of October 2017, I electronically filed the foregoing Entry of Appearance with the Clerk of the Bankruptcy Court using the CM/ECF system which sent notification of such filing to the following Filing Users at the following e-mail addressed:

C. Stephen Gurdin, Jr., Esq.
67-69 Public Square, Suite 501
Wilkes-Barre, PA 18701-2512
Stephen@gurdinlaw.com

Charles J DeHart, III, Esq.
8125 Adams Drive, Suite A
Hummelstown, PA 17036
dehartstaff@pamd13trustee.com

**CONWAY LAW OFFICES, P.C.**

/s/ Amy L. Marta
Amy L. Marta, Paralegal
502 S. Blakely Street
Dunmore, PA 18512
Phone (570) 343-5350
Fax (570) 343-5377