```
                            United States Bankruptcy Court
                            Middle District of Pennsylvania
In re:                                                              Case No. 17-02392-JJT
Anjaneyulu Uppala                                                   Chapter 13
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0314-5          User: DDunbar              Page 1 of 3                   Date Rcvd: Nov 21, 2017
                              Form ID: misstate          Total Noticed: 70
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 23, 2017.
```
db             +Anjaneyulu Uppala,    400 Bobcat Lane,    S. Abington Twp., PA 18411-9158
cr             +Fairway Consumer Discount Company,    c/o Chariton, Schwager & Malak,    138 South Main Street,
                 P.O. Box 910,    Wilkes Barre, PA 18703-0910
cr            #+Liberty Truck Center, Inc.,    PO Box 239,    Harford, PA 18823,    UNITED STATES 18823-0239
cr             +Santarelli & Sons Oil Co., Inc.,    c/o Mark J. Conway,    502 S. Blakely Street,
                 Dunmore, PA 18512-2237
4931373       #+Bank Of America,    Nc4-105-03-14,    Po Box 26012,    Greensboro, NC 27420-6012
4959873        +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
4931374        +Brigid E. Carey, Esq.,    P.O. Box 4466,    Scranton, PA 18505-6466
4931376        +Chase Card,    Attn: Correspondence Dept,    Po Box 15298,    Wilmington, DE 19850-5298
4931377        +Chase Card Services,    Attn: Correspondence,    Po Box 15278,    Wilmington, DE 19850-5278
4931378        +Chizkaya Kalmanowitz,    10 Getzil Berger Blvd. #302,    Monroe, NY 10950-6319
4931379        +Citibank/The Home Depot,    Citicorp Cr Srvs/Centralized Bankruptcy,    Po Box 790040,
                 S Louis, MO 63179-0040
4931380        +Citicards Cbna,    Citicorp Credit Svc/Centralized Bankrupt,    Po Box 790040,
                 Saint Louis, MO 63179-0040
4931381        +City of Scranton,    c/o Northeast Revenue Service,    Attn: Delinquent Waste Disposal,
                 340 N. Washington Ave.,    Scranton, PA 18503-1546
4931382        +City of Scranton Tax Office,    1170 Hwy. 315, Ste. 2,    Plains, PA 18702-6906
4982948         Department Stores National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
                 Kirkland, WA  98083-0657
4931384        +Donna Donaher, Esq.,    First National Bank,    One North Shore Center,    12 Federal St., 1st Fl.,
                 Pittsburgh, PA 15212-5753
4931385        +Fairway Consumer Discount Company,    8 Marion St.,    Luzerne, PA 18709-1419
4931387        +Fidelity Deposit & Discount Bank,    338 N. Washington St.,    Scranton, PA 18503-1554
4931386        +Fidelity Deposit & Discount Bank,    101 N. Blakely St.,    Dunmore, PA 18512-1900
4931388        +First Bank Puerto Rico,    Attn: Bankruptcy,    9795 S Dixie Hwy,    Pinecrest, FL 33156-2806
4931389        +First National Bank of Pennsylvania,    One North Shore Center,    12 Federal St., Suite 105,
                 Pittsburgh, PA 15212-5753
4931390         Fitzpatrick Lentz & Bubba, PC,    4001 Schoolhouse Lane,    PO Box 219,
                 Center Valley, PA 18034-0219
4931391        +Fox Capital, Inc.,    140 Broadway,    46th Floor,    New York, NY 10005-1155
4942687        +Itria Ventures LLC,    c/o John J. Winter, Esquire,    The Chartwell Law Offices, LLP,
                 970 Rittenhouse Road, Suite 300,    Eagleville, PA 19403-2265
4931392        +Itria Ventures, LLC,    462 7th Ave., 20th Floor,    New York, NY 10018-7423
4931395        +JR Petroleum,    400 Bobcat Lane,    South Abington Twp., PA 18411-9158
4931393        +Jaydeen Corporation,    451 St. Pauls Ave.,    Jersey City, NJ 07306-6108
4931394        +Jeffrey W. Nepa, Esq.,    41 N. Main St.,    Carbondale, PA 18407-2357
4931397        +KML Law Group, P.C.,    Ste 5000 BNY Mellon Independence Ct,    701 Market St.,
                 Philadelphia, PA 19106-1538
4931398        +LA Commercial Services, LLC,    1006 Pittston Ave.,    Scranton, PA 18505-4109
4931399        +Lackawanna County Tax Claim Bureau,    135 Jefferson Ave.,    Scranton, PA 18503-1716
4931400        +Liberty Petroleum Distributors,    1492 Oliver Rd.,    New Milford, PA 18834-7591
4970759       #+Liberty Truck Center, Inc.,    P.O. Box 239,    Harford, PA 18823-0239
4931404        +MRS Associates,    1930 Olney Ave.,    Cherry Hill, NJ 08003-2016
4944352        +Mercedes-Benz Financial Services USA LLC,    c/o BK Servicing, LLC,    PO Box 131265,
                 Roseville, MN 55113-0011
4931405        +Mulligan Funding,    4619 Viewridge Ave.,    San Diego, CA 92123-5611
4979713        +PENN EAST FEDERAL CREDIT UNION,    ATTN B CHUFF,    1300 MEYLERT AVENUE,
                 SCRANTON, PA 18509-2267
4931410         PPL,    827 Hausman Rd.,    Allentown, PA 18104-9392
4970991        +PPL Electric Utilities,    827 Hausman Road,    Allentown, PA 18104-9392
4931406        +Penn East FCU Administration Office,    1300 Meylert Ave., Suite 201,    Scranton, PA 18509-2267
4931407         Pennsylvania American Water,    P.O. Box 371412,    Pittsburgh, PA 15250-7412
4931409        +Pnc Bank,    Attn: Bankruptcy,    2730 Liberty Ave,    Pittsburgh, PA 15222-4747
4931411        +Rocco Haertter, Esq.,    Courthouse Square Towers,    Suite 310,    216 N. River St.,
                 Wilkes Barre, PA 18702-2523
4939791        +SANTANDER CONSUMER USA,    P.O. Box 560284,    Dallas, TX 75356-0284
4931415        +SRV Petroleum, LLC,    400 Bobcat Lane,    South Abington Twp., PA 18411-9158
4931417        +SV Realty Group, LLC,    400 Bobcat Lane,    Clarks Summit, PA 18411-9158
4931418        +SV Realty Group, LLC,    400 Bobcat Lane,    South Abington Twp., PA 18411-9158
4931412        +Santander Consumer USA,    Po Box 961245,    Ft Worth, TX 76161-0244
4931413        +Santarelli & Sons Oil Co., Inc.,    443 Main St.,    Peckville, PA 18452-2409
4931414         Single Tax Office,    William Fox, Collector of Taxes,    P.O. Box 709,    Scranton, PA 18501-0709
4931421        +The Chartwell Law Offices, LLP,    970 Rittenhouse Rd., Suite 300,    Eagleville, PA 19403-2265
4933891        +The Fidelity Deposit and Discount Bank,    338 N. Washington Avenue,    Scranton, PA 18503-1554
4931422        +The Kaplan Group,    2250 King Court, Ste. 50,    San Luis Obispo, CA 93401-5543
4931423        +Torres Crdit,    Tcs Inc.,    Po Box 189,    Carlisle, PA 17013-0189
4931424        +Vikisha Corp.,    3900 West Side Ave.,    North Bergen, NJ 07047-6471
4931425        +Visa Dept Store National Bank/Macy’s,    Attn: Bankruptcy,    Po Box 8053,    Mason, OH 45040-8053
```

