# LOCAL BANKRUPTCY FORM 3015-1

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| ANJANEYULU UPPALA | : | |
| | : | CASE NO. 5-17-02392 |
| | : | |
| | : ____ ORIGINAL PLAN | |
| | : _1st_ AMENDED PLAN (Indicate 1ST, 2ND, | |
| | :         3RD), etc. | |
| | : _43_ Number of Motions to Avoid Liens | |
| | : _4_ Number of Motions to Value Collateral | |

## CHAPTER 13 PLAN

## NOTICES

Debtors must check one box on each line to state whether or not the plan includes each of the following items. If an item is checked as "Not Included" or if both boxes are checked or if neither box is checked, the provision will be ineffective if set out later in the plan.

| | | | |
|---|---|---|---|
| 1 | The plan contains nonstandard provisions, set out in § 9, which are not included in the standard plan as approved by the U.S. Bankruptcy Court for the Middle District of Pennsylvania. | (X) Included | ( ) Not Included |
| 2 | The plan contains a limit on the amount of a secured claim, set out in § 2.E, which may result in a partial payment or no payment at all to the secured creditor. | (X) Included | ( ) Not Included |
| 3 | The plan avoids a judicial lien or nonpossessory, nonpurchase-money security interest, set out in § 2.G. | (X) Included | ( ) Not Included |

## YOUR RIGHTS WILL BE AFFECTED

READ THIS PLAN CAREFULLY. If you oppose any provision of this plan, you must file a timely written objection. This plan may be confirmed and become binding on you without further notice or hearing unless a written objection is filed before the deadline stated on the Notice issued in connection with the filing of the plan.

**1. PLAN FUNDING AND LENGTH OF PLAN.**

    **A. <u>Plan Payments From Future Income</u>**

1. To date, the Debtor paid $5,055.65 (enter $0 if no payments have been made to the Trustee to date). Debtor shall pay to the Trustee for the remaining term of the plan the following payments. If applicable, in addition to monthly plan payments, Debtor shall make conduit payments through the Trustee as set forth below. The total base plan is $104,182.87, plus other payments and property stated in § 1B below:

| Start mm/yyyy | End mm/yyyy | Plan Payment | Estimated Conduit Payment | Total Monthly Payment | Total Payment Over Plan Tier |
|---|---|---|---|---|---|
| 02/2018 | 08/2018 | 858.56 | 0.00 | 858.56 | 6009.92 |
| 09/2018 | 05/2019 | 1,633.56 | 0.00 | 1,633.56 | 14,702.04 |
| 06/2019 | 07/2022 | 2,063.56 | 0.00 | 2,063.56 | 78,415.28 |
| | | | | Total Payments: | 104,182.89 |

2. If the plan provides for conduit mortgage payments, and the mortgagee notifies the Trustee that a different payment is due, the Trustee shall notify the Debtor and any attorney for the Debtor, in writing, to adjust the conduit payments and the plan funding. Debtor must pay all post-petition mortgage payments that come due before the initiation of conduit mortgage payments.

3. Debtor shall ensure that any wage attachments are adjusted when necessary to conform to the terms of the plan.

4. CHECK ONE: (   ) Debtor is at or under median income. *If this line is checked, the rest of § 1.A.4 need not be completed or reproduced.*

(X) Debtor is over median income.  Debtor calculates that a minimum of $0.00 must be paid to allowed unsecured creditors in order to comply with the Means Test.

## B.  Additional Plan Funding From Liquidation of Assets/Other

1.  The Debtor estimates that the liquidation value of this estate is $ 3,095.84. (Liquidation value is calculated as the value of all non-exempt assets after the deduction of valid liens and encumbrances and before the deduction of Trustee fees and priority claims.)  The interest in JR Petroleum, LLC has not been included in the liquidation value, because the property has been surrendered to creditors.  The landlord/Tenant claim against Chary Isley has also not been included in the liquidation value, because it is non-productive.

*Check one of the following two lines.*

  _X_   No assets will be liquidated. *If this line is checked, the rest of § 1.8 need not be completed or reproduced.*

_____ Certain assets will be liquidated as follows:

2.     In addition to the above specified plan payments, Debtor shall dedicate to the plan proceeds in the estimated amount of $_____ from the sale of property known and designated as _____ All sales shall be completed by_____, 20 _____ If the property does not sell by the date specified, then the disposition of the property shall be as follows:

3.     Other payments from any source(s) (describe specifically) shall be paid to the Trustee as follows: _____ _____

## 2. SECURED CLAIMS.

### A.  Pre-Confirmation Distributions. *Check one.*

_X_ None. *If "'None" is checked, the rest of § 2.A need not be completed or reproduced.*

_____ Adequate protection and conduit payments in the· following amounts will be paid by the Debtor to the Trustee. The Trustee will disburse these payments for which a proof of claim has been filed as soon as practicable after receipt of said payments from the Debtor.

| Name of Creditor | Last Four Digits of Account Number | Estimated Monthly Payment |
|---|---|---|
|  |  |  |

1. The Trustee will not make a partial payment.  If the Debtor makes a partial plan payment, or if it is not paid on time and the Trustee is unable to pay timely a payment due on a claim in this section, the Debtor's cure of this default must include any applicable late charges.

2. If a mortgagee files a notice pursuant to Fed. R. Bankr. P. 3002.1(b), the change in the conduit payment to the Trustee will not require modification of this plan.

