**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Anjaneyulu Uppala** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF PENNSYLVANIA |
| Case number (if known) | 5:17-bk-02392 |

■ Check if this is an amended filing

Official Form 106D
# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1: List All Secured Claims**

2. List all secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>If any |
|---|---|---|---|

**2.1 Chizkaya Kalmanowitz**

Creditor's Name

10 Getzil Berger Blvd. #302
Monroe, NY 10950

Number, Street, City, State & Zip Code

**Describe the property that secures the claim:**

517-519 Luzerne St. Scranton, PA 18505  Lackawanna County rental property

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

| Column A | Column B | Column C |
|---|---|---|
| $15,000.00 | $29,480.00 | $0.00 |

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____     Last 4 digits of account number _____

**2.2 City of Scranton**

Creditor's Name

c/o Northeast Revenue Service
Attn: Delinquent Waste Disposal
340 N. Washington Ave.
Scranton, PA 18503

Number, Street, City, State & Zip Code

**Describe the property that secures the claim:**

1726-1728 Wayne Ave. Scranton, PA 18508  Lackawanna County rental property

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

| Column A | Column B | Column C |
|---|---|---|
| $2,494.57 | $44,972.00 | $0.00 |

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
■ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Date debt was incurred **01/01/2014**    Last 4 digits of account number    **7224**

| 2.3 | **City of Scranton** | Describe the property that secures the claim: | $1,644.76 | $29,060.00 | $1,644.76 |
|-----|----------------------|------------------------------------------------|-----------|------------|-----------|

Creditor's Name

**c/o Northeast Revenue Service**
**Attn: Delinquent Waste Disposal**
**340 N. Washington Ave.**
**Scranton, PA 18503**

Number, Street, City, State & Zip Code

**341 Railroad Ave. Scranton, PA 18505  Lackawanna County rental property**

As of the date you file, the claim is: Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)

■ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____    Last 4 digits of account number    **8500**

| 2.4 | **City of Scranton** | Describe the property that secures the claim: | $1,362.29 | $21,570.00 | $1,362.29 |
|-----|----------------------|------------------------------------------------|-----------|------------|-----------|

Creditor's Name

**c/o Northeast Revenue Service**
**Attn: Delinquent Waste Disposal**
**340 N. Washington Ave.**
**Scranton, PA 18503**

Number, Street, City, State & Zip Code

**339 Railroad Ave. Scranton, PA 18505  Lackawanna County rental property**

As of the date you file, the claim is: Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)

■ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred **01/01/2014**    Last 4 digits of account number    **8499**

| 2.5 | **City of Scranton** | Describe the property that secures the claim: | $2,494.57 | $26,913.00 | $2,494.57 |
|-----|----------------------|------------------------------------------------|-----------|------------|-----------|

Creditor's Name

**c/o Northeast Revenue Service**
**Attn: Delinquent Waste Disposal**
**340 N. Washington Ave.**
**Scranton, PA 18503**

Number, Street, City, State & Zip Code

**318 N. Sumner Ave. Scranton, PA 18504  Lackawanna County rental property**

As of the date you file, the claim is: Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)

■ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit

☐ Check if this claim relates to a
community debt

☐ Other (including a right to offset) _____

Date debt was incurred    **01/01/2014**        Last 4 digits of account number    **6541**

---

| 2.6 | **City of Scranton** | Describe the property that secures the claim: | $2,494.57 | $29,670.00 | $2,494.57 |
|---|---|---|---|---|---|

Creditor's Name

**c/o Northeast Revenue
Service
Attn: Delinquent Waste
Disposal
340 N. Washington Ave.
Scranton, PA 18503**

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a
community debt

Describe the property that secures the claim:

**1926 Price St. Scranton, PA 18504
Lackawanna County
rental property**

As of the date you file, the claim is: Check all that apply.

☐ Contingent

☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured
car loan)

■ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred    **01/01/2014**        Last 4 digits of account number    **5287**

---

| 2.7 | **City of Scranton** | Describe the property that secures the claim: | $2,084.67 | $44,363.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**c/o Northeast Revenue
Service
Attn: Delinquent Waste
Disposal
340 N. Washington Ave.
Scranton, PA 18503**

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a
community debt

Describe the property that secures the claim:

**340-342 Railroad Ave. Scranton, PA
18505  Lackawanna County
rental property**

As of the date you file, the claim is: Check all that apply.

☐ Contingent

☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured
car loan)

■ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred    **01/01/2014**        Last 4 digits of account number    **8900**

---

| 2.8 | **City of Scranton** | Describe the property that secures the claim: | $2,494.57 | $29,480.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**c/o Northeast Revenue
Service
Attn: Delinquent Waste
Disposal
340 N. Washington Ave.
Scranton, PA 18503**

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only

Describe the property that secures the claim:

**517-519 Luzerne St. Scranton, PA
18505  Lackawanna County
rental property**

As of the date you file, the claim is: Check all that apply.

