IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:                                    CHAPTER 13
ANJANEYULU UPPALA

        Debtor(s)

                                    CASE NO. 5:17-bk-02392 JJT


<u>CERTIFICATE OF SERVICE</u>

I, C. STEPHEN GURDIN, JR., hereby certify that I forwarded a true and correct copy of the NOTICE and APPLICATION BY DEBTOR FOR AUTHORITY TO PAY INTERIM COMPENSATION TO COUNSEL FOR DEBTOR, attached hereto filed in the proceeding, electronically or by United States First Class Mail, postage prepaid on April 12, 2018 to the following:

CHARLES J. DEHART ESQ.
8125 ADAMS DRIVE SUITE A
HUMMELSTOWN PA 17036

AND THE NOTICE TO ALL THE PERSONS AT THE ADDRESSES LISTED ON THE ATTACHED MAILING LIST.


/s/ Michelle Bergeron
Michelle Bergeron, Paralegal
For C. STEPHEN GURDIN, JR., ESQUIRE
67-69 PUBLIC SQUARE STE 501
WILKES-BARRE PA 18701-2512
PHONE 570-826-0481 FAX 570-822-7780
ATTY. ID NO 01860
email: Stephen@gurdinlaw.com,
Additional e-mail: Michelle@gurdinlaw.com
ATTORNEY FOR DEBTOR(S)