IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13
ANJANEYULU UPPALA :
 :
    Debtor(s) : CASE NO. 5:17-02392
 :

## AFFIDAVIT OF NAVYA UPPALA REGARDING MORTGAGE OBLIGATIONS FOR 828 MAPLE ST., SCRANTON, PA

    I, NAVYA UPPALA, under penalty of perjury, hereby that I have assumed obligations for the mortgage with Fairway Consumer Discount Company taken out by Anjaneyulu Uppala on the property known as 828 Maple St., Scranton, PA.

_____
NAVYA UPPALA

Date: March 14, 2019