UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ANJANEYULU UPPALA<br><br>Debtor(s) | CHAPTER 13 |
| CHARLES J. DEHART, III<br>CHAPTER 13 TRUSTEE<br>Movant | CASE NO: 5-17-02392-RNO |

<h3 style="text-align:center"><u>AMENDED NOTICE</u></h3>

NOTICE IS HEREBY GIVEN THAT Charles J. DeHart, III, Standing Chapter 13 Trustee for the Middle District of Pennsylvania has filed a Motion to Dismiss for failure to make timely payments pursuant to your Chapter 13 Plan.

**Any previously received notice on this matter should be disregarded.**

YOU ARE HEREBY NOTICED that a CONFERENCE before the Trustee and a HEARING with the Court have been scheduled on this motion. Any matters not resolved at the Trustee's Conference shall be heard at the dismissal hearing to be held as stated below:

| **CONFERENCE before Trustee:** | **HEARING:** |
|---|---|
| June 11, 2019 at at 9:00 am | June 11, 2019 at 09:30 AM |
| U.S. Bankruptcy Court | U.S. BANKRUPTCY COURT |
| Max Rosenn U.S. Courthouse | MAX ROSENN U.S. COURTHOUSE |
| 197 S. Main Street | 197 S. MAIN STREET |
| Wilkes Barre, PA | WILKES BARRE, PA |

YOU ARE FURTHER NOTICED that you MUST attend the conference or dismissal hearing unless one of the following takes place.

1. You have paid the following and have confirmed payment with Trustee DeHart's office.

AMOUNT DELINQUENT AS OF LAST MONTH:  $ 2862.60
AMOUNT DUE FOR THIS MONTH:  $1431.30
TOTAL AMOUNT DUE BEFORE CONFERENCE/HEARING DATE:  $4293.90

**NOTE:**
   ALL payments must be made by CERTIFIED CHECK, MONEY ORDER or through TFSBILPAY.COM. NO PERSONAL CHECKS OR CASH WILL BE ACCEPTED!

   **DO NOT** send your payments REGISTERED, CERTIFIED, FEDERAL EXPRESS, UPS, or by any special delivery service. Doing so will delay processing of your payment and **may result in dismissal of your case.**

   If **submitting payment by U.S. First Class Mail** mail to**:**
       **CHARLES J. DEHART, III, PO BOX 7005, LANCASTER, PA  17604**

If **submitting payment using TFSBILLPAY.COM** please **allow 5 business days** for payment to be applied.

2. You have entered into a valid stipulation with Trustee DeHart and that stipulation has been filed with the Court, or

3. You have filed a voluntary conversion or a voluntary case dismissal with the U.S. Bankruptcy Court and have served a copy of that motion upon Trustee DeHart.

**FAILURE TO COMPLY WITH THE ABOVE WILL RESULT IN YOUR CHAPTER 13 CASE BEING CALLED FOR DISMISSAL HEARING WITH THE COURT ON THE DATE AND TIME AS SPECIFIED IN THIS NOTICE. THIS MAY RESULT IN DISMISSAL OF YOUR CASE**.

Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone: (717) 566-6097

Dated: <Today+0)

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: ANJANEYULU UPPALA

CHAPTER 13

Debtor(s)

| | |
|---|---|
| CHARLES J. DEHART, III<br>CHAPTER 13 TRUSTEE<br>Movant | CASE NO: 5-17-02392-RNO |

## CERTIFICATE OF SERVICE

I hereby certify that the Debtor and his/her counsel, have been served a copy of this Amended Notice by First Class Mail, unless served electronically, at the below address on May 15, 2019.

C. STEPHEN GURDIN, JR., ESQ.
69 PUBLIC SQUARE
SUITE 501
WILKES-BARRE, PA  18701-

ANJANEYULU UPPALA
400 BOBCAT LANE
S. ABINGTON TWP., PA  18411-

    Respectfully submitted,

    s/ Liz Joyce
    Office of Charles J. DeHart, III
    Standing Chapter 13 Trustee
    Suite A, 8125 Adams Drive
    Hummelstown, PA  17036

Dated:  May 15, 2019