IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:<br>ANJANEYULU UPPALA | : | CHAPTER 13 |
| | : | |
| Debtor(s) | : | CASE NO. 5:17-bk-02392 |
| | : | |
| | : | |
| IN RE:<br>ANJANEYULU UPPALA | : | |
| | : | |
| Movant(s) | : | Debtors' motion for |
| | : | free and clear sale of |
| | : | 954 ½ Ridge Ave. and 954 |
| | : | Ridge Ave., |
| | : | Scranton, Lackawanna |
| | : | County, PA to |
| FIDELITY DEPOSIT & DISCOUNT BANK | : | Ramon Vila for a price |
| LA COMMERCIAL SERVICES, LLC | : | of $25,000.00 |
| ITRIA VENTURES, LLC | : | |
| FIRST NATIONAL BANK OF PENNSYLVANIA | : | |
| | : | |
| Respondent(s) | : | |

ORDER AUTHORIZING SALE OF REAL ESTATE
FREE AND CLEAR OF LIENS AND ENCUMBRANCES

AT WILKES-BARRE IN SAID DISTRICT, Upon Motion of ANJANEYULU

UPPALA , Debtor(s), TO SELL REAL ESTATE FREE AND CLEAR OF

LIENS AND ENCUMBRANCES, as to certain real property located

at 954 ½ Ridge Ave., Scranton, Lackawanna County,

Pennsylvania and 954 Ridge Ave., Scranton, Lackawanna

County, Pennsylvania, to Ramon Vila for a price of

$25,000.00 (the Price) and it appearing that is in the best

interests of the estate, Notice having been given and no

Objections having been made and certification thereof

having been filed, and after due consideration, it is

ORDERED that:

a.    Debtor is authorized to Sell the following Property of the Estate Free and Clear of Liens and Encumbrances: 954 ½ Ridge Ave., Scranton, Lackawanna County, Pennsylvania and 954 Ridge Ave., Scranton, Lackawanna County, Pennsylvania, to Ramon Vila for a price of $25,000.00 (the Price) (the Price) subject, to real estate commissions of 4% to  ERA ONE SOURCE REALTY, PECKVILLE and Antonia Castelli Walsh, PA licensed broker, license RS337277, (collectively the Marketing Agent), and usual, customary and reasonable costs and adjustments of closing which shall be adjustments for transfer tax, real estate tax, school tax, other taxes and or lawful charges, if any lawfully imposed by any County, Municipality, or Subdivision, Agency or Board thereof, the Marketing Agent's commission, sewer and water rent, incidental charges of the Recorder and the closing agent, if any, charged to Seller.

b.    The Marketing agent to be paid a commission of 4% at closing;

c.    The sale to be free and clear of all liens and encumbrances relating to the Property, with all such liens and encumbrances to attach to the net proceeds of the sale remaining after the payment of the Marketing Agent's

commission, and the reasonable and necessary costs and adjustments of closing as setforth above;

e.    Any funds remaining disbursement to the taxing agencies to be distributed to Fidelity Deposit and Discount Bank and applied to the loan(s) secured by the Property in accordance with the contract documents and applicable State and Federal law.

f.    The balance after payment of the above to the lien holders in their order of priority according to State Law and Bankruptcy Code.