# C. STEPHEN GURDIN, JR.
ATTORNEY AT LAW

67-69 PUBLIC SQUARE, SUITE 501
WILKES-BARRE, PA 18701-2512

_____

(570) 826-0481
Fax: (570) 822-7780
E-mail Stephen@gurdinlaw.com
Website:
www.gurdinlaw.com

August 13, 2019

CLERK U.S. BANKRUPTCY COURT
RONALD REAGAN FEDERAL BLDG.
228 WALNUT ST., RM. 320
HARRISBURG, PA 17108


    RE:    ANJANEYULU UPPALA

           CHAPTER 13 BANKRUPTCY

           CASE NO. 5-17-02392

           REQUEST FOR CERTIFIED ORDER

           REQUEST FOR CERTIFIED ORDER ENTERED AS DOCUMENT NUMBER 117, AUTHORIZING MOTION TO SELL PROPERTY OF THE ESTATE FREE AND CLEAR OF LIENS TO RAMON VILA

Dear Sir or Ms.:

    Please provide a certified copy of the Order of the Court as indicated above and entered of record today, upon the payment of the appropriate costs.


Very truly yours,

/s/C. Stephen Gurdin, Jr.
C. Stephen Gurdin, Jr., Esq.
Debtors' counsel