```
                        United States Bankruptcy Court
                        Middle District of Pennsylvania
```

In re:                                                          Case No. 17-02392-RNO
Anjaneyulu Uppala                                               Chapter 13
        Debtor                     **CERTIFICATE OF NOTICE**

District/off: 0314-5      User: DDunbar           Page 1 of 1           Date Rcvd: Aug 13, 2019
                          Form ID: pdf010         Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 15, 2019.
4931387        +Fidelity Deposit & Discount Bank,   338 N. Washington St.,   Scranton, PA 18503-1554
4931389        +First National Bank of Pennsylvania,   One North Shore Center,   12 Federal St., Suite 105,
                 Pittsburgh, PA 15212-5753
4931392       #+Itria Ventures, LLC,    462 7th Ave., 20th Floor,   New York, NY 10018-7423
4931398       #+LA Commercial Services, LLC,    1006 Pittston Ave.,   Scranton, PA 18505-4109

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 15, 2019                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 13, 2019 at the address(es) listed below:
              Brian C Nicholas    on behalf of Creditor    M&T BANK bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              C. Stephen Gurdin, Jr    on behalf of Debtor 1 Anjaneyulu  Uppala Stephen@gurdinlaw.com,
               michelle@gurdinlaw.com
              C. Stephen Gurdin, Jr    on behalf of Plaintiff Anjaneyulu  Uppala Stephen@gurdinlaw.com,
               michelle@gurdinlaw.com
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              David Schwager    on behalf of Creditor    Fairway Consumer Discount Company des@csmlawoffices.com,
               dschwagr@epix.net
              David J. Harris    on behalf of Creditor    Liberty Truck Center, Inc.
               dh@lawofficeofdavidharris.com, davidharrisesqign@gmail.com
              Edwin A Abrahamsen    on behalf of Creditor    LA Commercial, LLC nabrahamsen@law-aca.com,
               jguida@law-aca.com
              James Warmbrodt    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              John J Winter    on behalf of Creditor    Itria Ventures LLC jwinter@chartwelllaw.com,
               amcclinton@chartwelllaw.com
              Mark J. Conway    on behalf of Creditor    Santarelli & Sons Oil Co., Inc. info@mjconwaylaw.com,
               connie@mjconwaylaw.com;mjc@mjconwaylaw.com
              Rocco G. Haertter    on behalf of Creditor    The Fidelity Deposit and Discount Bank
               Rocco.Haertter@outlook.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              William E. Craig    on behalf of Creditor    Santander Consumer USA Inc. ecfmail@mortoncraig.com,
               mortoncraigecf@gmail.com
              William E. Craig    on behalf of Creditor    Mercedes-Benz Financial Services USA LLC
               ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
                                                                                               TOTAL: 14

```
          IN THE UNITED STATES BANKRUPTCY COURT
           FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:                               :  CHAPTER  13
ANJANEYULU UPPALA                    :
                                     :
     Debtor(s)                       :  CASE NO. 5:17-bk-02392
                                     :
                                     :
IN RE:                               :
ANJANEYULU UPPALA                    :
                                     :
     Movant(s)                       :  Debtors' motion for
                                     :  free and clear sale of
                                     :  954 ½ Ridge Ave. and 954
                                     :  Ridge Ave.,
                                     :  Scranton, Lackawanna
                                     :  County, PA to
FIDELITY DEPOSIT & DISCOUNT BANK     :  Ramon Vila for a price
LA COMMERCIAL SERVICES, LLC          :  of $25,000.00
ITRIA VENTURES, LLC                  :
FIRST NATIONAL BANK OF PENNSYLVANIA  :
                                     :
     Respondent(s)                   :
```

## ORDER AUTHORIZING SALE OF REAL ESTATE
## FREE AND CLEAR OF LIENS AND ENCUMBRANCES

AT WILKES-BARRE IN SAID DISTRICT, Upon Motion of ANJANEYULU

UPPALA , Debtor(s), TO SELL REAL ESTATE FREE AND CLEAR OF

LIENS AND ENCUMBRANCES, as to certain real property located

at 954 ½ Ridge Ave., Scranton, Lackawanna County,

Pennsylvania and 954 Ridge Ave., Scranton, Lackawanna

County, Pennsylvania, to Ramon Vila for a price of

$25,000.00 (the Price) and it appearing that is in the best

interests of the estate, Notice having been given and no

Objections having been made and certification thereof

having been filed, and after due consideration, it is

ORDERED that:

a. Debtor is authorized to Sell the following Property of the Estate Free and Clear of Liens and Encumbrances: 954 ½ Ridge Ave., Scranton, Lackawanna County, Pennsylvania and 954 Ridge Ave., Scranton, Lackawanna County, Pennsylvania, to Ramon Vila for a price of $25,000.00 (the Price) (the Price) subject, to real estate commissions of 4% to ERA ONE SOURCE REALTY, PECKVILLE and Antonia Castelli Walsh, PA licensed broker, license RS337277, (collectively the Marketing Agent), and usual, customary and reasonable costs and adjustments of closing which shall be adjustments for transfer tax, real estate tax, school tax, other taxes and or lawful charges, if any lawfully imposed by any County, Municipality, or Subdivision, Agency or Board thereof, the Marketing Agent's commission, sewer and water rent, incidental charges of the Recorder and the closing agent, if any, charged to Seller.

b. The Marketing agent to be paid a commission of 4% at closing;

c. The sale to be free and clear of all liens and encumbrances relating to the Property, with all such liens and encumbrances to attach to the net proceeds of the sale remaining after the payment of the Marketing Agent's

commission, and the reasonable and necessary costs and adjustments of closing as setforth above;

e.   Any funds remaining disbursement to the taxing agencies to be distributed to Fidelity Deposit and Discount Bank and applied to the loan(s) secured by the Property in accordance with the contract documents and applicable State and Federal law.

f.   The balance after payment of the above to the lien holders in their order of priority according to State Law and Bankruptcy Code.

Dated:  August 13, 2019                    By the Court,

_____
Robert N. Opel, II, Chief Bankruptcy Judge (BI)