# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

In Re:

ANJANEYULU UPPALA

Chapter:     13

Case No.:     5:17-bk-02392 RNO

Debtor(s)

## NOTICE

The confirmation hearing on the <u>3rd</u> Amended Plan ("Plan") has been scheduled for the Debtor(s) at the following date, time, and location:

    Date: <u>January 8, 2020</u>     Time: <u>9:30 AM</u>

    Location: <u>Max Rosenn US Courthouse, 197 S. Main St., Wilkes-Barre, PA 18701-2512</u>

The deadline for filing objections to confirmation of the Plan is: <u>January 1, 2020</u>.

**For cases before the Hon. Robert N. Opel, II (indicated in the Case No. with the initials "RNO" respectively):**

Any objections to confirmation of the Plan will be heard at the above-scheduled confirmation hearing. Counsel should be prepared to proceed on any unresolved objections to the Plan at this time.

**For cases before the Hon. Henry W. Van Eck (indicated in the Case No. with the initials "HWV"):**

Evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined at the confirmation hearing that an evidentiary hearing is required, an evidentiary hearing will be scheduled for a future date.

A copy of the Plan is enclosed with this Notice. A copy may also be obtained from the case docket through PACER or from the Bankruptcy Clerk's Office.

Requests to participate in a hearing telephonically shall be made in accordance with Local Bankruptcy Rule 9074-1(a).

Date: <u>October 29, 2020</u>     Filed by:     <u>C. Stephen Gurdin, Jr., Esq.</u>

    <u>67-69 Public Square, Ste. 501</u>

    <u>Wilkes-Barre, PA 18701-2512</u>