**C. STEPHEN GURDIN, JR.**
ATTORNEY AT LAW

67-69 PUBLIC SQUARE, SUITE 501
WILKES-BARRE, PA 18701-2512
_____

(570) 826-0481
Fax: (570) 822-7780
E-mail Stephen@gurdinlaw.com
Website:
www.gurdinlaw.com

November 5, 2019

CLERK U.S. BANKRUPTCY COURT
Ronald Reagan Federal Bldg.
228 Walnut St., Rm. 320
Harrisburg, PA 17108

    RE:    ANJANEYULU UPPALA
           CHAPTER 13 BANKRUPTCY
           CASE NO. 5:17-bk-02392-RNO

Dear Madam/Sir:

I have received returned mail for Stellar Recovery, Inc., a creditor in the above-referenced bankruptcy. The incorrect address is:

>Stellar Recovery, Inc.
>Attn: Bankruptcy
>4500 Salisbury Road, STE 105
>Jacksonville, FL 32216-8035

Please note the new address. Correspondence should be mailed to:

>Stellar Recovery, Inc.
>1327 Highway 2 West, STE 100
>Kalispell, MT 59901

Kindly update your records. Thank you.

           Very truly yours,

           /s/Michelle Bergeron
           Michelle Bergeron, Paralegal
           For C. STEPHEN GURDIN, JR., ESQ.