# C. STEPHEN GURDIN, JR.
ATTORNEY AT LAW

67-69 PUBLIC SQUARE, SUITE 501
WILKES-BARRE, PA 18701-2512
_____

(570) 826-0481
Fax: (570) 822-7780
E-mail Stephen@gurdinlaw.com
Website:
www.gurdinlaw.com

November 5, 2019

CLERK U.S. BANKRUPTCY COURT
Ronald Reagan Federal Bldg.
228 Walnut St., Rm. 320
Harrisburg, PA 17108

    RE:    ANJANEYULU UPPALA
           CHAPTER 13 BANKRUPTCY
           CASE NO. 5:17-bk-02392-RNO

Dear Madam/Sir:

I have received returned mail for City of Scranton Tax Office, a creditor in the above-referenced bankruptcy. The incorrect address is:

        City of Scranton Tax Office
        1170 HWY. 315, Ste. 2
        Plains, PA 18702-6906

Please note the new address. Correspondence should be mailed to:
        City of Scranton Tax Office
        1170 HWY. 315, Ste. 5
        Plains, PA 18702-6906

Kindly update your records. Thank you.

                Very truly yours,


                /s/Michelle Bergeron
                Michelle Bergeron, Paralegal
                For C. STEPHEN GURDIN, JR., ESQ.