**C. STEPHEN GURDIN, JR.**
ATTORNEY AT LAW

67-69 PUBLIC SQUARE, SUITE 501
WILKES-BARRE, PA 18701-2512
_____

(570) 826-0481
Fax: (570) 822-7780
E-mail Stephen@gurdinlaw.com
Website:
www.gurdinlaw.com

November 5, 2019

CLERK U.S. BANKRUPTCY COURT
Ronald Reagan Federal Bldg.
228 Walnut St., Rm. 320
Harrisburg, PA 17108

    RE:    ANJANEYULU UPPALA
            CHAPTER 13 BANKRUPTCY
            CASE NO. 5:17-bk-02392-RNO

Dear Madam/Sir:

I have received returned mail for Jaydeen Corporation, a creditor in the above-referenced bankruptcy. The incorrect address is:

        Jaydeen Corporation
        451 St. Pauls Ave.
        Jersey City, NJ 07306-6108

Please note the new address. Correspondence should be mailed to:

        Jaydeen Corporation
        3900 Westside Ave.
        North Bergen, NJ 07047

Kindly update your records. Thank you.

            Very truly yours,

            <u>/s/Michelle Bergeron</u>
            Michelle Bergeron, Paralegal
            For C. STEPHEN GURDIN, JR., ESQ.