**C. STEPHEN GURDIN, JR.**
ATTORNEY AT LAW

67-69 PUBLIC SQUARE, SUITE 501
WILKES-BARRE, PA 18701-2512
_____

(570) 826-0481
Fax: (570) 822-7780
E-mail Stephen@gurdinlaw.com
Website:
www.gurdinlaw.com

January 14, 2020

CLERK U.S. BANKRUPTCY COURT
Ronald Reagan Federal Bldg.
228 Walnut St., Rm. 320
Harrisburg, PA 17108

    RE:    ANJANEYULU UPPALA
           CHAPTER 13 BANKRUPTCY
           CASE NO. 5:17-bk-02392

Dear Madam/Sir:

I have received returned mail for Lackawanna County Tax Claim Bureau, a creditor in the above-referenced bankruptcy. The incorrect address is:

        Lackawanna County Tax Claim Bureau
        135 Jefferson Ave.
        Scranton, PA 18503-1716

Please note the new address. Correspondence should be mailed to:

        Lackawanna County Tax Claim Bureau
        Lackawanna Government Center
        123 Wyoming Ave.
        Scranton, PA 18503

Kindly update your records. Thank you.

                Very truly yours,

                <u>/s/Michelle Bergeron</u>
                Michelle Bergeron, Paralegal
                For C. STEPHEN GURDIN, JR., ESQ.