# C. STEPHEN GURDIN, JR.
ATTORNEY AT LAW

67-69 PUBLIC SQUARE, SUITE 501
WILKES-BARRE, PA 18701-2512
_____

(570) 826-0481
Fax: (570) 822-7780
E-mail Stephen@gurdinlaw.com
Website:
www.gurdinlaw.com

January 17, 2020

CLERK U.S. BANKRUPTCY COURT
Ronald Reagan Federal Bldg.
228 Walnut St., Rm. 320
Harrisburg, PA 17108

    RE:    ANJANEYULU UPPALA
            CHAPTER 13 BANKRUPTCY
            CASE NO. 5:17-bk-02392

Dear Madam/Sir:

I have received returned mail for Chase Card Services a creditor in the above-referenced bankruptcy. The incorrect address is:

        Chase Card Services
        Attn: Correspondence
        PO Box 15278
        Wilmington, DE 19850-5278

Please note the new address. Correspondence should be mailed to:

        JPMCB Card
        PO Box 15278
        Wilmington, DE 19850-5278

Kindly update your records. Thank you.

        Very truly yours,

        <u>/s/Michelle Bergeron</u>
        Michelle Bergeron, Paralegal
        For C. STEPHEN GURDIN, JR., ESQ.