# C. STEPHEN GURDIN, JR.
ATTORNEY AT LAW

67-69 PUBLIC SQUARE, SUITE 501
WILKES-BARRE, PA 18701-2512
_____

(570) 826-0481
Fax: (570) 822-7780
E-mail Stephen@gurdinlaw.com
Website:
www.gurdinlaw.com

January 17, 2020

CLERK U.S. BANKRUPTCY COURT
Ronald Reagan Federal Bldg.
228 Walnut St., Rm. 320
Harrisburg, PA 17108

    RE:    ANJANEYULU UPPALA
            CHAPTER 13 BANKRUPTCY
            CASE NO. 5:17-bk-02392

Dear Madam/Sir:

I have received returned mail for Chase Card Services a creditor in the above-referenced bankruptcy. The incorrect address is:

        Fundation Group, LLC
        11501 Sunset Hills Rd., Suite 250
        Reston, VA 20190-4736

Please note the new address. Correspondence should be mailed to:

        Fundation Group, LLC
        9 E. 37th Street, 2nd Floor
        New York, NY 10016

Kindly update your records. Thank you.

        Very truly yours,

        /s/Michelle Bergeron
        Michelle Bergeron, Paralegal
        For C. STEPHEN GURDIN, JR., ESQ.