**C. STEPHEN GURDIN, JR.**
ATTORNEY AT LAW

67-69 PUBLIC SQUARE, SUITE 501
WILKES-BARRE, PA 18701-2512

---

(570) 826-0481
Fax: (570) 822-7780
E-mail Stephen@gurdinlaw.com
Website:
www.gurdinlaw.com

February 12, 2020

CLERK U.S. BANKRUPTCY COURT
Ronald Reagan Federal Bldg.
228 Walnut St., Rm. 320
Harrisburg, PA 17108

    RE:    ANJANEYULU UPPALA
           CHAPTER 13 BANKRUPTCY
           CASE NO. 5:17-bk-02392

Dear Madam/Sir:

I have received returned mail for Liberty Truck Center, Inc., a creditor in the above-referenced bankruptcy. The incorrect address is:

        Liberty Truck Center, Inc.
        PO Box 239
        Harford, PA 18823-0239

Please note the new address. Correspondence should be mailed to:

        Liberty Truck Center, Inc.
        Interstate 81 Exit 65
        Harford, PA 18823

Kindly update your records. Thank you.

                Very truly yours,

                <u>/s/Michelle Bergeron</u>
                Michelle Bergeron, Paralegal
                For C. STEPHEN GURDIN, JR., ESQ.