LOCAL BANKRUPTCY FORM 3015-1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:
ANJANEYULU UPPALA

Debtor(s)

CHAPTER: 13

CASE NO. 5-17-bk-02392- RNO

☐ ORIGINAL PLAN
5th AMENDED PLAN (indicate #)
12 Number of Motions to Avoid Liens
4 Number of Motions to Value Collateral

## CHAPTER 13 PLAN

**NOTICES**

Debtors must check one box on each line to state whether or not the plan includes each of the following items. If an item is checked as "Not Included" or if both boxes are checked or if neither box is checked, the provision will be ineffective if set out later in the plan.

| 1 | The plan contains nonstandard provisions, set out in § 9, which are not included in the standard plan as approved by the U.S. Bankruptcy Court for the Middle District of Pennsylvania. | ☒ Included | ☐ Not Included |
| --- | --- | --- | --- |
| 2 | The plan contains a limit on the amount of a secured claim, set out in § 2.E, which may result in a partial payment or no payment at all to the secured creditor. | ☐ Included | ☒ Not Included |
| 3 | The plan avoids a judicial lien or nonpossessory, nonpurchase- money security interest, set out in § 2.G | ☒ Included | ☐ Not Included |

**YOUR RIGHTS WILL BE AFFECTED**

READ THIS PLAN CAREFULLY. If you oppose any provision of this plan, you must file a timely written objection. This plan may be confirmed and become binding on you without further notice or hearing unless a written objection is filed before the deadline stated on the Notice issued in connection with the filing of the plan.

Rev 12/01/18

1. **PLAN FUNDING AND LENGTH OF PLAN.**

    A. <u>**Plan Payments From Future Income**</u>
    1. To date, the Debtor paid $ 25,092.18 (enter $0 if no payments have been made to the Trustee to date). Debtor shall pay to the Trustee for the remaining term of the plan the following payments. If applicable, in addition to monthly plan payments, Debtor shall make conduit payments through the Trustee as set forth below. The total base plan is $66,035.54 plus other payments and property stated in § 1B below:

    | Start mm/yyyy | End mm/yyyy | Plan Payment | Estimated Conduit Payment | Total Monthly Payment | Total Payment Over Plan Tier |
    |---|---|---|---|---|---|
    | 03/2020 | 07/2022 | $1,411.84 | 0.00 | $1,411.84 | $40,943.36 |
    |  |  |  |  |  |  |
    |  |  |  |  |  |  |
    |  |  |  |  |  |  |
    |  |  |  |  |  |  |
    |  |  |  |  | Total Payments: | $40,943.36 |

    2. If the plan provides for conduit mortgage payments, and the mortgagee notifies the Trustee that a different payment is due, the Trustee shall notify the Debtor and any attorney for the Debtor, in writing, to adjust the conduit payments and the plan funding. Debtor must pay all post-petition mortgage payments that come due before the initiation of conduit mortgage payments.

    3. Debtor shall ensure that any wage attachments are adjusted when necessary to conform to the terms of the plan.

    4. *Check One:*
        ☐ Debtor is at or under median income.
        *If this is checked, the rest of § 1.A.4 need not be completed or reproduced.*

        ☒ Debtor is over median income. Debtor estimates that a minimum of $ 0.00 must be paid to allowed unsecured creditors in order to comply with the Means Test.

    B. <u>**Additional Plan Funding From Liquidation of Assets/Other**</u>

    5. The Debtor estimates that the liquidation value of this estate is $ 0.00.

Rev 12/01/18

(Liquidation value is calculated as the value of all non- exempt assets after the deduction of valid liens and encumbrances and before the deduction of Trustee fees and priority claims.)  *Check One:*

☑ No assets will be liquidated.

2. **SECURED CLAIMS.**

   A. **Pre-Confirmation Distributions.** *Check One:*

   ☑ None.

