```
                IN THE UNITED STATES BANKRUPTCY COURT
                 FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:                                 :    CHAPTER  13
ANJANEYULU UPPALA                      :
                                       :
     Debtor(s)                         :    CASE NO. 5:17-02392
                                       :
```

## CERTIFICATE OF SERVICE

I, Michelle Bergeron, hereby certify that on March 4, 2020, I caused the Debtors' Fifth Amended Plan and Notice to be served via United States first-class mail, postage prepaid, or electronically, upon the following persons:

CHARLES J. DEHART, III, ESQ.
81258 ADAMS DRIVE, STE. A
HUMMELSTOWN, PA 17036

ANJANEYULU UPPALA
400 BOBCAT LANE
SOUTH ABINGTON, PA 18411


AND TO ALL OF THE PERSONS AT THE ADDRESSES LISTED ON THE ATTACHED MAILING LIST.


/s/Michelle Bergeron
MICHELLE BERGERON, PARALEGAL
FOR C. STEPHEN GURDIN, JR., ESQ.
67-69 PUBLIC SQUARE, STE. 501
WILKES-BARRE, PA 187014-2512
PHONE 570-826-0481  FAX 570-822-7780
e-mail: Stephen@gurdinlaw.com;
         Michelle@gurdinlaw.com
Attorney for Debtor(s)