# C. STEPHEN GURDIN, JR.
ATTORNEY AT LAW

67-69 PUBLIC SQUARE, SUITE 501
WILKES-BARRE, PA 18701-2512
_____

(570) 826-0481
Fax: (570) 822-7780
E-mail Stephen@gurdinlaw.com
Website:
www.gurdinlaw.com

April 29, 2020

CLERK U.S. BANKRUPTCY COURT
Ronald Reagan Federal Bldg.
228 Walnut St., Rm. 320
Harrisburg, PA 17108


RE: ANJANEYULU UPPALA
    CHAPTER 13 BANKRUPTCY
    CASE NO. 5:17-bk-02392
    Request for Certified Order Entered as Document Number
    180, Authorizing Motion to Sell Property of The Estate
    Free And Clear Of Liens to Linsey Lastauskas and Paul
    Masterson

Dear Sir or Ms.:

   Please provide a certified copy of the Order of the Court as indicated above and entered of record today, upon the payment of the appropriate costs.


Very truly yours,

/s/C. Stephen Gurdin, Jr.
C. Stephen Gurdin, Jr., Esq.
Debtors' counsel