LOCAL BANKRUPTCY FORM 2016-2(c)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13
ANJANEYULU UPPALA :
:
: CASE NO. 5:17-bk-02392
Debtor(s) :

REQUEST FOR PAYMENT OF CHAPTER 13 COMPENSATION AND EXPENSES

Instructions: Complete Part A for payment of the presumptively reasonable fee, as described in L.B.R. 2016-2(c), being paid through a Chapter 13 plan and reimbursement of expenses. Complete Part B for payment of compensation and reimbursement of expenses awarded by separate Court order. Complete Part C for all requests for payment of compensation and reimbursement of expenses.

| | |
|---|---|
| A. Presumptively reasonable fees under L.B.R. 2016-2(c) | |
| 1. Amount agreed to by debtor | $0.00 |
| 2. Less amount paid to attorney prior to filing petition | $0.00 |
| 3. Balance of compensation to be paid through plan distributions | $0.00 |
| 4. Expenses advanced to be paid through plan distributions: (describe expense and amount) | $0.00 |

| | |
|---|---|
| B. Compensation and reimbursement of expenses allowed upon application and order under LBR 2016-2(a) | |
| 1. Retainer received | $2500.00 |
| 2. Compensation earned prepetition and paid to attorney prior to filing petition | $2500.00 |
| 3. Expenses reimbursed prepetition | $0.00 |
| 4. Balance in retainer after deduction of prepetition compensation and expenses | $0.00 |
| 5. Compensation and expenses approved by the Court to be paid through plan distributions less balance in client trust account | $23,852.25 |

| | |
|---|---|
| C. The undersigned hereby requests payment through the plan for compensation and reimbursement of expenses under 11 U.S.C. § 503(b)(2) in the following amount based on the information above: | $0.00 |

Dated: May 2, 2020

/s/C. Stephen Gurdin, Jr., Esquire
C. STEPHEN GURDIN, JR., ESQUIRE
Attorney for Debtor(s)
67-69 Public Square, Suite 501
WILKES-BARRE PA 18701-2512
Phone (570) 826-0481 fax (570) 822-7780
e-mail: Stephen@gurdinlaw.com
Michelle@gurdinlaw.com