In re:                                                                    Case No. 17-02392-RNO
Anjaneyulu Uppala                                                         Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke        Page 1 of 3          Date Rcvd: Jul 30, 2020
                          Form ID: pdf010        Total Noticed: 67

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 01, 2020.

```
db            +Anjaneyulu Uppala,    400 Bobcat Lane,    S. Abington Twp., PA 18411-9158
cr            +Fairway Consumer Discount Company,    c/o Chariton, Schwager & Malak,    138 South Main Street,
               P.O. Box 910,    Wilkes Barre, PA 18703-0910
cr            +Santander Consumer USA Inc.,    P.O. Box 961245,    Fort Worth, TX 76161-0244
cr            +Santarelli & Sons Oil Co., Inc.,    c/o Mark J. Conway,    502 S. Blakely Street,
               Dunmore, PA 18512-2237
4931373       +Bank Of America, N.A.,    Po Box 982284,    El Paso, TX 79998-2284
4931374       +Brigid E. Carey, Esq.,    P.O. Box 4466,    Scranton, PA 18505-6466
4931378       +Chizkaya Kalmanowitz,    10 Getzil Berger Blvd. #302,    Monroe, NY 10950-6319
4931379       +Citibank/The Home Depot,    Citicorp Cr Srvs/Centralized Bankruptcy,    Po Box 790040,
               S Louis, MO 63179-0040
4931380       +Citicards Cbna,    Citicorp Credit Svc/Centralized Bankrupt,    Po Box 790040,
               Saint Louis, MO 63179-0040
4931381       +City of Scranton,    c/o Northeast Revenue Service,    Attn: Delinquent Waste Disposal,
               340 N. Washington Ave.,    Scranton, PA 18503-1546
4931382        City of Scranton Tax Office,    1170 Hwy. 315, Ste. 5,    Plains, PA 18702-6906
4931384       +Donna Donaher, Esq.,    First National Bank,    One North Shore Center,    12 Federal St., 1st Fl.,
               Pittsburgh, PA 15212-5752
4931385       +Fairway Consumer Discount Company,    8 Marion St.,    Luzerne, PA 18709-1419
4931387       +Fidelity Deposit & Discount Bank,    338 N. Washington St.,    Scranton, PA 18503-1554
4931386       +Fidelity Deposit & Discount Bank,    101 N. Blakely St.,    Dunmore, PA 18512-1900
4931388       +First Bank Puerto Rico,    Attn: Bankruptcy,    9795 S Dixie Hwy,    Pinecrest, FL 33156-2806
4931389       +First National Bank of Pennsylvania,    One North Shore Center,    12 Federal St., Suite 105,
               Pittsburgh, PA 15212-5753
4931390        Fitzpatrick Lentz & Bubba, PC,    4001 Schoolhouse Lane,    PO Box 219,
               Center Valley, PA 18034-0219
4931391       +Fox Capital, Inc.,    140 Broadway,    46th Floor,    New York, NY 10005-1155
4942687       +Itria Ventures LLC,    c/o John J. Winter, Esquire,    The Chartwell Law Offices, LLP,
               970 Rittenhouse Road, Suite 300,    Eagleville, PA 19403-2265
4931395       +JR Petroleum,    400 Bobcat Lane,    South Abington Twp., PA 18411-9158
4931393       +Jaydeen Corporation,    3900 Westside Ave.,    North Bergen, NJ 07047-6471
4931394       +Jeffrey W. Nepa, Esq.,    41 N. Main St.,    Carbondale, PA 18407-2357
4931397       +KML Law Group, P.C.,    Ste 5000 BNY Mellon Independence Ct,    701 Market St.,
               Philadelphia, PA 19106-1538
4931399       +Lackawanna County Tax Claim Bureau,    Lackawanna Government Center,    123 Wyoming Ave.,
               Scranton, PA 18503-2029
4970759        Liberty Truck Center Inc,    Interstate 81 Exit 65,    Harford, PA 18823
5020430        Liberty Truck Center, Inc.,    c/o David J. Harris, Esq.,    69 Public Square, Ste. 501,
               Wilkes-Barre, PA 18701
4931404       +MRS Associates,    1930 Olney Ave.,    Cherry Hill, NJ 08003-2016
4944352       +Mercedes-Benz Financial Services USA LLC,    c/o BK Servicing, LLC,    PO Box 131265,
               Roseville, MN 55113-0011
4979713       +PENN EAST FEDERAL CREDIT UNION,    ATTN B CHUFF,    1300 MEYLERT AVENUE,
               SCRANTON, PA 18509-2267
4931410        PPL,    827 Hausman Rd.,    Allentown, PA 18104-9392
4970991       +PPL Electric Utilities,    827 Hausman Road,    Allentown, PA 18104-9392
4931406       +Penn East FCU Administration Office,    1300 Meylert Ave., Suite 201,    Scranton, PA 18509-2267
4931407        Pennsylvania American Water,    P.O. Box 371412,    Pittsburgh, PA 15250-7412
4931409       +Pnc Bank,    Attn: Bankruptcy,    2730 Liberty Ave,    Pittsburgh, PA 15222-4747
4931411       +Rocco Haertter, Esq.,    Courthouse Square Towers,    Suite 310,    216 N. River St.,
