# C. STEPHEN GURDIN, JR.
ATTORNEY AT LAW

67-69 PUBLIC SQUARE, SUITE 501
WILKES-BARRE, PA 18701-2512

(570) 826-0481
Fax: (570) 822-7780
E-mail Stephen@gurdinlaw.com
Website:
www.gurdinlaw.com

November 16, 2020

CLERK U.S. BANKRUPTCY COURT
Ronald Reagan Federal Bldg.
228 Walnut St., Rm. 320
Harrisburg, PA 17108

    RE:    ANJANEYULU UPPALA
           CHAPTER 13 BANKRUPTCY
           CASE NO. 5:17-bk-02392-RNO

Dear Madam/Sir:

I have received returned mail for Itria Ventures, LLC, a creditor in the above-referenced bankruptcy. The incorrect address is:

    Itria Ventures, LLC
    462 7th Ave., 20th Floor
    New York, NY 10018-7423

Please note the new address. Correspondence should be mailed to:

    Itria Ventures, LLC
    1 Penn Plaza, Fl 45
    New York, NY 10119-4599

Kindly update your records. Thank you.

    Very truly yours,

    /s/Michelle Bergeron
    Michelle Bergeron, Paralegal
    For C. STEPHEN GURDIN, JR., ESQ.