```
District/off: 0314-5           User: DDunbar              Page 2 of 3                   Date Rcvd: Nov 21, 2017
                               Form ID: misstate          Total Noticed: 70
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4931375        +E-mail/Text: dloman@cancapital.com Nov 21 2017 18:55:46      Can Capital,   2015 Vaughn Road,
                 Bldg. 500,    Kennesaw, GA 30144-7831
4933541         E-mail/Text: mrdiscen@discover.com Nov 21 2017 18:55:47      Discover Bank,
                 Discover Products Inc,   PO Box 3025,   New Albany, OH 43054-3025
4931383        +E-mail/Text: mrdiscen@discover.com Nov 21 2017 18:55:47      Discover Financial,   Po Box 3025,
                 New Albany, OH 43054-3025
4968989         E-mail/PDF: resurgentbknotifications@resurgent.com Nov 21 2017 19:25:07
                 LVNV Funding, LLC its successors and assigns as,    assignee of Citibank, N.A.,
                 Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
4931402         E-mail/Text: camanagement@mtb.com Nov 21 2017 18:56:28      M & T Bank,   1 Fountain Plz,
                 Buffalo, NY 14203
4931401         E-mail/Text: camanagement@mtb.com Nov 21 2017 18:56:28      M & T Bank,   Po Box 844,
                 Buffalo, NY 14240
4943414         E-mail/Text: camanagement@mtb.com Nov 21 2017 18:56:28      M&T Bank,   P.O. Box 1288,
                 Buffalo, NY 14240
4931403        +E-mail/Text: M74banko@daimler.com Nov 21 2017 18:56:49      Mercedes-Benz Financial,
                 Po Box 685,   Roanole, TX 76262-0685
4980271        +E-mail/Text: bankruptcydpt@mcmcg.com Nov 21 2017 18:56:35      Midland Funding, LLC,
                 Midland Credit Management, Inc. as,    agent for Midland Funding, LLC,   PO Box 2011,
                 WARREN, MI 48090-2011
4982390         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 21 2017 19:25:07
                 Portfolio Recovery Associates, LLC,   POB 12914,   Norfolk VA 23541
4931828        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 21 2017 19:25:07
                 PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
4931408         E-mail/Text: csc.bankruptcy@amwater.com Nov 21 2017 18:56:48      Pennsylvania American Water,
                 P.O.Box 578,   Alton, IL 62002-0578
4931419        +E-mail/PDF: gecsedi@recoverycorp.com Nov 21 2017 19:25:24      Synchrony Bank/ JC Penney,
                 Attn: Bankruptcy,    Po Box 956060,   Orlando, FL 32896-0001
4931420        +E-mail/PDF: gecsedi@recoverycorp.com Nov 21 2017 19:25:24      Synchrony Bank/Lowes,
                 Attn: Bankruptcy,    Po Box 956060,   Orlando, FL 32896-0001
                                                                                              TOTAL: 14