**B.** **Mortgages (Including Claims Secured by Debtor's Principal Residence)  and other Direct Payments by Debtor**. *Check one.*

___ None. *If "'None" is checked, the rest of § 2.B need not be completed or reproduced.*

_X_ Payments will be made by the Debtor directly to the creditor according to the original contract terms, and without modification of these terms unless otherwise agreed to by the contracting parties. All liens survive the plan if not avoided or paid in full under the plan.

| Name of Creditor | Description of Collateral | Last Four Digits of Account Number |
|---|---|---|
| Chizkaya Kalmanowitz<br>10 Getzil Berger Blvd. #302<br>Monroe, NY 10950 | Rental property<br>517-519 Luzerne St.<br>Scranton, PA 18505 | |
| Fidelity Deposit & Discount Bank<br>338 N. Washington Ave.<br>Scranton, PA 18503 | Rental property<br>1726-1728 Wayne Ave.<br>Scranton, PA 18508 | 2677 |
| M&T Bank<br>PO Box 1288<br>Buffalo, NY 14240 | Rental property<br>341 Railroad Ave.<br>Scranton, PA 18505 | 4098 |
| M&T Bank<br>PO Box 1288<br>Buffalo, NY 14240 | Rental  property<br>340-342 Railroad Ave.<br>Scranton, PA 18505 | 4072 |
| Fidelity Deposit & Discount Bank<br>338 N. Washington Ave.<br>Scranton, PA 18503 | Rental property<br>339 Railroad Ave.<br>Scranton, PA 18505 | 16 CV 5503 |
| Fidelity Deposit & Discount Bank<br>338 N. Washington Ave.<br>Scranton, PA 18503 | Rental property<br>1926 Price St.<br>Scranton, PA 18504 | 16 CV 5503 |
| Mercedes-Benz Financial<br>c/o Bk Servicing, LLC<br>PO Box 131265<br>Roseville, MN 55113-0011 | 2010 Mercedes-Benz E350 | 1001 |

**C**. **Arrears (Including, but not limited to claims secured by Debtor's principal residence).***Check one.*

___ None. *If "None is checked, the rest of § 2.C need not be completed or reproduced.*

<u>  X  </u>  The Trustee shall distribute to each creditor set forth below the· amount of arrearages in the allowed proof of claim. If post-petition arrears are not itemized in an allowed claim, they shall be paid in the amount stated below. Unless otherwise ordered, if relief from the automatic stay is granted as to any collateral listed in this section, all payments to the creditor as to that collateral shall cease, and the claim will no longer be provided for under § 1322(b)(5) of the Bankruptcy Code:

| Name of Creditor | Description of Collateral | Estimated Pre-Petition Arrears to Be Cured | Estimated Post-Petition Arrears to Be Cured | Estimated Total to Be paid in plan |
|---|---|---|---|---|
| Chizkaya Kalmanowitz 10 Getzil Berger Blvd. #302 Monroe, NY 10950 | Rental property 517-519 Luzerne St. Scranton, PA 18505 | 6,200.00 | 0.00 | 6,200.00 |
| Fidelity Deposit & Discount Bank 338 N. Washington Ave. Scranton, PA 18503 | Rental property 1726-1728 Wayne Ave. Scranton, PA 18508 | 3,315.55 | 0.00 | 3,315.55 |
| M&T Bank PO Box 1288 Buffalo, NY 14240 | Rental property 341 Railroad Ave. Scranton, PA 18505 | 9,064.11 | 0.00 | 9,064.11 |
| M&T Bank PO Box 1288 Buffalo, NY 14240 | Rental property 340-342 Railroad Ave. Scranton, PA 18505 | 6,236.68 | 0.00 | 6,238.68 |
| Mercedes-Benz Financial c/o BK Servicing, LLC PO Box 131265 Roseville, MN 55113-0011 | 2010 Mercedes-Benz E350 | 851.83 | 0.00 | 851.83 |
|  |  |  |  |  |

**D.** Other secured claims (conduit payments and claims for which a § 506 valuation Is not applicable. etc.)

<u>    </u>  None. *If "None is checked, the rest of § 2.0 need not be completed or reproduced.*

<u>  X  </u>  The claims below are secured claims for which a § 506 valuation is not applicable, and can include:(1) claims that were either (a) incurred within 910 days of the petition date and secured by a purchase money security

interest in a motor vehicle acquired for the personal use of the Debtor, or (b) incurred within 1 year of the petition date and secured by a purchase money security interest in any other thing of value;(2) conduit payments; or (3) secured claims not provided for elsewhere.

1. The allowed secured claims listed below shall be paid in full and their liens retained   until completion of payments under the plan.

2.   In addition to payment of the allowed secured claim, present value interest pursuant to 11 U.S.C. §1325(a)(5)(B)(ii) will be paid at the rate and in the amount listed below, unless an objection is raised. If an objection is raised, then the court will determine the present value interest rate and amount at the confirmation hearing.

3. Unless otherwise ordered, if the claimant notifies the Trustee that the claim was paid, payments on the claim shall cease.

| Name of Creditor | Description of Collateral | Principal Balance of Claim | Interest Rate | Total to Be Paid in Plan |
|---|---|---|---|---|
| City of Scranton Tax Office Delinquent Waste 1170 Highway 315, Suite 5 Plains, PA 18702 | Rental property 517-519 Luzerne St. Scranton, PA 18505 | 2,494.57 | 9.00 | 3,617.12 |
| City of Scranton Tax Office Delinquent Waste 1170 Highway 315, Suite 5 Plains, PA 18702 | Rental property 1726-1728 Wayne Ave. Scranton, PA 18508 | 2,494.57 | 9.00 | 3,617.12 |
| City of Scranton Tax Office Delinquent Waste 1170 Highway 315, Suite 5 Plains, PA 18702 | Rental property 341 Railroad Ave. Scranton, PA 18505 | 1,644.76 | 9.00 | 2,384.90 |
| City of Scranton Tax Office Delinquent Waste | Rental property 341 Railroad Ave. | 2,494.57 | 9.00 | 3,617.12 |

| | | | | |
|---|---|---|---|---|
| 1170 Highway 315, Suite 5 Plains, PA 18702 | Scranton, PA 18505 | | | |
| City of Scranton Tax Office Delinquent Waste 1170 Highway 315, Suite 5 Plains, PA 18702 | Rental property 340-342 Railroad Ave. Scranton, PA 18505 | 2,084.67 | 9.00 | 3,022.77 |
| City of Scranton Tax Office Delinquent Waste 1170 Highway 315, Suite 5 Plains, PA 18702 | Rental property 339 Railroad Ave. Scranton, PA 18505 | 1,362.29 | 9.00 | 1,975.32 |
| City of Scranton Tax Office Delinquent Waste 1170 Highway 315, Suite 5 Plains, PA 18702 | Rental property 318 N. Sumner Ave. Scranton, PA 18504 | 2,494.57 | 9.00 | 3,617.13 |
| City of Scranton Tax Office Delinquent Waste 1170 Highway 315, Suite 5 Plains, PA 18702 | Rental property 1926 Price St. Scranton, PA 18504 | 2,494.57 | 9.00 | 3,617.13 |
| City of Scranton Tax Office 1170 Highway 315, Suite 5 Plains, PA 18702 | Rental property 517-519 Luzerne St. Scranton, PA 18505 | 705.76 | 9.00 | 1,023.35 |
| City of Scranton Tax Office 1170 Highway 315, Suite 5 Plains, PA 18702 | Rental property 1726-1728 Wayne Ave. Scranton, PA 18508 | 1,114.49 | 9.00 | 1,616.01 |
| City of Scranton Tax Office | Rental property | 406.77 | 9.00 | 586.82 |