☐ Contingent

☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured
car loan)

---

Official Form 106D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        page  3 of 24

☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a
   community debt

■ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred  **01/01/2014**    Last 4 digits of account number  **9006**

| 2.9 | City of Scranton | Describe the property that secures the claim: | $1,362.29 | $45,000.00 | $1,362.29 |
|-----|------------------|-----------------------------------------------|-----------|------------|-----------|

Creditor's Name

**c/o Northeast Revenue
Service
Attn: Delinquent Waste
Disposal
340 N. Washington Ave.
Scranton, PA 18503**

Number, Street, City, State & Zip Code

**954 1/2 Ridge Ave. Scranton, PA
18510  Lackawanna County
rental property with adjacent vacant
lot located at 954 Ridge Ave.**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

**Nature of lien.** Check all that apply.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a
   community debt

☐ An agreement you made (such as mortgage or secured
   car loan)
■ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred  **01/01/2014**    Last 4 digits of account number  **8020**

| 2.10 | City of Scranton | Describe the property that secures the claim: | $1,362.29 | $35,000.00 | $0.00 |
|------|------------------|-----------------------------------------------|-----------|------------|-------|

Creditor's Name

**c/o Northeast Revenue
Service
Attn: Delinquent Waste
Disposal
340 N. Washington Ave.
Scranton, PA 18503**

Number, Street, City, State & Zip Code

**437 Railroad Ave. Scranton, PA
18505  Lackawanna County
rental property**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

**Nature of lien.** Check all that apply.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a
   community debt

☐ An agreement you made (such as mortgage or secured
   car loan)
■ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred  **01/01/2014**    Last 4 digits of account number  **6334**

| 2.11 | City of Scranton | Describe the property that secures the claim: | $1,362.29 | $35,000.00 | $1,362.29 |
|------|------------------|-----------------------------------------------|-----------|------------|-----------|

Creditor's Name

**c/o Northeast Revenue
Service
Attn: Delinquent Waste
Disposal
340 N. Washington Ave.
Scranton, PA 18503**

Number, Street, City, State & Zip Code

**521-523-525 Luzerne St. Scranton,
PA 18504  Lackawanna County
rental property**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

- ☐ An agreement you made (such as mortgage or secured car loan)
- ☑ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Date debt was incurred **01/01/2014**    Last 4 digits of account number    **6295**

---

| 2.1 2 | **City of Scranton** | Describe the property that secures the claim: | $1,644.76 | $30,000.00 | $0.00 |

Creditor's Name

**c/o Northeast Revenue Service**
**Attn: Delinquent Waste Disposal**
**340 N. Washington Ave.**
**Scranton, PA 18503**

Number, Street, City, State & Zip Code

Describe the property that secures the claim:

**921 Pittston Ave. Scranton, PA 18505  Lackawanna County rental property**

As of the date you file, the claim is: Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

- ☐ An agreement you made (such as mortgage or secured car loan)
- ☑ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Date debt was incurred **01/01/2015**    Last 4 digits of account number    **6191**

---

| 2.1 3 | **City of Scranton** | Describe the property that secures the claim: | $1,644.76 | $30,000.00 | $0.00 |

Creditor's Name

**c/o Northeast Revenue Service**
**Attn: Delinquent Waste Disposal**
**340 N. Washington Ave.**
**Scranton, PA 18503**

Number, Street, City, State & Zip Code

Describe the property that secures the claim:

**611-613 S. 9th St. Scranton, PA 18504  Lackawanna County rental property**

As of the date you file, the claim is: Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

- ☐ An agreement you made (such as mortgage or secured car loan)
- ☑ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Date debt was incurred **01/01/2015**    Last 4 digits of account number    **6295**

---

| 2.1 4 | **City of Scranton** | Describe the property that secures the claim: | $922.38 | $25,000.00 | $0.00 |

|  | Creditor's Name |  |  |  |
|---|---|---|---|---|

**c/o Northeast Revenue Service**
**Attn: Delinquent Waste Disposal**
**340 N. Washington Ave. Scranton, PA 18503**

Number, Street, City, State & Zip Code

**333 5th Ave. Scranton, PA 18505**
**Lackawanna County**
**rental property**

As of the date you file, the claim is: Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)

■ Statutory lien (such as tax lien, mechanic's lien)

☐ Judgment lien from a lawsuit

☐ Other (including a right to offset) _____

Date debt was incurred **01/01/82015**    Last 4 digits of account number **0004**

---

**2.1 5**    **City of Scranton**

Creditor's Name

**c/o Northeast Revenue Service**
**Attn: Delinquent Waste Disposal**
**340 N. Washington Ave. Scranton, PA 18503**

Number, Street, City, State & Zip Code

Describe the property that secures the claim:    **$922.38**    **$30,000.00**    **$0.00**

**542 N. Rebecca Ave. Scranton, PA 18504  Lackawanna County**
**rental property**

As of the date you file, the claim is: Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)

■ Statutory lien (such as tax lien, mechanic's lien)

☐ Judgment lien from a lawsuit

☐ Other (including a right to offset) _____

Date debt was incurred **01/01/2015**    Last 4 digits of account number **5083**

---

**2.1 6**    **City of Scranton Tax Office**

Creditor's Name

**1170 Hwy. 315, Ste. 2 Plains, PA 18702**

Number, Street, City, State & Zip Code

Describe the property that secures the claim:    **$1,114.49**    **$44,972.00**    **$0.00**

**1726-1728 Wayne Ave. Scranton, PA 18508  Lackawanna County**
**rental property**

As of the date you file, the claim is: Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)

■ Statutory lien (such as tax lien, mechanic's lien)

☐ Judgment lien from a lawsuit

☐ Other (including a right to offset) _____

Date debt was incurred **01/01/2015**    Last 4 digits of account number **7224**

---

Official Form 106D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page  6 of 24

| 2.1 7 | **City of Scranton Tax Office** | | $406.77 | $21,570.00 | $406.77 |
|---|---|---|---|---|---|

Creditor's Name

**Describe the property that secures the claim:**

**339 Railroad Ave. Scranton, PA 18505 Lackawanna County rental property**

**1170 Hwy. 315, Ste. 2 Plains, PA 18702**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
■ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Date debt was incurred** **01/01/2015**    **Last 4 digits of account number**   **8499**

| 2.1 8 | **City of Scranton Tax Office** | | $798.03 | $26,913.00 | $798.03 |
|---|---|---|---|---|---|