   B. **Mortgages (Including Claims Secured by Debtor's Principal Residence) and Other Direct Payments by Debtor.** *Check One:*

   ☐ None.
   *If this is checked, the rest of § 2.B need not be completed or reproduced.*

   ☒ Payments will be made by the Debtor directly to the creditor according to the original contract terms, and without modification of those terms unless otherwise agreed to by the contracting parties. All liens survive the plan if not avoided or paid in full under the plan.

| Name of Creditor | Description of Collateral | Last Four Digits of Account Number |
|---|---|---|
| Chizkaya Kalmonowitz<br>10 Getzil Berger Blvd. #302<br>Monroe, NY 10950 | Rental property<br>517-519 Luzerne St.<br>Scranton, PA 18505 | |
| M&T Bank<br>PO Box 1288<br>Buffalo, NY 14240 | Rental property<br>341 Railroad Ave.<br>Scranton, PA 18505 | 4098 |
| M&T Bank<br>PO Box 1288<br>Buffalo, NY 14240 | Rental property<br>340-342 Railroad Ave.<br>Scranton, PA 18505 | 4072 |
| Mercedes-Benz Financial<br>c/o BK Servicing, LLC<br>PO Box 131265<br>Roseville, MN 55113-0011 | 2010 Mercedes-Benz E350 | 1001 |

C. **Arrears (Including, but not limited to, claims secured by Debtor's principal residence).** *Check One:*

    ☐ None.
    *If this is checked, the rest of § 2.C need not be completed or reproduced.*

    ☒ The Trustee shall distribute to each creditor set forth below the amount of arrearages in the allowed claim. If post-petition arrears are not itemized in an allowed claim, they shall be paid in the amount stated below. Unless otherwise ordered, if relief from the automatic stay is granted as to any collateral listed in this section, all payments to the creditor as to that collateral shall cease, and the claim will no longer be provided for under § 1322(b)(5) of the Bankruptcy Code:

| Name of Creditor | Description of Collateral | Estimated Pre-petition Arrears to be Cured | Estimated Postpetition Arrears to be Cured | Estimated Total to be paid in plan |
|---|---|---|---|---|
| Chizkaya Kalmanowitz<br>10 Getzil Berger Blvd.<br>Monroe, NY 10950 | Rental property<br>517-519 Luzerne St.<br>Scranton, PA 18505 | $6,200.00 | 0.00 | $6,200.00 |
| M&T Bank<br>PO Box 1288<br>Buffalo, NY 14240 | Rental property<br>341 Railroad Ave.<br>Scranton, PA 18505 | $9064.11 | $6599.94 | $15,664.05 |
| M&T Bank<br>PO Box 1288<br>Buffalo, NY 14240 | Rental property<br>340-342 Railroad Ave.<br>Scranton, PA 18505 | $6,236.68 | 996.86 | $7,233.54 |
| Mercedes-Benz Financial<br>c/o BK Servicing, LLC<br>PO Box 131265<br>Roseville, MN 55113-0011 | 2010 Mercedes-Benz E350 | $851.83 | 0.00 | $851.83 |

D. **Other secured claims (conduit payments and claims for which a § 506 valuation is not applicable, etc.)** *Check One:*

    ☐ None.
    *If this is checked, the rest of § 2.D need not be completed or reproduced.*

    ☒ The claims below are secured claims for which a § 506 valuation is not applicable, and can include: (1) claims that were either (a) incurred within 910 days of the petition date and secured by a purchase money security interest in a motor vehicle acquired for the personal use of the Debtor, or (b) incurred within 1 year of the petition date and secured by a purchase money security interest in any other thing of value; (2) conduit payments;

or (3) secured claims not provided for elsewhere.

1. The allowed secured claims listed below shall be paid in full and their liens retained until the earlier of the payment of the underlying debt determined under nonbankruptcy law or discharge under §1328 of the Code.

2. In addition to payment of the allowed secured claim, present value interest pursuant to 11 U.S.C. §1325(a)(5)(B)(ii) will be paid at the rate and in the amount listed below, unless an objection is raised. If an objection is raised, then the court will determine the present value interest rate and amount at the confirmation hearing.

3. Unless otherwise ordered, if the claimant notifies the Trustee that the claim was paid, payments on the claim shall cease.