               Wilkes Barre, PA 18702-2523
4939791       +SANTANDER CONSUMER USA,    P.O. Box 560284,    Dallas, TX 75356-0284
4931415       +SRV Petroleum, LLC,    400 Bobcat Lane,    South Abington Twp., PA 18411-9158
4931417       +SV Realty Group, LLC,    400 Bobcat Lane,    Clarks Summit, PA 18411-9158
4931418       +SV Realty Group, LLC,    400 Bobcat Lane,    South Abington Twp., PA 18411-9158
4931412       +Santander Consumer USA,    Po Box 961245,    Ft Worth, TX 76161-0244
4931413       +Santarelli & Sons Oil Co., Inc.,    443 Main St.,    Peckville, PA 18452-2409
4931414        Single Tax Office,    William Fox, Collector of Taxes,    P.O. Box 709,    Scranton, PA 18501-0709
4931421       +The Chartwell Law Offices, LLP,    970 Rittenhouse Rd., Suite 300,    Eagleville, PA 19403-2265
4933891       +The Fidelity Deposit and Discount Bank,    338 N. Washington Avenue,    Scranton, PA 18503-1554
4931422       +The Kaplan Group,    2250 King Court, Ste. 50,    San Luis Obispo, CA 93401-5543
4931423       +Torres Crdit,    Tcs Inc.,    Po Box 189,    Carlisle, PA 17013-0189
4931424       +Vikisha Corp.,    3900 West Side Ave.,    North Bergen, NJ 07047-6471
4931425       +Visa Dept Store National Bank/Macy's,    Attn: Bankruptcy,    Po Box 8053,    Mason, OH 45040-8053
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
4931375       +E-mail/Text: bkdept@cancapital.com Jul 30 2020 19:51:44     Can Capital,    2015 Vaughn Road,
               Bldg. 500,    Kennesaw, GA 30144-7831
4982948        E-mail/Text: bnc-quantum@quantum3group.com Jul 30 2020 19:51:59
               Department Stores National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
               Kirkland, WA 98083-0657
4933541        E-mail/Text: mrdiscen@discover.com Jul 30 2020 19:51:48     Discover Bank,
               Discover Products Inc,    PO Box 3025,    New Albany, OH 43054-3025
```

```
District/off: 0314-5           User: AutoDocke              Page 2 of 3                Date Rcvd: Jul 30, 2020
                               Form ID: pdf010              Total Noticed: 67
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
4931383        +E-mail/Text: mrdiscen@discover.com Jul 30 2020 19:51:48      Discover Financial,    Po Box 3025,
                 New Albany, OH 43054-3025
4931376         E-mail/PDF: ais.chase.ebn@americaninfosource.com Jul 30 2020 19:52:36      Chase Card,
                 Attn: Correspondence Dept,    Po Box 15298,    Wilmington, DE 19850
4931377         E-mail/PDF: ais.chase.ebn@americaninfosource.com Jul 30 2020 19:53:32      JPMCB Card,
                 PO Box 15278,    Wilmington, DE 19850-5278
4968989         E-mail/PDF: resurgentbknotifications@resurgent.com Jul 30 2020 19:52:41
                 LVNV Funding, LLC its successors and assigns as,    assignee of Citibank, N.A.,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
4931402         E-mail/Text: camanagement@mtb.com Jul 30 2020 19:51:56      M & T Bank,    1 Fountain Plz,
                 Buffalo, NY 14203
4931401         E-mail/Text: camanagement@mtb.com Jul 30 2020 19:51:56      M & T Bank,    Po Box 844,
                 Buffalo, NY 14240
4943414         E-mail/Text: camanagement@mtb.com Jul 30 2020 19:51:56      M&T Bank,    P.O. Box 1288,
                 Buffalo, NY 14240
4931403        +E-mail/Text: M74banko@daimler.com Jul 30 2020 19:52:14      Mercedes-Benz Financial,
                 Po Box 685,    Roanole, TX 76262-0685
4980271        +E-mail/Text: bankruptcydpt@mcmcg.com Jul 30 2020 19:52:00      Midland Funding, LLC,
                 Midland Credit Management, Inc. as,    agent for Midland Funding, LLC,    PO Box 2011,
                 WARREN, MI 48090-2011
4931405        +E-mail/Text: riskmanagement@mulliganfunding.com Jul 30 2020 19:51:43      Mulligan Funding,
                 4619 Viewridge Ave.,    San Diego, CA 92123-5611
4982390         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 30 2020 19:53:36
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
4931828        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 30 2020 19:52:39
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
4931408         E-mail/Text: csc.bankruptcy@amwater.com Jul 30 2020 19:52:14      Pennsylvania American Water,
                 P.O.Box 578,    Alton, IL 62002-0578
4931419        +E-mail/PDF: gecsedi@recoverycorp.com Jul 30 2020 19:53:01      Synchrony Bank/ JC Penney,