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +Itria Ventures LLC,   c/o John J. Winter, Esquire,    The Chartwell Law Offices, LLP,
                 970 Rittenhouse Road, Suite 300,    Eagleville, PA 19403-2265
cr*            +Mercedes-Benz Financial Services USA LLC,   c/o BK Servicing, LLC,   PO Box 131265,
                 Roseville, MN 55113-0011
cr*            +PRA Receivables Management, LLC,   PO Box 41021,    Norfolk, VA 23541-1021
cr*            +The Fidelity Deposit and Discount Bank,   338 N. Washington Avenue,   Scranton, PA 18503-1554
4942689*       +Itria Ventures LLC,   c/o John J. Winter, Esquire,    The Chartwell Law Offices, LLP,
                 970 Rittenhouse Road, Suite 300,    Eagleville, PA 19403-2265
4931396*       +JR Petroleum, LLC,    400 Bobcat Lane,    South Abington Twp., PA 18411-9158
4931416       ##+Stellar Recovery Inc,   Attn: Bankruptcy,    4500 Salisbury Road Ste 105,
                 Jackonville, FL 32216-8035
                                                                                              TOTALS: 0, * 6, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 23, 2017                                          Signature:  /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 21, 2017 at the address(es) listed below:

        C. Stephen Gurdin, Jr    on behalf of Plaintiff Anjaneyulu  Uppala Stephen@gurdinlaw.com, michelle@gurdinlaw.com
        C. Stephen Gurdin, Jr    on behalf of Debtor 1 Anjaneyulu  Uppala Stephen@gurdinlaw.com, michelle@gurdinlaw.com
        Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
        David Schwager    on behalf of Creditor    Fairway Consumer Discount Company des@csmlawoffices.com, dschwagr@epix.net
        David J. Harris    on behalf of Creditor    Liberty Truck Center, Inc. dh@lawofficeofdavidharris.com, davidharrisesqign@gmail.com
        Edwin A Abrahamsen    on behalf of Creditor    LA Commercial, LLC nabrahamsen@law-aca.com, jguida@law-aca.com
        James Warmbrodt    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
        John J Winter    on behalf of Creditor    Itria Ventures LLC jwinter@chartwelllaw.com, amcclinton@chartwelllaw.com
        Mark J. Conway    on behalf of Creditor    Santarelli & Sons Oil Co., Inc. info@mjconwaylaw.com, connie@mjconwaylaw.com;mjc@mjconwaylaw.com
        Rocco G. Haertter    on behalf of Creditor    The Fidelity Deposit and Discount Bank Rocco.Haertter@outlook.com
        United States Trustee    ustpregion03.ha.ecf@usdoj.gov
        William E. Craig    on behalf of Creditor    Mercedes-Benz Financial Services USA LLC ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

        TOTAL: 12

misstate (04/09)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Anjaneyulu Uppala <br> Debtor(s) | Chapter 13 <br> Case No. 5:17−bk−02392−JJT |

## NOTICE RE: REPORT OF DEBTOR AUDIT

In accordance with 28 U.S.C. Section 586(f)(1), the United States Trustee contracted for an audit to be performed of the petition, schedules and other information filed and/or provided by the debtor(s) in this case.

NOTICE IS HEREBY GIVEN that the audit firm has reported one or more material misstatements concerning the income, expenditures and/or assets of the debtor(s). The Report is not a legal determination, and the legal effect of the auditor's finding of material misstatement is a question for the Court. The Report of Debtor Audit has been filed with the Court and is available for review by parties in interest.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:** <br> U.S. Bankruptcy Court <br> 274 Max Rosenn U.S. Courthouse <br> 197 South Main Street <br> Wilkes−Barre, PA 18701 <br> (570) 831−2500 | **For the Court:** <br> Terrence S. Miller <br> Clerk of the Bankruptcy Court: <br> By: DDunbar, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: November 21, 2017 |