| | | | | |
|---|---|---|---|---|
| 1170 Highway 315, Suite 5 Plains, PA 18702 | 339 Railroad Ave. Scranton, PA 18505 | | | |
| City of Scranton Tax Office 1170 Highway 315, Suite 5 Plains, PA 18702 | 318 N. Sumner Ave. Scranton, PA 18504 | 798.03 | 9.00 | 1,157.14 |
| City of Scranton Tax Office 1170 Highway 315, Suite 5 Plains, PA 18702 | Rental property 1926 Price St. Scranton, PA 18504 | 603.01 | 9.00 | 874.36 |
| Lackawanna County Tax Claim Bureau 135 Jefferson Ave. Scranton, PA 18503 | Rental property 517-519 Luzerne St. Scranton, PA 18505 | 3,328.99 | 9.00 | 4,827.04 |
| Lackawanna County Tax Claim Bureau 135 Jefferson Ave. Scranton, PA 18503 | Rental property 1726-1728 Wayne Ave. Scranton, PA 18508 | 4,369.84 | 9.00 | 6,336.29 |
| Lackawanna County Tax Claim Bureau 135 Jefferson Ave. Scranton, PA 18503 | Rental property 339 Railroad Ave. Scranton, PA 18505 | 1,823.41 | 9.00 | 2,643.96 |
| Lackawanna County Tax Claim Bureau 135 Jefferson Ave. Scranton, PA 18503 | Rental property 318 N. Sumner Ave. Scranton, PA 18504 | 3,521.09 | 9.00 | 5,105.59 |
| Lackawanna County Tax Claim Bureau 135 Jefferson Ave. | Rental property 1926 Price St. Scranton, PA 18504 | 3,096.75 | 9.00 | 1,393.55 |

| | | | | |
|---|---|---|---|---|
| Scranton, PA 18503 | | | | |
| Pennsylvania American Water PO Box 578 Alton, IL 62002-0578 | Rental property 517-519 Luzerne St. Scranton, PA 18505 | 866.18 | 0.00 | 866.18 |
| Pennsylvania American Water PO Box 578 Alton, IL 62002-0578 | Rental property 517-519 Luzerne St. Scranton, PA 18505 | 983.97 | 0.00 | 983.97 |
| Pennsylvania American Water PO Box 578 Alton, IL 62002-0578 | Rental property 1726-1728 Wayne Ave. Scranton, PA 18508 | 2,404.46 | 0.00 | 2,404.46 |
| Pennsylvania American Water PO Box 578 Alton, IL 62002-0578 | Rental property 341 Railroad Ave. Scranton, PA 18505 | 643.60 | 0.00 | 643.60 |
| Pennsylvania American Water PO Box 578 Alton, IL 62002-0578 | Rental property 341 Railroad Ave. Scranton, PA 18505 | 1,012.86 | 00.00 | 1,012.86 |
| Pennsylvania American Water PO Box 578 Alton, IL 62002-0578 | Rental property 340-342 Railroad Ave. Scranton, PA 18505 | 914.09 | 0.00 | 914.09 |
| Pennsylvania American Water PO Box 578 Alton, IL 62002-0578 | Rental property 340-342 Railroad Ave. Scranton, PA 18505 | 1,546.26 | 0.00 | 1,546.26 |
| Pennsylvania American Water PO Box 578 Alton, IL 62002-0578 | Rental property 339 Railroad Ave. Scranton, PA 18505 | 720.36 | 0.00 | 750.36 |
| Pennsylvania American Water PO Box 578 Alton, IL 62002-0578 | Rental property 318 N. Sumner Ave. Scranton, PA 18504 | 1,630.85 | 0.00 | 1,630.85 |
| Pennsylvania American Water PO Box 578 | Rental property 1926 Price St. | 867.98 | 0.00 | 867.98 |

| | | | | |
|---|---|---|---|---|
| Alton, IL 62002-0578 | Scranton, PA 18504 | | | |
| Pennsylvania American Water PO Box 578 Alton, IL 62002-0578 | Rental property 1926 Price St. Scranton, PA 18504 | 622.21 | 0.00 | 622.21 |
| | | | | |

### E. **Secured claims for which a § 506 valuation is applicable**. *Check one.*

\_\_\_ None. *If '"None" is checked, the rest of § 2.E need not be completed or reproduced.*

\_X\_ Claims listed in the subsection are debts secured by property not described in § 2.D of this plan. These claims will be paid in the plan according to modified terms, and liens retained until entry of discharge. The excess of the creditor's claim will be treated as an unsecured claim. Any claim listed as "$0.00" or "NO VALUE" in the "Modified Principal Balance" column below will be treated as an unsecured claim. The liens will be avoided or limited through the plan or Debtor will file an adversary action (select method in last column). To the extent not already determined, the amount, extent will be determined by the court at the confirmation hearing. Unless otherwise ordered, if the claimant notifies the Trustee that the claim was paid, payments on the claim shall cease.