Creditor's Name

**Describe the property that secures the claim:**

**318 N. Sumner Ave. Scranton, PA 18504 Lackawanna County rental property**

**1170 Hwy. 315, Ste. 2 Plains, PA 18702**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
■ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Date debt was incurred** **01/01/2015**    **Last 4 digits of account number**   **6541**

| 2.1 9 | **City of Scranton Tax Office** | | $603.01 | $29,670.00 | $603.01 |
|---|---|---|---|---|---|

Creditor's Name

**Describe the property that secures the claim:**

**1926 Price St. Scranton, PA 18504 Lackawanna County rental property**

**1170 Hwy. 315, Ste. 2 Plains, PA 18702**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
■ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Date debt was incurred** **01/01/2015**    **Last 4 digits of account number**   **5287**

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| 2.2 0 | **City of Scranton Tax Office** | | $705.76 | $29,480.00 | $0.00 |

Creditor's Name

**Describe the property that secures the claim:**

**517-519 Luzerne St. Scranton, PA 18505  Lackawanna County rental property**

**1170 Hwy. 315, Ste. 2 Plains, PA 18702**

**As of the date you file, the claim is:** Check all that apply.

Number, Street, City, State & Zip Code

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

**Nature of lien.** Check all that apply.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

☐ An agreement you made (such as mortgage or secured car loan)

■ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Date debt was incurred** **01/01/2015**       **Last 4 digits of account number** **9006**

---

| 2.2 1 | **City of Scranton Tax Office** | | $471.03 | $45,000.00 | $471.03 |

Creditor's Name

**Describe the property that secures the claim:**

**954 1/2 Ridge Ave. Scranton, PA 18510  Lackawanna County rental property with adjacent vacant lot located at 954 Ridge Ave.**

**1170 Hwy. 315, Ste. 2 Plains, PA 18702**

**As of the date you file, the claim is:** Check all that apply.

Number, Street, City, State & Zip Code

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

**Nature of lien.** Check all that apply.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

☐ An agreement you made (such as mortgage or secured car loan)

■ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Date debt was incurred** **01/01/2015**       **Last 4 digits of account number** **8024**

---

| 2.2 2 | **City of Scranton Tax Office** | | $528.74 | $45,000.00 | $528.74 |

Creditor's Name

**Describe the property that secures the claim:**

**954 1/2 Ridge Ave. Scranton, PA 18510  Lackawanna County rental property with adjacent vacant lot located at 954 Ridge Ave.**

**1170 Hwy. 315, Ste. 2 Plains, PA 18702**

**As of the date you file, the claim is:** Check all that apply.

Number, Street, City, State & Zip Code

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

**Nature of lien.** Check all that apply.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ An agreement you made (such as mortgage or secured car loan)

■ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit

---

☐ **Check if this claim relates to a community debt**

☐ Other (including a right to offset) _____

Date debt was incurred **01/01/2015**     Last 4 digits of account number **8020**

---

| 2.23 | **City of Scranton Tax Office** | | $1,362.29 | $35,000.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**1170 Hwy. 315, Ste. 2 Plains, PA 18702**
Number, Street, City, State & Zip Code

**Describe the property that secures the claim:**

**437 Railroad Ave. Scranton, PA 18505 Lackawanna County rental property**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

☐ An agreement you made (such as mortgage or secured car loan)

■ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred **01/01/2015**     Last 4 digits of account number **3334**

---

| 2.24 | **City of Scranton Tax Office** | | $273.58 | $35,000.00 | $273.58 |
|---|---|---|---|---|---|

Creditor's Name

**1170 Hwy. 315, Ste. 2 Plains, PA 18702**
Number, Street, City, State & Zip Code

**Describe the property that secures the claim:**

**521-523-525 Luzerne St. Scranton, PA 18504 Lackawanna County rental property**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

☐ An agreement you made (such as mortgage or secured car loan)

■ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred **01/01/2015**     Last 4 digits of account number **6295**

---

| 2.25 | **City of Scranton Tax Office** | | $467.18 | $35,000.00 | $467.18 |
|---|---|---|---|---|---|

Creditor's Name

**1170 Hwy. 315, Ste. 2 Plains, PA 18702**
Number, Street, City, State & Zip Code

**Describe the property that secures the claim:**

**521-523-525 Luzerne St. Scranton, PA 18504 Lackawanna County rental property**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only

☐ An agreement you made (such as mortgage or secured car loan)

■ Statutory lien (such as tax lien, mechanic's lien)

---

☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred    **01/01/2015**    Last 4 digits of account number    **6294**

---

| 2.2 6 | **City of Scranton Tax Office** | | **$1,441.49** | **$30,000.00** | **$0.00** |
|---|---|---|---|---|---|

Creditor's Name

Describe the property that secures the claim:

**921 Pittston Ave. Scranton, PA 18505 Lackawanna County rental property**

**1170 Hwy. 315, Ste. 2 Plains, PA 18702**

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
■ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred    **01/01/2015**    Last 4 digits of account number    **6191**

---

| 2.2 7 | **City of Scranton Tax Office** | | **$494.37** | **$30,000.00** | **$0.00** |
|---|---|---|---|---|---|

Creditor's Name

Describe the property that secures the claim:

**611-613 S. 9th St. Scranton, PA 18504 Lackawanna County rental property**

**1170 Hwy. 315, Ste. 2 Plains, PA 18702**

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
■ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred    **01/01/2015**    Last 4 digits of account number    **6295**

---

| 2.2 8 | **City of Scranton Tax Office** | | **$421.44** | **$25,000.00** | **$0.00** |
|---|---|---|---|---|---|

Creditor's Name

Describe the property that secures the claim:

**333 5th Ave. Scranton, PA 18505 Lackawanna County rental property**

**1170 Hwy. 315, Ste. 2 Plains, PA 18702**

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

☐ Debtor 1 and Debtor 2 only      ■ Statutory lien (such as tax lien, mechanic's lien)

☐ At least one of the debtors and another      ☐ Judgment lien from a lawsuit

☐ **Check if this claim relates to a**      ☐ Other (including a right to offset) _____
     **community debt**

Date debt was incurred **01/01/2015**      Last 4 digits of account number    **9023**

---

| 2.2 9 | **City of Scranton Tax Office** | | $534.08 | $30,000.00 | $0.00 |

Creditor's Name

**Describe the property that secures the claim:**

> 542 N. Rebecca Ave. Scranton, PA 18504   Lackawanna County rental property

**1170 Hwy. 315, Ste. 2 Plains, PA 18702**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Who owes the debt?** Check one.