| Name of Creditor | Description of Collateral | Principal Balance of Claim | Interest Rate | Total to be Paid in Plan |
|---|---|---|---|---|
| City of Scranton Tax Office Delinquent Waste 1170 Highway 315, Suite 5 Plains, PA 18702 | Rental property 517-519 Luzerne St. Scranton, PA 18505 | $2,497.57 | 9.00 | $3,617.12 |
| City of Scranton Tax Office Delinquent Waste 1170 Highway 315, Suite 5 Plains, PA 18702 | Rental property 341 Railroad Ave. Scranton, PA 18505 | $1,644.76 | 9.00 | $2,384.90 |
| City of Scranton Tax Office Delinquent Waste 1170 Highway 315, Suite 5 Plains, PA 18702 | Rental property 341 Railroad Ave. Scranton, PA 18505 | $1,644.76 | 9.00 | $2,348.90 |
| City of Scranton Tax Office Delinquent Waste 1170 Highway 315, Suite 5 Plains, PA 18702 | Rental property 340-342 Railroad Ave. Scranton, PA 18505 | $2,084.67 | 9.00 | $3,022.77 |
| City of Scranton Tax Office 1170 Highway 315, Suite 5 Plains, PA 18702 | Rental property 517-519 Luzerne St. Scranton, PA 18505 | $705.76 | 9.00 | $1,023.35 |
| Lackawanna County Tax Claim Bureau 135 Jefferson Ave. Scranton, PA 18503 | Rental property 517-519 Luzerne St. Scranton, PA 148505 | $3,328.99 | 9.00 | $4,827.04 |

**E. Secured claims for which a § 506 valuation is applicable.** *Check One:*

☐ None.
*If this is checked, the rest of § 2.E need not be completed or reproduced.*

☒ Claims listed in the subsection are debts secured by property not described in § 2.D of this plan. These claims will be paid in the plan according to modified terms, and liens retained until the earlier of the payment of the underlying debt determined under nonbankruptcy law or discharge under §1328 of the Code. The excess of the creditor's claim will be treated as an unsecured claim. Any claim listed as "$0.00" or "NO VALUE" in the "Modified Principal Balance" column below will be treated as an unsecured claim. The liens will be avoided or limited through the plan or Debtor will file an adversary or other action (select method in last column). To the extent not already determined, the amount, extent or validity of the allowed secured claim for each claim listed below will be determined by the court at the confirmation hearing. Unless otherwise ordered, if the claimant notifies the Trustee that the claim was paid, payments on the claim shall cease.

| Name of Creditor | Description of Collateral | Value of Collateral (Modified Principal) | Interest Rate | Total Payment | Plan, Adversary or Other Action |
|---|---|---|---|---|---|
| Penn East Federal Credit Union Attn: B. Chuff 1300 Mylert Ave. Scranton, PA 18509 | Rental property 339 Railroad Ave. Scranton, PA 18505 | $21,570.00 | 5.50 | 0.00 | Adversary |
| Penn East Federal Credit Union Attn: B. Chuff 1300 Mylert Ave. Scranton, PA 18509 | Rental property 318 N. Sumner Ave. Scranton, PA 18504 | $26,913.00 | 5.50 | 0.00 | Adversary |
| Penn East Federal Credit Union Attn: B. Chuff 1300 Mylert Ave. Scranton, PA 18509 | Rental property 1926 Price St. Scranton, PA 18504 | $29,670.00 | 5.50 | 0.00 | Adversary |
| Fidelity Deposit & Discount Bank 338 N. Washington Ave. Scranton, PA 18503 | Condemned rental property 521-523-525 Luzerne St. Scranton, PA 18503 | $0.00 | 0.00 | 0.00 | Adversary |

**F. <u>Surrender of Collateral</u>.** *Check One:*

☐ None.
*If this is checked, the rest of § 2.F need not be completed or reproduced.*

☒ The Debtor elects to surrender to each creditor listed below the collateral that secures the creditor's claim. The Debtor requests that upon confirmation of this plan or upon approval of any modified plan the stay under 11 U.S.C. §362(a) be terminated as to the collateral only and that the stay under §1301 be terminated in all respects. Any allowed unsecured claim resulting from the disposition of the collateral will be treated in Part 4 below.

| Name of Creditor | Description of Collateral to be Surrendered |
|---|---|
| Santander Consumer USA | 2011 BMW 7 Series |
| LA Commercial Services, LLC | Rental property<br>921 Pittston Ave.<br>Scranton, PA 18505 |
| LA Commercial Services, LLC | Rental property<br>611-613 S. 9th St.<br>Scranton, PA 18505 |
| LA Commercial Services, LLC | Rental property<br>333 Fifth Ave.<br>Scranton, PA 18505 |
| LA Commercial Services, LLC | Rental property<br>542 N. Rebecca Ave.<br>Scranton, PA 18504 |
| Fidelity Deposit & Discount Bank | Rental property<br>1726-1728 Wayne Ave.<br>Scranton, PA 18508 |
| Fidelity Deposit & Discount Bank | Rental property<br>339 Railroad Ave.<br>Scranton, PA 18505 |
| Fidelity Deposit & Discount Bank | Rental property<br>1926 Price St.<br>Scranton, PA 18504 |
| Fidelity Deposit & Discount Bank | Rental property<br>318 N. Sumner Ave.<br>Scranton, PA 18504 |