                 Attn: Bankruptcy,    Po Box 956060,    Orlando, FL 32896-0001
4931420        +E-mail/PDF: gecsedi@recoverycorp.com Jul 30 2020 19:53:31      Synchrony Bank/Lowes,
                 Attn: Bankruptcy,    Po Box 956060,    Orlando, FL 32896-0001
                                                                                              TOTAL: 18

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +Itria Ventures LLC,    c/o John J. Winter, Esquire,    The Chartwell Law Offices, LLP,
                 970 Rittenhouse Road, Suite 300,    Eagleville, PA 19403-2265
cr*            +Mercedes-Benz Financial Services USA LLC,    c/o BK Servicing, LLC,    PO Box 131265,
                 Roseville, MN 55113-0011
cr*            +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
cr*            +The Fidelity Deposit and Discount Bank,    338 N. Washington Avenue,    Scranton, PA 18503-1554
4959873*       +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
4942689*       +Itria Ventures LLC,    c/o John J. Winter, Esquire,    The Chartwell Law Offices, LLP,
                 970 Rittenhouse Road, Suite 300,    Eagleville, PA 19403-2265
4931396*       +JR Petroleum, LLC,    400 Bobcat Lane,    South Abington Twp., PA 18411-9158
cr            ##+Liberty Truck Center, Inc.,    PO Box 239,    Harford, PA  18823,    UNITED STATES 18823-0239
4931392       ##+Itria Ventures, LLC,    462 7th Ave., 20th Floor,    New York, NY 10018-7423
4931398       ##+LA Commercial Services, LLC,    1006 Pittston Ave.,    Scranton, PA 18505-4109
4931400       ##+Liberty Petroleum Distributors,    1492 Oliver Rd.,    New Milford, PA 18834-7591
4931416       ##+Stellar Recovery Inc,    1327 Highway 2 West, Ste.100,    Kalispell, MT 59901-3531
                                                                                       TOTALS: 0, * 7, ## 5
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 01, 2020                                          Signature:  /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 30, 2020 at the address(es) listed below:

- Brian C Nicholas    on behalf of Creditor    M&T BANK bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
- C. Stephen Gurdin, Jr    on behalf of Plaintiff Anjaneyulu  Uppala Stephen@gurdinlaw.com, michelle@gurdinlaw.com
- C. Stephen Gurdin, Jr    on behalf of Debtor 1 Anjaneyulu  Uppala Stephen@gurdinlaw.com, michelle@gurdinlaw.com
- Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
- David Schwager    on behalf of Creditor    Fairway Consumer Discount Company des@csmlawoffices.com, dschwagr@epix.net
- David J. Harris    on behalf of Creditor    Liberty Truck Center, Inc. dh@lawofficeofdavidharris.com, davidharrisesqign@gmail.com
- Edwin A Abrahamsen    on behalf of Creditor    LA Commercial, LLC nabrahamsen@law-aca.com, jguida@law-aca.com
- James Warmbrodt    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
- John J Winter    on behalf of Creditor    Itria Ventures LLC jwinter@chartwelllaw.com, amcclinton@chartwelllaw.com
- Mark J. Conway    on behalf of Creditor    Santarelli & Sons Oil Co., Inc. info@mjconwaylaw.com, connie@mjconwaylaw.com;mjc@mjconwaylaw.com
- Rocco G. Haertter    on behalf of Creditor    The Fidelity Deposit and Discount Bank Rocco.Haertter@outlook.com
- United States Trustee    ustpregion03.ha.ecf@usdoj.gov
- William E. Craig    on behalf of Creditor    Mercedes-Benz Financial Services USA LLC ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
- William E. Craig    on behalf of Creditor    Santander Consumer USA Inc. ecfmail@mortoncraig.com, mortoncraigecf@gmail.com

TOTAL: 14

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

```
IN RE:                          :    CHAPTER  13
ANJANEYULU UPPALA               :
                                :
    Debtor(s)                   :    CASE NO. 5:17-bk-02392- RNO
                                :
```

ORDER

AT WILKES-BARRE IN SAID DISTRICT, after due consideration of the Debtor(s)' second Motion to Suspend Payments filed on July 1, 2020, Notice to parties in interest having been given, and no Objections having been filed within the time set forth in the Notice served with the said Motion;

and after due consideration, it is

    ORDERED the Debtor(s) Chapter 13 Plan payments are suspended for the period of July 2020 through September 2020 with regular plan payments to resume in October 2020.

Dated: July 28, 2020

By the Court,

Robert N. Opel, II, Bankruptcy Judge (DG)