| Name of Creditor | Description of Collateral | Value of Collateral (Modified Principal) | Interest Rate | Total Payment | Plan or Adversary Action |
|---|---|---|---|---|---|
| Fidelity Deposit & Discount Bank 338 N. Washington Ave. Scranton, PA 18503 | Rental property 517-519 Luzerne St. Scranton, PA 18505 | 29,480.00 -21,200.00 -3328.99 -705.76 <u>-2494.57</u> 1770.87 | 5.50 | 2,257.87 | Plan |
| Penn East Federal Credit Union Attn: B. Chuff 1300 Mylert Ave. | Rental property 339 Railroad Ave. Scranton, PA 18505 | 21,570.00 | 5.50 | 0.00 | Adversary |

| | | | | | |
|---|---|---|---|---|---|
| Scranton, PA 18509 | | | | | |
| Penn East Federal Credit Union Attn: B. Chuff 1300 Mylert Ave. Scranton, PA 18509 | Rental property 318 N. Sumner Ave. Scranton, PA 18504 | 26,913.00 | 5.50 | 0.00 | Adversary |
| Penn East Federal Credit Union Attn: B. Chuff 1300 Mylert Ave. Scranton, PA 18509 | Rental property 1926 Price St. Scranton, PA 18504 | 29,670.00 | 0.00 | 0.00 | Adversary |

**F. Surrender of Collateral**. *Check one.*

___ None. *If '"None" is checked, the rest of § 2.F need not be completed or reproduced.*

_X_ The Debtor elects to surrender to each creditor listed below the collateral that secures the creditor's claim. The Debtor requests that upon confirmation of this plan the stay under 11 U.S.C.§ 362(a) be terminated as to the collateral only and that the stay under §1301 be terminated in all respects. Any allowed unsecured claim resulting from the disposition of the collateral will be treated in Part 4 below.

| Name of Creditor | Description of Collateral to be Surrendered |
|---|---|
| Santander Consumer USA | 2011 BMW 7 Series |
| Fidelity Deposit & Discount Bank | Rental property 954 ½ Ridge Ave. Scranton, PA 18510 |
| Fidelity Deposit & Discount Bank | Rental property 954 Ridge Ave. Scranton, PA 18510 |
| Fidelity Deposit & Discount Bank | Rental property 437 Railroad Ave. Scranton, PA 18505 |
| Fidelity Deposit & Discount Bank | Rental property 521-523-525 Luzerne St. Scranton, PA 18504 |
| LA Commercial Services, LLC | Rental property 921 Pittston Ave. Scranton, PA 18505 |

| LA Commercial Services, LLC | Rental property<br>611-613 S. 9th St.<br>Scranton, PA 18504 |
|---|---|
| LA Commercial Services, LLC | Rental property<br>333 Fifth Ave.<br>Scranton, PA 18505 |
| LA Commercial Services | Rental property<br>542 N. Rebecca Ave.<br>Scranton, PA 18504 |

**G. Lien Avoidance**. *Do not use for mortgages or for statutory liens, such as tax liens. Check one.*

___ None. *If '"None" is checked, the rest of § 2.G need not be completed or reproduced.*

_X_ The Debtor moves to avoid the following judicial and/or nonpossessory, non- purchase money liens of the following creditors pursuant to § 522(f) (this § should not be used for statutory or consensual liens such as mortgages).

| The name of the holder of the lien. | First National Bank of Pennsylvania | Itrea Ventures, LLC |
|---|---|---|
| A description of the lien. For a judicial lien, include court and docket number. | Court of Common Pleas of Lackawanna County 17-CV-1242 | Court of Common Pleas of Lackawanna County 17-CV-2637 |
| A description of the liened property. | 517-519 Luzerne St. Scranton, PA 18505 | 517-519 Luzerne St. Scranton, PA 18505 |
| The value of the liened property | 29,480.00 | 29,480.00 |
| The sum of senior liens. | 29,480.00 | 146,261.43 |
| The value of any exemption claimed. | 3,224.88 | 3,224.88 |
| The amount of the lien. | 116,781.43 | 73,274.36 |
| The amount of the lien to be avoided | 116,781.43 | 73,274.36 |

| The name of the holder of the lien. | LA Commercial Services, LLC | LA Commercial Services, LLC |
|---|---|---|
| A description of the lien. For a judicial lien, include court and docket number. | Court of Common Pleas of Lackawanna County 3198-CV-2017 | Court of Common Pleas of Lackawanna County 3200-CV-2017 |
| A description of the liened property. | 517-519 Luzerne St. Scranton, PA 18505 | 517-519 Luzerne St. Scranton, PA 18505 |
| The value of the liened property | 29,480.00 | 29,480.00 |
| The sum of senior liens. | 219,535.79 | 313,785.79 |
| The value of any exemption claimed. | 3,224.98 | 3,224.98 |
| The amount of the lien. | 94,250.00 | 133,250.00 |
| The amount of the lien avoided. | 94,250.00 | 133,250.00 |

| The name of the holder of the lien. | Fidelity Deposit & Discount Bank | Fidelity Deposit & Discount Bank |
|---|---|---|
| A description of the lien. For a judicial lien, include court and docket number. | Court of Common Pleas of Lackawanna County 16-CV-5503 | Court of Common Pleas of Lackawanna County 16-CV-5504 |
| A description of the liened property. | 1726-1728 Wayne Ave. Scranton, PA 18508 | 1726-1728 Wayne Ave. Scranton, PA 18508 |
| The value of the liened property | 44,972.00 | 44,972.00 |
| The sum of senior liens. | 63,458.90 | 143,931.11 |
| The value of any exemption claimed. | 1,000.00 | 1,000.00 |
| The amount of the lien. | 80,472.21 | 51,991.84 |
| The amount of the lien avoided. | 80,472.21 | 51,991.84 |

| The name of the holder of the lien. | Fidelity Deposit & Discount Bank | First National Bank of Pennsylvania |
|---|---|---|
| A description of the lien. For a judicial lien, include court and docket number. | Court of Common Pleas of Lackawanna County 16-CV-5505 | Court of Common Pleas of Lackawanna County 17-CV-1242 |
| A description of the liened property. | 1726-1728 Wayne Ave. Scranton, PA 18508 | 1726-1728 Wayne Ave. Scranton, PA 18508 |
| The value of the liened property | 44,972.00 | 44,972.00 |
| The sum of senior liens. | 195,922.95 | 233,498.00 |
| The value of any exemption claimed. | 1,000.00 | 1,000.00 |
| The amount of the lien. | 37,575.05 | 116,781.43 |
| The amount of the lien avoided. | 37,575.05 | 116,781.43 |