**Nature of lien.** Check all that apply.

■ Debtor 1 only

☐ An agreement you made (such as mortgage or secured car loan)

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only      ■ Statutory lien (such as tax lien, mechanic's lien)

☐ At least one of the debtors and another      ☐ Judgment lien from a lawsuit

☐ **Check if this claim relates to a**      ☐ Other (including a right to offset) _____
     **community debt**

Date debt was incurred **01/01/2015**      Last 4 digits of account number    **5083**

---

| 2.3 0 | **City of Scranton Tax Office** | | $486.19 | $35,000.00 | $0.00 |

Creditor's Name

**Describe the property that secures the claim:**

> 437 Railroad Ave. Scranton, PA 18505   Lackawanna County rental property

**1170 Hwy. 315, Ste. 2 Plains, PA 18702**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Who owes the debt?** Check one.

**Nature of lien.** Check all that apply.

■ Debtor 1 only

☐ An agreement you made (such as mortgage or secured car loan)

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only      ■ Statutory lien (such as tax lien, mechanic's lien)

☐ At least one of the debtors and another      ☐ Judgment lien from a lawsuit

☐ **Check if this claim relates to a**      ☐ Other (including a right to offset) _____
     **community debt**

Date debt was incurred **01/01/2015**      Last 4 digits of account number    **6334**

---

| 2.3 1 | **City of Scranton Tax Office** | | $528.74 | $45,000.00 | $528.74 |

Creditor's Name

**Describe the property that secures the claim:**

> 954 1/2 Ridge Ave. Scranton, PA 18510   Lackawanna County rental property with adjacent vacant lot located at 954 Ridge Ave.

**1170 Hwy. 315, Ste. 2 Plains, PA 18702**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Who owes the debt?** Check one.

**Nature of lien.** Check all that apply.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

☐ An agreement you made (such as mortgage or secured car loan)

■ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred   **01/01/2015**     Last 4 digits of account number   **0011**

---

| 2.3 2 | **Fidelity Deposit & Discount Bank** | Describe the property that secures the claim: | $42,167.78 | $45,000.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**954 1/2 Ridge Ave. Scranton, PA 18510 Lackawanna County rental property with adjacent vacant lot located at 954 Ridge Ave.**

**101 N. Blakely St. Dunmore, PA 18512**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____     Last 4 digits of account number _____

---

| 2.3 3 | **Fidelity Deposit & Discount Bank** | Describe the property that secures the claim: | $92,587.29 | $35,000.00 | $57,587.29 |
|---|---|---|---|---|---|

Creditor's Name

**521-523-525 Luzerne St. Scranton, PA 18504 Lackawanna County rental property**

**101 N. Blakely St. Dunmore, PA 18512**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____     Last 4 digits of account number _____

---

| 2.3 4 | **Fidelity Deposit & Discount Bank** | Describe the property that secures the claim: | $55,480.94 | $44,972.00 | $20,892.30 |
|---|---|---|---|---|---|

Creditor's Name

**1726-1728 Wayne Ave. Scranton, PA 18508 Lackawanna County rental property**

**101 N. Blakely St. Dunmore, PA 18512**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Number, Street, City, State & Zip Code

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**Who owes the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

- ■ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Date debt was incurred _____     Last 4 digits of account number _____

| 2.3 5 | **First National Bank of Pennsylvania** | | | | |
|---|---|---|---|---|---|
| | Creditor's Name | Describe the property that secures the claim: | $116,781.00 | $0.00 | $116,781.00 |
| | **One North Shore Center 12 Federal St., Suite 105 Pittsburgh, PA 15212** | **all rental properties** | | | |
| | Number, Street, City, State & Zip Code | As of the date you file, the claim is: Check all that apply. | | | |

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

- ■ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Date debt was incurred **08/21/2013**     Last 4 digits of account number **8955**

| 2.3 6 | **Itria Ventures, LLC** | | | | |
|---|---|---|---|---|---|
| | Creditor's Name | Describe the property that secures the claim: | $73,274.36 | $480,000.00 | $0.00 |
| | **462 7th Ave., 20th Floor New York, NY 10018** | **all rental properties** | | | |
| | Number, Street, City, State & Zip Code | As of the date you file, the claim is: Check all that apply. | | | |

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ■ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Date debt was incurred **10/29/2015**     Last 4 digits of account number **3991**

| 2.3 7 | **LA Commercial Services, LLC** | | | | |
|---|---|---|---|---|---|
| | Creditor's Name | Describe the property that secures the claim: | $102,480.00 | $60,000.00 | $42,480.00 |
| | **1006 Pittston Ave. Scranton, PA 18505** | **921 Pittston Ave. Scranton, PA 611-613 S. 9th St. Scranton, PA** | | | |
| | Number, Street, City, State & Zip Code | As of the date you file, the claim is: Check all that apply. | | | |