Rev 12/01/18

G. **Lien Avoidance.** *Do not use for mortgages or for statutory liens, such as tax liens*. *Check One:*

☐ None.
*If this is checked, the rest of § 2.G need not be completed or reproduced.*

☒ The Debtor moves to avoid the following judicial and/or nonpossessory, nonpurchase money liens of the following creditors pursuant to § 522(f) (this § should not be used for statutory or consensual liens such as mortgages).

| Name of Lien Holder | First National Bank of Pennsylvania | Itrea Ventures, LLC | LA Commercial Services, LLC |
|---|---|---|---|
| Lien Description<br>For judicial lien, include court and docket number. | Court of Common Pleas of Lackawanna County<br>17-CV -1242 | Court of Common Pleas of Lackawanna County<br>17-CV-2637 | Court of Common Pleas of Lackawanna County<br>3198-CV-2017 |
| Description of the liened property | 517-519 Luzerne St. Scranton, PA 18505 | 517-519 Luzerne St. Scranton, PA 18505 | 517-519 Luzerne St. Scranton, PA 18505 |
| Liened Asset Value | $29,480.00 | $29,480.00 | $29,480.00 |
| Sum of Senior Liens | $29,480.00 | $146,261.43 | $219,535.79 |
| Exemption Claimed | $3,224.88 | $3,224.88 | $3,224.98 |
| Amount of Lien | $116,781.43 | $73,274.36 | $94,250.00 |
| Amount Avoided | $116,781.43 | $73,274.36 | $94,250.00 |

| Name of Lien Holder | LA Commercial Services, LLC | Fidelity Deposit & Discount Bank | Fidelity Deposit & Discount Bank |
|---|---|---|---|
| Lien Description<br>For judicial lien, include court and docket number. | Court of Common Pleas of Lackawanna County<br>3200-CV-2017 | Court of Common Pleas of Lackawanna County<br>16-CV-5503 | Court of Common Pleas of Lackawanna County<br>16-CV-5504 |
| Description of the liened property | 517-519 Luzerne St. Scranton, PA 18505 | 341 Railroad Ave. Scranton, PA 18505 | 341 Railroad Ave. Scranton, PA 18/505 |
| Liened Asset Value | $29,480.00 | $29,060.00 | $29,060.00 |
| Sum of Senior Liens | $313,785.79 | $38,116.33 | $118,588.54 |
| Exemption Claimed | $3,224.98 | $1,000.00 | $1,000.00 |
| Amount of Lien | $133,250.00 | $80,472.21 | $51,991.84 |
| Amount Avoided | $133,250.00 | $80,472.21 | $51,991.84 |

| Name of Lien Holder | Fidelity Deposit & Discount Bank | First National Bank of Pennsylvania | Itrea Ventures, LLC |
|---|---|---|---|
| Lien Description For judicial lien, include court and docket number. | Court of Common Pleas of Lackawanna County 16-CV-5505 | Court of Common Pleas of Lackawanna County 17-CV-1242 | Court of Common Pleas of Lackawanna County 17-CV-2637 |
| Description of the liened property | 341 Railroad Ave. Scranton, PA 18505 | 341 Railroad Ave. Scranton, PA 18505 | 341 Railroad Ave. Scranton, PA 18505 |
| Liened Asset Value | $29,060.00 | $29,060.00 | $29,060.00 |
| Sum of Senior Liens | $170,580.38 | $208,155.43 | $324,936.86 |
| Exemption Claimed | $1,000.00 | $1,000.00 | $1,000.00 |
| Amount of Lien | $37,575.05 | $116,781.43 | $73,274.36 |
| Amount Avoided | $37,575.05 | $116,781.43 | $73,274.36 |