| The name of the holder of the lien. | Itrea Ventures, LLC | LA Commercial Services, LLC |
|---|---|---|
| A description of the lien. For a judicial lien, include court and docket number. | Court of Common Pleas of Lackawanna County 17-CV-26378 | Court of Common Pleas of Lackawanna County 17-CV-2637 |
| A description of the liened property. | 1726-1728 Wayne Ave. Scranton, PA 18508 | 1726-1728 Wayne Ave. Scranton, PA 18508 |
| The value of the liened property | 44,972.00 | 44,972.00 |
| The sum of senior liens. | 350,279.43 | 423,553.79 |
| The value of any exemption claimed. | 1,000.00 | 1,000.00 |
| The amount of the lien. | 73,274.36 | 94,250.00 |
| The amount of the lien avoided. | 73,274.36 | 94,250.00 |

| | | |
|---|---|---|
| The name of the holder of the lien. | LA Commercial Services LLC | |
| A description of the lien. For a judicial lien, include court and docket number. | Court of Common Pleas of Lackawanna county | |
| A description of the liened property. | 1726-1728 Wayne Ave. Scranton, PA 18508 | |
| The value of the liened property | 44,972.00 | |
| The sum of senior liens. | 517,803.79 | |
| The value of any exemption claimed. | 1,000.00 | |
| The amount of the lien. | 133,250.00 | |
| The amount of the lien avoided. | 133,250.00 | |

| | | |
|---|---|---|
| The name of the holder of the lien. | Fidelity Deposit & Discount Bank | Fidelity Deposit & Discount Bank |
| A description of the lien. For a judicial lien, include court and docket number. | Court of Common Pleas of Lackawanna County 16-CV-5503 | Court of Common Pleas of Lackawanna County 16-CV-5504 |
| A description of the liened property. | 341 Railroad Ave. Scranton, PA 18505 | 341 Railroad Ave. Scranton, PA 18505 |
| The value of the liened property | 29,060.00 | 29,060.00 |
| The sum of senior liens. | 38,116.33 | 118,588.54 |
| The value of any exemption claimed. | 1,000.00 | 1,000.00 |
| The amount of the lien. | 80,472.21 | 51,991.84 |
| The amount of the lien avoided. | 80,472.21 | 51,991.84 |

| | | |
|---|---|---|
| The name of the holder of the lien. | Fidelity Deposit & Discount Bank | First National Bank of Pennsylvania |
| A description of the lien. For a judicial lien, include court and docket number. | Court of Common Pleas of Lackawanna County 16-CV-5505 | Court of Common Pleas of Lackawanna County 17-CV-1242 |
| A description of the liened property. | 341 Railroad Ave. Scranton, PA 18505 | 341 Railroad Ave. Scranton, PA 18505 |
| The value of the liened property | 29,060.00 | 29,060.00 |
| The sum of senior liens. | 170,580.38 | 208,155.43 |
| The value of any exemption claimed. | 1,000.00 | 1,000.00 |
| The amount of the lien. | 37,575.05 | 116,781.43 |
| The amount of the lien avoided. | 37,575.05 | 116,781.43 |

| The name of the holder of the lien. | Itrea Ventures, LLC | LA Commercial Services, LLC |
|---|---|---|
| A description of the lien. For a judicial lien, include court and docket number. | Court of Common Pleas of Lackawanna County 17-CV-2637 | Court of Common Pleas of Lackawanna County 16-CV-5503 |
| A description of the liened property. | 341 Railroad Ave. Scranton, PA 18505 | 341 Railroad Ave. Scranton, PA 18505 |
| The value of the liened property | 29,060.00 | 29,060.00 |
| The sum of senior liens. | 324,936.86 | 398,211.22 |
| The value of any exemption claimed. | 1,000.00 | 1,000.00 |
| The amount of the lien. | 73,274.36 | 94,250.00 |
| The amount of the lien avoided. | 73,274.36 | 94,250.00 |

| The name of the holder of the lien. | LA Commercial Services, LLC | Fidelity Deposit & Discount Bank |
|---|---|---|
| A description of the lien. For a judicial lien, include court and docket number. | Court of Common Pleas of Lackawanna County 3200-CV-2017 | Court of Common Pleas of Lackawanna County 16-CV-5503 |
| A description of the liened property. | 341 Railroad Ave. Scranton, PA 18505 | 340-342 Railroad Ave. Scranton, PA 18505 |
| The value of the liened property | 29,060.00 | 44,363.00 |
| The sum of senior liens. | 492,461.41 | 42,779.84 |
| The value of any exemption claimed. | 1,000.00 | 1,000.00 |
| The amount of the lien. | 133,250.00 | 80,472.21 |
| The amount of the lien avoided. | 133,250.00 | 80,472.21 |

| The name of the holder of the lien. | Fidelity Deposit & Discount Bank | Fidelity Deposit & Discount Bank |
|---|---|---|
| A description of the lien. For a judicial lien, include court and docket number. | Court of Common Pleas of Lackawanna County 16-CV-5504 | Court of Common Pleas of Lackawanna County 16-CV-5505 |
| A description of the liened property. | 340-342 Railroad Ave. Scranton, PA 18505 | 340-342 Railroad Ave. Scranton, PA 18505 |
| The value of the liened property | 44,363.00 | 44,363.00 |
| The sum of senior liens. | 123,252.05 | 175,243.89 |
| The value of any exemption claimed. | 1,000.00 | 1,000.00 |
| The amount of the lien. | 51,991.84 | 37,575.00 |
| The amount of the lien avoided. | 51,991.84 | 37,575.00 |

| The name of the holder of the lien. | First National Bank of Pennsylvania | Itrea Ventures, LLC |
|---|---|---|
| A description of the lien. For a judicial lien, include court and docket number. | Court of Common Pleas of Lackawanna County 17-CV-1242 | Court of Common Pleas of Lackawanna County 17-CV-2637 |
| A description of the liened property. | 340-342 Railroad Ave. Scranton, PA 18505 | 340-342 Railroad Ave. Scranton, PA 18505 |
| The value of the liened property | 44,363.00 | 44,363.00 |
| The sum of senior liens. | 212,818.89 | 329,600.32 |
| The value of any exemption claimed. | 1,000.00 | 1,000.00 |
| The amount of the lien. | 116,781.43 | 73,274.36 |
| The amount of the lien avoided. | 116,781.43 | 73,274.36 |