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

- ☑ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Date debt was incurred  **11/06/2014**    Last 4 digits of account number  _____

---

| 2.38 | **LA Commercial Services, LLC** | | | | |
|---|---|---|---|---|---|
| | Creditor's Name | Describe the property that secures the claim: | $94,761.94 | $55,000.00 | $39,761.94 |
| | | **333 Fifth Ave. Scranton, PA 18504 542 N. Rebecca Ave. Scranton, PA** | | | |
| | **1006 Pittston Ave. Scranton, PA 18505** | As of the date you file, the claim is: Check all that apply. | | | |
| | Number, Street, City, State & Zip Code | ☐ Contingent ☐ Unliquidated ☐ Disputed | | | |

**Who owes the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

- ☑ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Date debt was incurred  **05/19/2014**    Last 4 digits of account number  _____

---

| 2.39 | **Lackawanna County Tax Claim Bureau** | | | | |
|---|---|---|---|---|---|
| | Creditor's Name | Describe the property that secures the claim: | $4,369.84 | $44,972.00 | $0.00 |
| | | **1726-1728 Wayne Ave. Scranton, PA 18508  Lackawanna County rental property** | | | |
| | **135 Jefferson Ave. Scranton, PA 18503** | As of the date you file, the claim is: Check all that apply. | | | |
| | Number, Street, City, State & Zip Code | ☐ Contingent ☐ Unliquidated ☐ Disputed | | | |

**Who owes the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

- ☐ An agreement you made (such as mortgage or secured car loan)
- ☑ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Date debt was incurred  **01/01/2015**    Last 4 digits of account number  **0011**

---

| 2.40 | **Lackawanna County Tax Claim Bureau** | | | | |
|---|---|---|---|---|---|
| | Creditor's Name | Describe the property that secures the claim: | $1,823.41 | $21,570.00 | $1,823.41 |
| | | **339 Railroad Ave. Scranton, PA 18505  Lackawanna County rental property** | | | |
| | **135 Jefferson Ave. Scranton, PA 18503** | As of the date you file, the claim is: Check all that apply. | | | |
| | Number, Street, City, State & Zip Code | ☐ Contingent ☐ Unliquidated | | | |

---

Official Form 106D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        page 14 of 24

☐ Disputed

**Nature of lien.** Check all that apply.

**Who owes the debt?** Check one.

☐ An agreement you made (such as mortgage or secured
car loan)

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a
community debt

☑ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred  **01/01/2015**     Last 4 digits of account number  **0025**

---

| 2.4 1 | **Lackawanna County Tax Claim Bureau** | | $3,521.09 | $26,913.00 | $3,521.09 |
|---|---|---|---|---|---|

Creditor's Name

**Describe the property that secures the claim:**

**318 N. Sumner Ave. Scranton, PA 18504  Lackawanna County rental property**

**135 Jefferson Ave.**
**Scranton, PA 18503**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

**Who owes the debt?** Check one.

☐ An agreement you made (such as mortgage or secured
car loan)

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a
community debt

☑ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred  **01/01/2015**     Last 4 digits of account number  **0045**

---

| 2.4 2 | **Lackawanna County Tax Claim Bureau** | | $3,096.75 | $29,670.00 | $3,096.75 |
|---|---|---|---|---|---|

Creditor's Name

**Describe the property that secures the claim:**

**1926 Price St. Scranton, PA 18504 Lackawanna County rental property**

**135 Jefferson Ave.**
**Scranton, PA 18503**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

**Who owes the debt?** Check one.

☐ An agreement you made (such as mortgage or secured
car loan)

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a
community debt

☑ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred  **01/01/2015**     Last 4 digits of account number  **0019**

---

| 2.4 3 | **Lackawanna County Tax Claim Bureau** | | $3,308.80 | $29,480.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**Describe the property that secures the claim:**

**517-519 Luzerne St. Scranton, PA 18505  Lackawanna County rental property**

**135 Jefferson Ave.**
**Scranton, PA 18503**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent

---

Number, Street, City, State & Zip Code

☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a
   community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured
   car loan)

■ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Date debt was incurred** **01/01/2015**   **Last 4 digits of account number** **0017**

---

| 2.4 4 | **Lackawanna County Tax Claim Bureau** | | $2,672.43 | $45,000.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**Describe the property that secures the claim:**

**954 1/2 Ridge Ave. Scranton, PA 18510  Lackawanna County rental property with adjacent vacant lot located at 954 Ridge Ave.**

**135 Jefferson Ave.
Scranton, PA 18503**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a
   community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured
   car loan)

■ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

**Date debt was incurred** **01/01/2015**   **Last 4 digits of account number** **0010**

---

| 2.4 5 | **Lackawanna County Tax Claim Bureau** | | $953.54 | $45,000.00 | $793.75 |
|---|---|---|---|---|---|

Creditor's Name

**Describe the property that secures the claim:**

**954 1/2 Ridge Ave. Scranton, PA 18510  Lackawanna County rental property with adjacent vacant lot located at 954 Ridge Ave.**

**135 Jefferson Ave.
Scranton, PA 18503**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a
   community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured
   car loan)

■ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Date debt was incurred** **01/01/20115**   **Last 4 digits of account number** **0011**

---

| 2.4 6 | **Lackawanna County Tax Claim Bureau** | | $2,248.12 | $35,000.00 | $0.00 |
|---|---|---|---|---|---|

**Describe the property that secures the claim:**

Creditor's Name

**437 Railroad Ave. Scranton, PA 18505 Lackawanna County rental property**

**135 Jefferson Ave. Scranton, PA 18503**

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Date debt was incurred**   **01/01/2015**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
■ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Last 4 digits of account number**   **0020**