| Name of Lien Holder | LA Commercial Services, LLC | LA Commercial Services, LLC | Fidelity Deposit & Discount Bank |
|---|---|---|---|
| Lien Description For judicial lien, include court and docket number. | Court of Common Pleas of Lackawanna County 17-CV-2637 | Court of Common Pleas of Lackawanna County 3200-CV-2017 | Court of Common Pleas of Lackawanna County 16-CV-5503 |
| Description of the liened property | 341 Railroad Ave. Scranton, PA 18505 | 341 Railroad Ave. Scranton, PA 18505 | 340-342 Railroad Ave. Scranton, PA 18505 |
| Liened Asset Value | $29,060.00 | $29,060.00 | $44,363.00 |
| Sum of Senior Liens | $398,211.22 | $492,461.41 | $42,779.84 |
| Exemption Claimed | $1,000.00 | $1,000.00 | $1,000.00 |
| Amount of Lien | $94,250.00 | $133,250.00 | $80,472.21 |
| Amount Avoided | $94,250.00 | $133,250.00 | $80,472.21 |

| Name of Lien Holder | Fidelity Deposit & Discount Bank | Fidelity Deposit & Discount Bank | First National Bank of Pennsylvania |
|---|---|---|---|
| Lien Description<br>For judicial lien, include court and docket number. | Court of Common Pleas of Lackawanna County<br>16-CV-5504 | Court of Common Pleas of Lackawanna County<br>16-CV-5505 | Court of Common Pleas of Lackawanna County<br>17-CV-1242 |
| Description of the liened property | 340-342 Railroad Ave. Scranton, PA 18505 | 340-342 Railroad Ave. Scranton, PA 18505 | 340-342 Railroad Ave. Scranton, PA 184505 |
| Liened Asset Value | $44,363.00 | $44,363.00 | $44,363.00 |
| Sum of Senior Liens | $123,252.05 | $175,243.89 | $212,818.89 |
| Exemption Claimed | $1,000.00 | $1,000.00 | $1,000.00 |
| Amount of Lien | $51,991.84 | $37,575.00 | $116,781.43 |
| Amount Avoided | $51,991.84 | $37,575.00 | $116,781.43 |

| Name of Lien Holder | Itrea Ventures, LLC | LA Commercial Services, LLC | LA Commercial Services, LLC |
|---|---|---|---|
| Lien Description<br>For judicial lien, include court and docket number. | Court of Common Pleas of Lackawanna County<br>17-CV-2637 | Court of Common Pleas of Lackawanna County<br>3198-CV-2017 | Court of Common Pleas of Lackawanna County<br>3200-CV-2017 |
| Description of the liened property | 340-342 Railroad Ave. Scranton, PA 18505 | 340-342 Railroad Ave. Scranton, PA 184505 | 340-342 Railroad Ave. Scranton, PA 148505 |
| Liened Asset Value | $44,363.00 | $44,363.00 | $44,363.00 |
| Sum of Senior Liens | $329,600.32 | $402,874.68 | $497,124.68 |
| Exemption Claimed | $1,000.00 | $1,000.00 | $1,000.00 |
| Amount of Lien | $73,274.36 | $94,250.00 | $133,250.00 |
| Amount Avoided | $73,274.36 | $94,250.00 | $133,250.00 |

3. **PRIORITY CLAIMS.**

   A. <u>**Administrative Claims**</u>

   1. <u>Trustee's Fees</u>. Percentage fees payable to the Trustee will be paid at the rate fixed by the United States Trustee.

   2. <u>Attorney's fees</u>. Complete only one of the following options:

    a. In addition to the retainer of $     already paid by the Debtor, the amount of $    in the plan. This represents the unpaid balance of the presumptively reasonable fee specified in L.B.R. 2016-2(c); or

    b. $ 360.00 per hour, with the hourly rate to be adjusted in accordance with the terms of the written fee agreement between the Debtor and the attorney. Payment of such lodestar compensation shall require a separate fee application with the compensation approved by the Court pursuant to L.B.R. 2016-2(b).

3. Other. Other administrative claims not included in §§ 3.A.1 or 3.A.2 above. *Check one:*

    ☑ None.

**B. Priority Claims (including certain Domestic Support Obligations).**

Allowed unsecured claims entitled to priority under § 1322(a) will be paid in full unless modified under §9.

| Name of Creditor | Estimated Total Payment |
|---|---|
|  |  |
|  |  |
|  |  |

**C. Domestic Support Obligations assigned to or owed to a governmental unit under 11 U.S.C. §507(a)(1)(B)**. *Check one:*

    ☑ None.