| The name of the holder of the lien. | LA Commercial Services, LLC | LA Commercial Services, LLC |
|---|---|---|
| A description of the lien. For a judicial lien, include court and docket number. | Court of Common Pleas of Lackawanna County 3198-CV-2017 | Court of Common Pleas of Lackawanna County 3200-CV-2017 |
| A description of the liened property. | 340-342 Railroad Ave. Scranton, PA 18505 | 340-342 Railroad Ave. Scranton, PA 18505 |
| The value of the liened property | 44,363.00 | 44,363.00 |
| The sum of senior liens. | 402,874.68 | 497,124.68 |
| The value of any exemption claimed. | 1,000.00 | 1,000.00 |
| The amount of the lien. | 94,250.00 | 133,250.00 |
| The amount of the lien avoided. | 94,250.00 | 133,250.00 |

| The name of the holder of the lien. | Fidelity Deposit & Discount Bank | Fidelity Deposit & Discount Bank |
|---|---|---|
| A description of the lien. For a judicial lien, include court and docket number. | Court of Common Pleas of Lackawanna County 16-CV-5504 | Court of Common Pleas of Lackawanna County 16-CV-5505 |
| A description of the liened property. | 339 Railroad Ave., Scranton, PA 18505 | 339 Railroad Ave., Scranton, PA 18505 |
| The value of the liened property | 21,570.00 | 21,570.00 |
| The sum of senior liens. | 21,570.00 | 73,561.81 |
| The value of any exemption claimed. | 1,000.00 | 1,000.00 |
| The amount of the lien. | 51,991.84 | 37,575.00 |
| The amount of the lien avoided. | 51,991.84 | 37,575.00 |

| The name of the holder of the lien. | First National Bank of Pennsylvania | Itrea Ventures, LLC |
|---|---|---|
| A description of the lien. For a judicial lien, include court and docket number. | Court of Common Pleas of Lackawanna County 17-CV-1242 | Court of Common Pleas of Lackawanna County 17-CV-2637 |
| A description of the liened property. | 339 Railroad Ave. Scranton, PA 18505 | 339 Railroad Ave. Scranton, PA 18505 |
| The value of the liened property | 21,570.00 | 21,570.00 |
| The sum of senior liens. | 111,136.81 | 227,918.024 |
| The value of any exemption claimed. | 1,000.00 | 1,000.00 |
| The amount of the lien. | 116,781.43 | 73,271.36 |
| The amount of the lien avoided | 116,781.43 | 73,271.36 |

| The name of the holder of the lien. | LA Commercial Services, LLC | LA Commercial Services, LLC |
|---|---|---|
| A description of the lien. For a judicial lien, include court and docket number. | Court of Common Pleas of Lackawanna County 3198-CV-2017 | Court of Common Pleas of Lackawanna County 3200-CV-2017 |
| A description of the liened property. | 339 Railroad Ave. Scranton, PA 18505 | 339 Railroad Ave. Scranton, PA 18505 |
| The value of the liened property | 21,570.00 | 21,570.00 |
| The sum of senior liens. | 301,189.60 | 395,439.60 |
| The value of any exemption claimed. | 1,000.00 | 1,000.00 |
| The amount of the lien. | 94,250.00 | 133,250.00 |
| The amount of the lien avoided. | 94,250.00 | 133.250.00 |

| The name of the holder of the lien. | Fidelity Deposit & Discount Bank | Fidelity Deposit & Discount Bank |
|---|---|---|
| A description of the lien. For a judicial lien, include court and docket number. | Court of Common Pleas of Lackawanna County 16-CV-5504 | Court of Common Pleas of Lackawanna County 16-CV-5505 |
| A description of the liened property. | 1926 Price St. Scranton, PA 18504 | 1926 Price St. Scranton, PA 18504 |
| The value of the liened property | 29,670.00 | 29,670.00 |
| The sum of senior liens. | 29,670.00 | 81,661.84 |
| The value of any exemption claimed. | 1,000.00 | 1,000.00 |
| The amount of the lien. | 51,991.84 | 37,575.05 |
| The amount of the lien avoided. | 51,991.84 | 37,575.05 |

| The name of the holder of the lien. | First National Bank of Pennsylvania | Itrea Ventures, LLC |
|---|---|---|
| A description of the lien. For a judicial lien, include court and docket number. | Court of Common Pleas of Lackawanna County 17-CV-1242 | Court of Common Pleas of Lackawanna County 17-CV-2637 |
| A description of the liened property. | 1926 Price St. Scranton, PA 18504 | 1926 Price St. Scranton, PA 18504 |
| The value of the liened property | 29,670.00 | 29,670.00 |
| The sum of senior liens. | 119,236.89 | 236,018.32 |
| The value of any exemption claimed. | 1,000.00 | 1,000.00 |
| The amount of the lien. | 116,781.43 | 73,274.36 |
| The amount of the lien avoided. | 116,781.43 | 73,274.36 |

| The name of the holder of the lien. | LA Commercial Services, LLC | LA Commercial Services, LLC |
|---|---|---|
| A description of the lien. For a judicial lien, include court and docket number. | Court of Common Pleas of Lackawanna County 3198-CV-2017 | Court of Common Pleas of Lackawanna County 3200-CV-2017 |
| A description of the liened property. | 1926 Price St. Scranton, PA 18504 | 1926 Price St. Scranton, PA 18504 |
| The value of the liened property | 29,670.00 | 29,670.00 |
| The sum of senior liens. | 309,292.68 | 403,542.68 |
| The value of any exemption claimed. | 1,000.00 | 1,000.00 |
| The amount of the lien. | 94,250.00 | 133,250.00 |
| The amount of the lien avoided. | 94,250.00 | 133,250.00 |