---

| 2.47 | **Lackawanna County Tax Claim Bureau** | | $2,184.66 | $35,000.00 | $2,184.66 |
|------|------|------|------|------|------|

Creditor's Name

**Describe the property that secures the claim:**

**521-523-525 Luzerne St. Scranton, PA 18504 Lackawanna County rental property**

**135 Jefferson Ave. Scranton, PA 18503**

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Date debt was incurred**   **01/01/2015**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
■ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Last 4 digits of account number**   **0016**

---

| 2.48 | **Lackawanna County Tax Claim Bureau** | | $550.32 | $35,000.00 | $550.32 |
|------|------|------|------|------|------|

Creditor's Name

**Describe the property that secures the claim:**

**521-523-525 Luzerne St. Scranton, PA 18504 Lackawanna County rental property**

**135 Jefferson Ave. Scranton, PA 18503**

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Date debt was incurred**   **01/01/2015**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
■ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Last 4 digits of account number**   **0015**

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Case 5:17-bk-02392-JJT   Doc 54   Filed 02/05/18   Entered 02/05/18 19:19:44   Desc
Main Document     Page 17 of 27

| 2.49 | **Lackawanna County Tax Claim Bureau** | | $4,815.83 | $30,000.00 | $0.00 |
|------|------|------|------|------|------|

Creditor's Name

Describe the property that secures the claim:

**921 Pittston Ave. Scranton, PA 18505  Lackawanna County rental property**

**135 Jefferson Ave. Scranton, PA 18503**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)

■ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred  **01/01/2015**      Last 4 digits of account number  **0005**

---

| 2.50 | **Lackawanna County Tax Claim Bureau** | | $2,460.19 | $30,000.00 | $0.00 |
|------|------|------|------|------|------|

Creditor's Name

Describe the property that secures the claim:

**611-613 S. 9th St. Scranton, PA 18504  Lackawanna County rental property**

**135 Jefferson Ave. Scranton, PA 18503**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)

■ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred  **01/01/2015**      Last 4 digits of account number  **0001**

---

| 2.51 | **Lackawanna County Tax Claim Bureau** | | $2,460.19 | $25,000.00 | $0.00 |
|------|------|------|------|------|------|

Creditor's Name

Describe the property that secures the claim:

**333 5th Ave. Scranton, PA 18505  Lackawanna County rental property**

**135 Jefferson Ave. Scranton, PA 18503**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)

■ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred  **01/01/2015**      Last 4 digits of account number  **0004**

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| 2.52 | **Lackawanna County Tax Claim Bureau** | | |
|---|---|---|---|

Creditor's Name

**Describe the property that secures the claim:**   **$2,672.43**   **$30,000.00**   **$0.00**

> **542 N. Rebecca Ave. Scranton, PA 18504  Lackawanna County rental property**

**135 Jefferson Ave. Scranton, PA 18503**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☑ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Date debt was incurred _____    Last 4 digits of account number   **0002**

---

| 2.53 | **M & T Bank** | | |
|---|---|---|---|

Creditor's Name

**Describe the property that secures the claim:**   **$40,695.17**   **$44,363.00**   **$0.00**

> **340-342 Railroad Ave. Scranton, PA 18505  Lackawanna County rental property**

**Po Box 844 Buffalo, NY 14240**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
- ☑ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Date debt was incurred **Opened 04/14  Last Active 3/10/17**    Last 4 digits of account number   **4072**

---

| 2.54 | **M & T Bank** | | |
|---|---|---|---|

Creditor's Name

**Describe the property that secures the claim:**   **$33,977.17**   **$29,060.00**   **$4,917.17**

> **341 Railroad Ave. Scranton, PA 18505  Lackawanna County rental property**

**1 Fountain Plz Buffalo, NY 14203**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

**Nature of lien.** Check all that apply.
- ☑ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit

---

Official Form 106D      Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**      page 19 of 24

☐ **Check if this claim relates to a**
   **community debt**

☐ Other (including a right to offset) _____

| | |
|---|---|
| **Opened 04/14 Last Active** | |
| Date debt was incurred 3/13/17 | Last 4 digits of account number **4098** |

---

| 2.5 5 | **Mercedes-Benz Financial** | Describe the property that secures the claim: | $11,062.88 | $14,486.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**2010 Mercedes Benz E350 60890 miles AWD, 4 door, automatic**

**Po Box 685**
**Roanole, TX 76262**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a**
   **community debt**

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

| | |
|---|---|
| **Opened 11/13 Last Active** | |
| Date debt was incurred 4/21/17 | Last 4 digits of account number **1001** |

---

| 2.5 6 | **Penn East FCU Administration Office** | Describe the property that secures the claim: | $123,211.58 | $21,570.00 | $101,641.58 |
|---|---|---|---|---|---|

Creditor's Name

**339 Railroad Ave**
**Scranton, PA**
**rental property**

**1300 Meylert Ave., Suite 201**
**Scranton, PA 18509**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a**
   **community debt**

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

| | |
|---|---|
| Date debt was incurred | Last 4 digits of account number **8133** |

---

| 2.5 7 | **Penn East FCU Administration Office** | Describe the property that secures the claim: | $117,000.00 | $26,913.00 | $90,087.00 |
|---|---|---|---|---|---|

Creditor's Name

**318 N. Sumner Ave. Scranton, PA 18504  Lackawanna County rental property**

**1300 Meylert Ave., Suite 201**
**Scranton, PA 18509**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Who owes the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

- ■ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Date debt was incurred   _____   Last 4 digits of account number   **8133**

---

| 2.5 8 | **Penn East FCU Administration Office** | | | |
|---|---|---|---|---|
| | Creditor's Name | | | |