**4. UNSECURED CLAIMS.**

    A. **Claims of Unsecured Nonpriority Creditors Specially Classified.** *Check one:*

        ☑ None.

    B. **Remaining allowed unsecured claims will receive a pro-rata distribution of funds remaining after payment of other classes.**

5. **EXECUTORY CONTRACTS AND UNEXPIRED LEASES.** *Check one:*

☐ None.
*If this is checked, the rest of § 5 need not be completed or reproduced.*

☒ The following contracts and leases are assumed (and arrears in the allowed claim to be cured in the plan) or rejected:

| Name of Other Party | Description of Contract or Lease | Monthly Payment | Interest Rate | Estimated Arrears | Total Plan Payment | Assume or Reject |
|---|---|---|---|---|---|---|
| Inez Gertrude Walker | Residential lease of 954 ½ Ridge Ave., Scranton, PA 18510 | $900.00 | 0.00 | 0.00 | 0.00 | Reject |
| Juan Miguel Palafox | Residential lease of 921 Pittston Ave., 1st floor, Scranton, PA 18505 | $800.00 | 0.00 | 0.00 | 0.00 | Reject |
| Vicky & Huezo Matamoras | Residential lease of 921 Pittston Ave., 2nd floor, Scranton, PA 18505 | $800.00 | 0.00 | 0.00 | 0.00 | Reject |
| Tamesha Cobbs | Residential lease of 517 Luzerne St. Scranton, PA 18505 | $875.00 | 0.00 | 0.00 | 0.00 | Reject |
| Sandra Gremms | Residential lease of 517 Luzerne St. Scranton, PA 18505 | $800.00 | 0.00 | 0.00 | 0.00 | Assume |
| Keith Martin | Residential lease of 341 Railroad Ave., 1st floor, Scranton, PA 18505 | $650.00 | 0.00 | 0.00 | 0.00 | Assume |

| | | | | | | |
|---|---|---|---|---|---|---|
| Jikeria Hargrove | Residential lease of 341 Railroad Ave., 2nd floor, Scranton, PA 18505 | $700.00 | 0.00 | 0.00 | 0.00 | Assume |
| Maria M. Morales | Residential lease of 340 Railroad Ave., Scranton, PA 18505 | $700.00 | 0.00 | 0.00 | 0.00 | Reject |
| Lackeema | Residential lease of 340 Railroad Ave., Scranton, PA 18505 | $850.00 | 0.00 | 0.00 | 0.00 | Assume |
| Hiram M. Bosques | Residential lease of 342 Railroad Ave., Scranton, PA 18505 | $1000.00 | 0.00 | 0.00 | 0.00 | Assume |
| Bhim R. Darjee | Residential lease of 437 Railroad Ave., Scranton, PA 18505 | $700.00 | 0.00 | 0.00 | 0.00 | Reject |
| Cheyenne Johnson | Residential lease of 318 N. Sumner Ave., Scranton, PA 18504 | $1300.00 | 0.00 | 0.00 | 0.00 | Reject |
| India Mackin | Residential lease of 339 Railroad Ave., Scranton, PA 18505 | $650.00 | 0.00 | 0.00 | 0.00 | Reject |
| Meyizel Alfanzo | Residential lease of 339 Railroad Ave., Scranton, PA 18505 | $590.00 | 0.00 | 0.00 | 0.00 | Reject |

| Quatione Brown | Residential lease of 333 Fifth Ave., Scranton, PA 18505 | $800.00 | 0.00 | 0.00 | 0.00 | Reject |
|---|---|---|---|---|---|---|
| Tiffany Georgia Domenech | Residential lease of 521 Luzerne St., Scranton, PA 18504 | $850.00 | 0.00 | 0.00 | 0.00 | Reject |
| Chary Isley | Residential lease of 517 Luzerne St., Scranton, PA 18505 | $875.00 | 0.00 | 0.00 | 0.00 | Reject |
| Dunia Asumani | Residential lease of 519 Luzerne St., Scranton, PA 18505 | $800.00 | 0.00 | 0.00 | 0.00 | Assume |
| Tshinkala Kibingwa | Residential lease of 341 Railroad Ave., 1st floor, Scranton, PA 18505 | $650.00 | 0.00 | 0.00 | 0.00 | Reject |
| Nirmala Jangala | Residential lease of 341 Railroad Ave., 2nd floor, Scranton, PA 18505 | $600.00 | 0.00 | 0.00 | 0.00 | Reject |
| Maria D. Rodriguez | Residential lease of 339 Railroad Ave., Scranton, PA 18505 | $700.00 | 0.00 | 0.00 | 0.00 | Reject |
| James Peter | Residential lease of 339 Railroad Ave., Scranton, PA 18505 | $700.00 | 0.00 | 0.00 | 0.00 | Reject |