| The name of the holder of the lien. | Fidelity Deposit & Discount Bank | Fidelity Deposit & Discount Bank |
|---|---|---|
| A description of the lien. For a judicial lien, include court and docket number. | Court of Common Pleas of Lackawanna County 16-CV-5054 | Court of Common Pleas of Lackawanna County 16-CV-5505 |
| A description of the liened property. | 318 N. Sumner Ave. Scranton, PA 18504 | 318 N. Sumner Ave. Scranton, PA 18504 |
| The value of the liened property | 26,913.00 | 26,913.00 |
| The sum of senior liens. | 26,913.00 | 78,904.84 |
| The value of any exemption claimed. | 1,000.00 | 1,000.00 |
| The amount of the lien. | 51,991.84 | 37,575.00 |
| The amount of the lien avoided. | 51,991.84 | 37,575.00 |
| | | |

| The name of the holder of the lien. | *First National Bank of Pennsylvania* | *Itrea Ventures, LLC* |
|---|---|---|
| A description of the lien. For a judicial lien, include court and docket number. | Court of Common Pleas of Lackawanna County 17-CV-1242 | Court of Common Pleas of Lackawanna County 17-CV-2637 |
| A description of the liened property. | 318 N. Sumner Ave. Scranton, PA 18504 | 318 N. Sumner Ave. Scranton, PA 18504 |
| The value of the liened property | 29,913.00 | 29,913.00 |
| The sum of senior liens. | 116,479.84 | 233,261.27 |
| The value of any exemption claimed. | 1,000.00 | 1,000.00 |
| The amount of the lien. | 116,781.43 | 73,274.36 |
| The amount of the lien avoided. | 116,781.43 | 73,274.36 |

| The name of the holder of the lien. | LA Commercial Services, LLC | LA Commercial Services, LLC |
|---|---|---|
| A description of the lien. For a judicial lien, include court and docket number. | Court of Common Pleas of Lackawanna County 3198-CV-2017 | Court of Common Pleas of Lackawanna County 3200-CV-2017 |
| A description of the liened property. | 318 N. Sumner Ave. Scranton, PA 18504 | 318 N. Sumner Ave. Scranton, PA 18504 |
| The value of the liened property | 29,913.00 | 29,913.00 |
| The sum of senior liens. | 306,536.63 | 400,785.63 |
| The value of any exemption claimed. | 1,000.00 | 1,000.00 |
| The amount of the lien. | 94,250.00 | 133,250.00 |
| The amount of the lien avoided. | 94,250.00 | 133,250.00 |

## 3. PRIORITY CLAIMS.
### A. Administrative Claims

1.  Trustee's Fees. Percentage fees payable to the Trustee will be paid at the rate fixed by the United States Trustee.

2.  Attorney's fees. Complete only one of the following options:

    a. In addition to the retainer of _____already paid by the Debtor, the amount of $_____ in the plan. This represents the unpaid balance of the presumptively reasonable fee specified in LB.R. 2016-2(c); or

    b. $ 345.00 per hour, with the hourly rate to be adjusted in accordance with the terms of the written fee agreement between the Debtor and the attorney. Payment of such lodestar compensation shall require a separate fee application with the compensation approved by the Court pursuant to L.B.R. 2016-2(b).

    3. Other. Other administrative claims not included in §§ 3A1 or 3A2 above.

*Check one of the following two lines.*

_X_   None. *If "None" is checked, the rest of § 3.A.3 need not be completed or reproduced.*

____   The following administrative claims will be paid in full.

| Name of Creditor | Estimated Total Payment |
|---|---|
|  |  |
|  |  |

**B. Priority Claims (Including, but not limited to, Domestic Support Obligations other than those treated In §3.C below).***Check one of the following two lines.*

_X_   None. *If "None" is checked, the rest of § 3.B need not be completed or reproduced.*

____   Allowed unsecured claims, including domestic support obligations, entitled to priority under § 1322(a) will be paid in full unless modified under § 9.

| Name of Creditor | Estimated Total Payment |
|---|---|
|  |  |
|  |  |
|  |  |

**C. Domestic Support Obligations assigned to or owed to a governmental unit under 11 U.S.C.§507(a)(1)(B).** *Check one of the following two lines.*

_X_   None. *If "None" is checked, the rest of § 3.C need not be completed or reproduced.*

____   The allowed priority claims listed below are based on a domestic support obligation that has been assigned to or is owed to a governmental unit and will be paid less than the full amount of the claim. This plan provision requires that payments in § 1.A. be for a term of 60 months (see 11 U.S.C. §1322(a)(4)).

| Name of Creditor | Estimated Total Payment |
|---|---|
|  |  |

## 4. UNSECURED CLAIMS

**A. Claims of Unsecured Nonprlorlty Creditors Specially Classified**. *Check one of the following two lines.*

_X_  None. *If None" is checked, the rest of § 4.A need not be completed or reproduced.*

___  To the extent that funds are available, the allowed amount of the following unsecured claims, such as co-signed unsecured debts , will be paid before other, unclassified, unsecured claims . The claim shall be paid interest at the rate stated below. If no rate is stated, the interest rate set forth in the proof of claim shall apply.

| Name of Creditor | Reason for Special Classification | Estimated Amount of Claim | Interest Rate | Estimated Total Payment |
|---|---|---|---|---|
|  |  |  |  |  |

**B. Remaining allowed unsecured claims will receive a pro-rata distribution of f funds remaining after payment of other classes.**

## 5. EXECUTORY CONTRACTS AND UNEXPIRED LEASES. *Check one of the following two lines.*

___  None. *If '"None" is checked, the rest of § 5 need not be completed or reproduced.*

_X_  The following contracts and leases are assumed (and arrears in the allowed claim to be cured in the plan) or rejected:

| Name of Other Party | Description of Contract or Lease | Monthly Payment | Interest Rate | Estimated Arrears | Total Plan Payment | Assume or Reject |
|---|---|---|---|---|---|---|
| Inez Gertrude Walker | Residential lease of 954 ½ Ridge Ave., Scranton, PA 18510 | 900.00 | 00.00 | 0.00 | 0.00 | Reject |
| Juan Miguel Palafox | Residential lease of 921 Pittston Ave., 1st floor, Scranton, PA 18505 | 800.00 | 0.00 | 0.00 | 0.00 | Reject |
| Vicky & Huezo Matamoros | Residential lease of 921 Pittston Ave. 2nd floor, | 800.00 | 0.00 | 0.00 | 0.00 | Reject |