**Describe the property that secures the claim:**   **$117,000.00**   **$29,670.00**   **$87,330.00**

**1300 Meylert Ave., Suite 201**
**Scranton, PA 18509**

Number, Street, City, State & Zip Code

> **1926 Price St. Scranton, PA 18504**
> **Lackawanna County**
> **rental property**

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

- ■ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Date debt was incurred   _____   Last 4 digits of account number   **8133**

---

| | |
|---|---|
| Add the dollar value of your entries in Column A on this page. Write that number here: | **$1,107,546.05** |
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | **$1,107,546.05** |

**Part 2:**   **List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

☐   Name, Number, Street, City, State & Zip Code
**Brigid E. Carey, Esq.**
**P.O. Box 4466**
**Scranton, PA 18505**

On which line in Part 1 did you enter the creditor?   **2.56**

Last 4 digits of account number   ___

☐   Name, Number, Street, City, State & Zip Code
**Brigid E. Carey, Esq.**
**P.O. Box 4466**
**Scranton, PA 18505**

On which line in Part 1 did you enter the creditor?   **2.57**

Last 4 digits of account number   ___

☐   Name, Number, Street, City, State & Zip Code
**Brigid E. Carey, Esq.**
**P.O. Box 4466**
**Scranton, PA 18505**

On which line in Part 1 did you enter the creditor?   **2.58**

Last 4 digits of account number   ___

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor 1 | Anjaneyulu Uppala | | | Case number (if know) | **5:17-bk-02392** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| ☐ | Name, Number, Street, City, State & Zip Code<br>**Donna Donaher, Esq.**<br>**First National Bank**<br>**One North Shore Center**<br>**12 Federal St., 1st Fl.**<br>**Pittsburgh, PA 15212** | On which line in Part 1 did you enter the creditor? **2.35**<br><br>Last 4 digits of account number ___ |
|---|---|---|

| ☐ | Name, Number, Street, City, State & Zip Code<br>**Fidelity Deposit & Discount Bank**<br>**338 N. Washington St.**<br>**Scranton, PA 18503** | On which line in Part 1 did you enter the creditor? **2.32**<br><br>Last 4 digits of account number ___ |
|---|---|---|

| ☐ | Name, Number, Street, City, State & Zip Code<br>**Fidelity Deposit & Discount Bank**<br>**338 N. Washington St.**<br>**Scranton, PA 18503** | On which line in Part 1 did you enter the creditor? **2.34**<br><br>Last 4 digits of account number ___ |
|---|---|---|

| ☐ | Name, Number, Street, City, State & Zip Code<br>**Jeffrey W. Nepa, Esq.**<br>**41 N. Main St.**<br>**Carbondale, PA 18407** | On which line in Part 1 did you enter the creditor? **2.37**<br><br>Last 4 digits of account number ___ |
|---|---|---|

| ☐ | Name, Number, Street, City, State & Zip Code<br>**Jeffrey W. Nepa, Esq.**<br>**41 N. Main St.**<br>**Carbondale, PA 18407** | On which line in Part 1 did you enter the creditor? **2.38**<br><br>Last 4 digits of account number ___ |
|---|---|---|

| ☐ | Name, Number, Street, City, State & Zip Code<br>**KML Law Group, P.C.**<br>**Ste 5000 BNY Mellon Independence Ct**<br>**701 Market St.**<br>**Philadelphia, PA 19106-1541** | On which line in Part 1 did you enter the creditor? **2.54**<br><br>Last 4 digits of account number ___ |
|---|---|---|

| ☐ | Name, Number, Street, City, State & Zip Code<br>**Rocco Haertter, Esq.**<br>**Courthouse Square Towers**<br>**Suite 310**<br>**216 N. River St.**<br>**Wilkes Barre, PA 18702** | On which line in Part 1 did you enter the creditor? **2.32**<br><br>Last 4 digits of account number ___ |
|---|---|---|

| ☐ | Name, Number, Street, City, State & Zip Code<br>**Rocco Haertter, Esq.**<br>**Courthouse Square Towers**<br>**Suite 310**<br>**216 N. River St.**<br>**Wilkes Barre, PA 18702** | On which line in Part 1 did you enter the creditor? **2.33**<br><br>Last 4 digits of account number ___ |
|---|---|---|

| ☐ | Name, Number, Street, City, State & Zip Code<br>**Rocco Haertter, Esq.**<br>**Courthouse Square Towers**<br>**Suite 310**<br>**216 N. River St.**<br>**Wilkes Barre, PA 18702** | On which line in Part 1 did you enter the creditor? **2.34**<br><br>Last 4 digits of account number ___ |
|---|---|---|

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                                                 Best Case Bankruptcy