| | | | | | | |
|---|---|---|---|---|---|---|
| Autumn Everett | Residential lease of 342 Railroad Ave., Scranton, PA 18505 | $900.00 | 0.00 | 0.00 | 0.00 | Reject |
| Jessica J. Caban Gonzalez | Residential lease of 613 S. 9th St., Scranton, PA 18504 | $850.00 | 0.00 | 0.00 | 0.00 | Reject |
| Ramon Enrique Maisonet Sanchez | Residential lease of 611 S. 9th St. Scranton, PA 18504 | $750.00 | 0.00 | 0.00 | 0.00 | Reject |
| Nelson Quimby Rivera | Residential lease of 318 N. Sumner Ave., 1st floor, Scranton, PA 18504 | $850.00 | 0.00 | 0.00 | 0.00 | Reject |
| Jolene April Knight | Residential lease of 318 N. Sumner Ave., 2nd floor, Scranton, PA 18504 | $800.00 | 0.00 | 0.00 | 0.00 | Reject |
| Thomas Smith | Residential lease of 1926 Price St., Apt. B, Scranton, PA 18504 | $590.00 | 0.00 | 0.00 | 0.00 | Reject |
| Ramon Enrique Maisonet Sanchez | Residential lease of 1726 Wayne Ave., Scranton, PA 18504 | $900.00 | 0.00 | 0.00 | 0.00 | Reject |
| Hector Santos | Residential lease of 1728 Wayne Ave., Scranton, PA 18504 | $800.00 | 0.00 | 0.00 | 0.00 | Reject |

| Willeen Monique Eichelsderfer | Residential lease of 542 N. Rebecca Ave., Scranton, PA 18504 | 800.00 | 0.00 | 0.00 | 0.00 | Reject |

6. **VESTING OF PROPERTY OF THE ESTATE.**

   **Property of the estate will vest in the Debtor upon**

   *Check the applicable line:*

   ☐ plan confirmation.
   ☐ entry of discharge.
   ☒ closing of case.

7. **DISCHARGE:** *(Check one)*

   ☒ The debtor will seek a discharge pursuant to § 1328(a).
   ☐ The debtor is not eligible for a discharge because the debtor has previously received a discharge described in § 1328(f).

8. **ORDER OF DISTRIBUTION:**

   If a pre-petition creditor files a secured, priority or specially classified claim after the bar date, the Trustee will treat the claim as allowed, subject to objection by the Debtor.

   Payments from the plan will be made by the Trustee in the following order:

   Level 1:

   Level 2:

   Level 3:

   Level 4:

   Level 5:

   Level 6:

   Level 7:

   Level 8:

   *If the above Levels are filled in, the rest of § 8 need not be completed or reproduced.* If the above Levels are not filled-in, then the order of distribution of plan payments will be determined by the Trustee using the following as a guide:

    Level 1: Adequate protection payments.
    Level 2: Debtor's attorney's fees.
    Level 3: Domestic Support Obligations.
    Level 4: Priority claims, pro rata.
    Level 5: Secured claims, pro rata.
    Level 6: Specially classified unsecured claims.
    Level 7: Timely filed general unsecured claims.
    Level 8: Untimely filed general unsecured claims to which the Debtor has not objected.

**9. NONSTANDARD PLAN PROVISIONS.**

Include the additional provisions below or on an attachment. Any nonstandard provision placed elsewhere in the plan is void. (NOTE: The plan and any attachment must be filed as one document, not as a plan and exhibit.)

A. 954 ½ Ridge Ave., Scranton, PA and 954 Ridge Ave., Scranton, PA have been sold. The proceeds received from the sale of the properties will be credited to the balance due by the Debtor to Fidelity Deposit & Discount Bank (Fidelity), and, in addition, there shall be credited against the balance due by the Debtor to Fidelity all reasonable and necessary counsel fees and cost incurred by the Debtor as part of the liquidation process (the Counsel Fees and Costs). The Counsel Fees and Costs so credited shall be subject to approval by Fidelity and which approval shall not be unreasonably withheld. Payment of the net proceeds of these sales will be made directly to Fidelity.