| | | | | | | |
|---|---|---|---|---|---|---|
| | Scranton, PA 18505 | | | | | |
| Bhim R. Darjee | Residential lease of 437 Railroad Ave., Scranton, PA 18505 | 700.00 | 0.00 | 0.00 | 0.00 | Reject |
| Quatione Brown | Residential lease of 333 Fifth Ave., Scranton, PA 18505 | 800.00 | 0.00 | 0.00 | 0.00 | Reject |
| Tiffany Georgia Domenech | Residential lease of 521 Luzerne St., Scranton, PA 18504 | 850.00 | 0.00 | 0.00 | 0.00 | Reject |
| Chary Isley | Residential lease of 517 Luzerne St., Scranton, PA 18505 | 875.00 | 0.00 | 0.00 | 0.00 | Reject |
| Tshinkala Kibingwa | Residential lease of 341 Railroad Ave., 1st floor, Scranton, PA 18505 | 650.00 | 0.00 | 0.00 | 0.00 | Assume |
| Nirmala Jangala | Residential lease of 341 Railroad Ave., 2nd floor, Scranton, PA 18505 | 600.00 | 0.00 | 0.00 | 0.00 | Assume |
| Maria D. Rodriguez | Residential lease of 339 Railroad Ave., Scranton, PA 18505 | 700.00 | 0.00 | 0.00 | 0.00 | Reject |
| Maria M. Morales | Residential lease of 340 Railroad Ave., Scranton, PA 18505 | 700.00 | 0.00 | 0.00 | 0.00 | Assume |
| Autumn Everett | Residential lease of 342 Railroad Ave., Scranton, PA 18505 | 900.00 | 0.00 | 0.00 | 0.00 | Assume |
| Jessica J. Caban Gonzalez | Residential lease of 613 S. 9th St., Scranton, PA 18504 | 850.00 | 0.00 | 0.00 | 0.00 | Reject |
| Ramon Enrique Maisonet Sanchez | Residential lease 611 S. 9th St., Scranton, PA 18504 | 750.00 | 0.00 | 0.00 | 0.00 | Reject |

| | | | | | | |
|---|---|---|---|---|---|---|
| Nelson Quimby Rivera | Residential lease of 318 N. Sumner Ave. 1st floor, Scranton, PA 18504 | 850.00 | 0.00 | 0.00 | 0.00 | Reject |
| Jolene April Knight | Residential lease of 318 N. Sumner Ave., 2nd floor, Scranton, PA 18504 | 800.00 | 00.00 | 0.00 | 800.00 | Reject |
| Thomas Smith | Residential lease of 1926 Price St., Apt. B, Scranton, PA 18504 | 590.00 | 0.00 | 0.00 | 0.00 | Assume |
| Willeen Monique Eichelsderfer | Residential lease of 542 N. Rebecca Ave, Scranton, PA 18504 | 800.00 | 0.00 | 0.00 | 0.00 | Reject |
| | | | | | | |

## 6. VESTING OF PROPERTY OF THE ESTATE.

### Property of the estate will vest In the Debtor upon

*Check the applicable line:*

\_\_\_ plan confirmation.
\_\_\_ entry of discharge.
_X_ closing of the case:

## 7. DISCHARGE: (Check one)

(X)  The debtor will seek a discharge pursuant to § 1328(a).
( ) The debtor is not eligible for a discharge because the debtor has previously
     received a discharge described in § 1328(f).

## 8. ORDER OF DISTRIBUTION:

If a pre-petition creditor files a secured, priority or specially classified claim after the bar date, the Trustee will treat the claim as allowed, subject to objection by the Debtor.

Level 1_____
Level 2_____
Level 3 _____
Level 4_____
Level 5_____
Level 6_____

Level 7_____
Level 8_____

*If the above Levels are filled in, the rest of § 8 need not be completed or reproduced.* If the above Levels are not filled-in, then the order of distribution of plan payments will be determined by the Trustee using the following as a guide:

Level 1: Adequate protection payments.
Level 2: Debtor's attorney's fees.
Level 3: Domestic Support Obligations.
Level 4: Priority claims, pro rata.
Level 5: Secured claims, pro rata.
Level 6: Specially classified unsecured claims.
Level 7: Timely filed general unsecured claims.
Level 8: Untimely filed general unsecured claims to which the Debtor has not objected.

## 9. NONSTANDARD PLAN PROVISIONS

**Include the additional provisions below or on an attachment. Any nonstandard provision placed elsewhere in the plan Is void. (NOTE: The plan and any attachment must be filed as one document, not as a plan and exhibit.)**
A. The Debtor reserves the right to object to any claim at any time.
B. Confirmation of the plan will constitute an Order as follows:
(1) a valuation under 11 U.S.C. §506 of all liens valued under Paragraph 2E hereof, and
(2) both a valuation under 11 U.S.C. §506 and finding of the avoidance of all liens avoided under Paragraph 2G hereof under 11 U.S.C. § 522(f).
C. Payments will be made by the Debtor directly to Fidelity Deposit & Discount Bank as otherwise agreed to by the contracting parties.
(1) 339 Railroad Ave., Scranton, PA 18505
        Loan amount: $17,967
        Term: 10 years
        Interest rate: 5.5%
        Monthly payment: $195.00 per month
(2) 1926 Price St., Scranton, PA 18504
        Loan amount $23,475.67
        Loan Term: 10 years
        Interest rate: 5.5%
        Monthly payment: $255.00 per month
D. Chizikaya Kalmanowitz will be paid off in August 2018 (month 13). Plan payment will increase by $775.00 in September 2018.
E. Mercedes-Benz will be paid off in May 2019 (month 22). Plan payment will increase by $430.00 in June 2019.

Dated:  February 5, 2017              /s/C. Stephen Gurdin, Jr.
                                      C. STEPHEN GURDIN, JR., ESQUIRE
                                      Attorney for Debtor(s)
                                      67-69 Public Square, Suite 501
                                      WILKES-BARRE PA 18701-2512
                                      Phone (570) 826-0481 fax (570) 822-7780
                                      e-mail Stephen@gurdinlaw.com


                                       /s/Anjaneyulu Uppala
                                      Debtor

By filing this document, the debtor, if not represented by an attorney, or the Attorney for
Debtor also certifies that this plan contains no nonstandard provisions other than those
set out in § 9.