| | |
|---|---|
| ☐ Name, Number, Street, City, State & Zip Code<br>**Single Tax Office**<br>**William Fox, Collector of Taxes**<br>**P.O. Box 709**<br>**Scranton, PA 18501-0709** | On which line in Part 1 did you enter the creditor? **2.39**<br><br>Last 4 digits of account number ___ |
| ☐ Name, Number, Street, City, State & Zip Code<br>**Single Tax Office**<br>**William Fox, Collector of Taxes**<br>**P.O. Box 709**<br>**Scranton, PA 18501-0709** | On which line in Part 1 did you enter the creditor? **2.40**<br><br>Last 4 digits of account number ___ |
| ☐ Name, Number, Street, City, State & Zip Code<br>**Single Tax Office**<br>**William Fox, Collector of Taxes**<br>**P.O. Box 709**<br>**Scranton, PA 18501-0709** | On which line in Part 1 did you enter the creditor? **2.41**<br><br>Last 4 digits of account number ___ |
| ☐ Name, Number, Street, City, State & Zip Code<br>**Single Tax Office**<br>**William Fox, Collector of Taxes**<br>**P.O. Box 709**<br>**Scranton, PA 18501-0709** | On which line in Part 1 did you enter the creditor? **2.42**<br><br>Last 4 digits of account number ___ |
| ☐ Name, Number, Street, City, State & Zip Code<br>**Single Tax Office**<br>**William Fox, Collector of Taxes**<br>**P.O. Box 709**<br>**Scranton, PA 18501-0709** | On which line in Part 1 did you enter the creditor? **2.43**<br><br>Last 4 digits of account number ___ |
| ☐ Name, Number, Street, City, State & Zip Code<br>**Single Tax Office**<br>**William Fox, Collector of Taxes**<br>**P.O. Box 709**<br>**Scranton, PA 18501-0709** | On which line in Part 1 did you enter the creditor? **2.44**<br><br>Last 4 digits of account number ___ |
| ☐ Name, Number, Street, City, State & Zip Code<br>**Single Tax Office**<br>**William Fox, Collector of Taxes**<br>**P.O. Box 709**<br>**Scranton, PA 18501-0709** | On which line in Part 1 did you enter the creditor? **2.45**<br><br>Last 4 digits of account number ___ |
| ☐ Name, Number, Street, City, State & Zip Code<br>**Single Tax Office**<br>**William Fox, Collector of Taxes**<br>**P.O. Box 709**<br>**Scranton, PA 18501-0709** | On which line in Part 1 did you enter the creditor? **2.46**<br><br>Last 4 digits of account number ___ |
| ☐ Name, Number, Street, City, State & Zip Code<br>**Single Tax Office**<br>**William Fox, Collector of Taxes**<br>**P.O. Box 709**<br>**Scranton, PA 18501-0709** | On which line in Part 1 did you enter the creditor? **2.47**<br><br>Last 4 digits of account number ___ |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor 1 **Anjaneyulu Uppala**

First Name    Middle Name    Last Name

Case number (if know) **5:17-bk-02392**

☐ Name, Number, Street, City, State & Zip Code
**Single Tax Office**
**William Fox, Collector of Taxes**
**P.O. Box 709**
**Scranton, PA 18501-0709**

On which line in Part 1 did you enter the creditor? **2.48**

Last 4 digits of account number ___

☐ Name, Number, Street, City, State & Zip Code
**Single Tax Office**
**William Fox, Collector of Taxes**
**P.O. Box 709**
**Scranton, PA 18501-0709**

On which line in Part 1 did you enter the creditor? **2.49**

Last 4 digits of account number ___

☐ Name, Number, Street, City, State & Zip Code
**Single Tax Office**
**William Fox, Collector of Taxes**
**P.O. Box 709**
**Scranton, PA 18501-0709**

On which line in Part 1 did you enter the creditor? **2.50**

Last 4 digits of account number ___

☐ Name, Number, Street, City, State & Zip Code
**Single Tax Office**
**William Fox, Collector of Taxes**
**P.O. Box 709**
**Scranton, PA 18501-0709**

On which line in Part 1 did you enter the creditor? **2.51**

Last 4 digits of account number ___

☐ Name, Number, Street, City, State & Zip Code
**Single Tax Office**
**William Fox, Collector of Taxes**
**P.O. Box 709**
**Scranton, PA 18501-0709**

On which line in Part 1 did you enter the creditor? **2.52**

Last 4 digits of account number ___

☐ Name, Number, Street, City, State & Zip Code
**The Chartwell Law Offices, LLP**
**970 Rittenhouse Rd., Suite 300**
**Eagleville, PA 19403**

On which line in Part 1 did you enter the creditor? **2.36**

Last 4 digits of account number ___

Official Form 106D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 24 of 24

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Case 5:17-bk-02392-JJT    Doc 54    Filed 02/05/18    Entered 02/05/18 19:19:44    Desc
Main Document    Page 24 of 27

| Debtor 1 | **Anjaneyulu Uppala** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF PENNSYLVANIA

Case number   5:17-bk-02392
(if known)

■ Check if this is an amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim.  Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

### Part 1:   List All of Your PRIORITY Unsecured Claims

**1.   Do any creditors have priority unsecured claims against you?**

■ No. Go to Part 2.

☐ Yes.

### Part 2:   List All of Your NONPRIORITY Unsecured Claims

**3.   Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

■ Yes.

**4.   List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

| | | Total claim |
|---|---|---|
| | | |

| 4.1 | **Liberty Truck Center, Inc,** | Last 4 digits of account number _____ | $36,000.00 |
|---|---|---|---|

Nonpriority Creditor's Name

**c/o David J. Harris, Esq.**
**69 Public Square, Ste. 700**
**Wilkes Barre, PA 18701-2512**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify **Guarajty of Obligation of JR Petroleum, LLC**

### Part 3:   List Others to Be Notified About a Debt That You Already Listed

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

### Part 4:   Add the Amounts for Each Type of Unsecured Claim

6. **Total the amounts of certain types of unsecured claims.** This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

| | | | | | Total Claim |
|---|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | $ | 0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $ | 0.00 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $ | 0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ | 0.00 |
| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ | 0.00 |

| | | | | | Total Claim |
|---|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | $ | 0.00 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ | 0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ | 0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ | 36,000.00 |
| | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ | 36,000.00 |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Anjaneyulu Uppala** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF PENNSYLVANIA |
| Case number | **5:17-bk-02392** |
| (if known) | |

■ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

■ No

☐ Yes. Name of person _____ Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X **/s/ Anjaneyulu Uppala**                 X _____
  **Anjaneyulu Uppala**
  Signature of Debtor 1                           Signature of Debtor 2

Date   **February 5, 2018**                       Date