B. The property known as 437 Railroad Avenue, Scranton, PA is currently under contract for sale, and a motion for sale free and clear is pending. Upon issuance of the free and clear order, this property is expected to be sold and the net proceeds applied in accordance with the Bankruptcy Code and state law. In the event that this sale does not take place on or before confirmation, the property will be surrendered in accordance with Paragraph C below.

C. The properties surrendered to Fidelity Deposit & Discount Bank(Fidelity)(the Fidelity Surrendered Properties) are surrendered in full satisfaction of the secured Fidelity's claims as filed owed pursuant to 11 U.S.C. Section 1325 and 506; that title to the Surrendered Properties will be vested in Fidelity, its successors, transferees or assigns; that this vesting shall not merge or otherwise affect the extent, validity, or priority of any liens on the properties; and the confirmation order shall constitute a deed of conveyance of the Fidelity Surrendered Properties upon issuance by the Bankruptcy Court. Debtor hereby explicitly and expressly reserves to Fidelity the right upon and after confirmation to foreclose on any and all of the properties surrendered and as to which title has vested upon confirmation and further expressly reserves to Fidelity the relationship of debtor and creditor by and between the Debtor and Fidelity for the limited purpose of asserting its rights to foreclose in accordance with the contract mortgage documents in order to proceed to sheriff sale and discharge all junior liens.

D. All secured claims secured by Debtor's interest in the Fidelity Surrendered Properties will be paid through surrender of the Fidelity Surrendered Properties as well the retention of 521-523-525 Luzerne St. property, said property having been condemned (the Retained Condemned Property) and having no value. The retention of the Retained Condemned

    Property constitutes an added consideration for the surrender Fidelity Surrendered Properties as payment for all secured claims on the Fidelity Surrendered Properties as well as all secured claims of Fidelity on the the Retained Condemned Property.  All claims secured by Debtor's interest in the Fidelity Surrendered Properties, as well as the Condemned Property will be paid through the surrender and foreclosure of the security interest in the Fidelity Surrendered Properties, except that no foreclosure will be required on the Retained Condemned Property.  Fidelity will have thirty days from service of a confirmation order to file an unsecured deficiency claim.

E. The properties surrendered to LA Commercial Services, LLC (the LA Commercial Surrendered Properties) are surrendered in full satisfaction of the secured Fidelity's claims as filed owed pursuant to 11 U.S.C. Section 1325 and 506; that title to the Surrendered Properties will be vested in LA Commercial Services, LLC, its successors, transferees or assigns; that this vesting shall not merge or otherwise affect the extent, validity, or priority  of any liens on the properties; and the confirmation order shall constitute a deed of conveyance of the LA Commercial Surrendered Properties upon issuance by the Bankruptcy Court. Debtor hereby explicitly and expressly reserves to LA Commercial the right upon and after confirmation to foreclose on any and all of the properties surrendered and as to which title has vested upon confirmation and further expressly reserves to LA Commercial the relationship of debtor and creditor by and between the Debtor and LA Commercial for the limited purpose of asserting its rights to foreclose in accordance with the contract mortgage documents in order to proceed to sheriff sale and discharge all junior liens.

F. All secured claims secured by Debtors' interest in the LA Commercial Surrendered Properties will be paid through surrender of the LA Commercial Surrendered Properties and foreclosure of the security interests, but that LC Commercial will have thirty days from service of a confirmation order to file an unsecured deficiency claim.

G. The liens of First National Bank of Pennsylvania and Itria Ventures, LLC and LA Commercial will be avoided as to all properties. The first, second and third judicial liens of Fidelity will be avoided as to 340-342 Railroad Ave. and 341 Railroad Ave.

Dated: March 2, 2020                           /s/C. Stephen Gurdin, Jr., Esquire
                                                       C.Stephen Gurdin Jr., Esquire
                                                       Attorney for Debtor

                                                               /s/Anjaneyulu Uppala
                                                       ANJANEYULU UPPALA
                                                       Debtor

By filing this document, the debtor, if not represented by an attorney, or the Attorney for Debtor also certifies that this plan contains no nonstandard provisions other than those set out in § 9.