**C. STEPHEN GURDIN, JR.**
ATTORNEY AT LAW

67-69 PUBLIC SQUARE, SUITE 501
WILKES-BARRE, PA 18701-2512

_____

(570) 826-0481
Fax: (570) 822-7780
E-mail Stephen@gurdinlaw.com
Website:
www.gurdinlaw.com

November 16, 2020

CLERK U.S. BANKRUPTCY COURT
Ronald Reagan Federal Bldg.
228 Walnut St., Rm. 320
Harrisburg, PA 17108

     RE:  ANJANEYULU UPPALA
         CHAPTER 13 BANKRUPTCY
         CASE NO. 5:17-bk-02392-RNO

Dear Madam/Sir:

I have received returned mail for LA Commercial Services, LLC, a creditor in the above-referenced bankruptcy. The incorrect address is:

         LA Commercial Services, LLC
         1006 Pittston Ave.
         Scranton, PA 18505-4109

Please note the new address. Correspondence should be mailed to:

         LA Commercial Services, LLC
         180 Sunset Ave.
         Greenfield Twp., PA 18408-3730

Kindly update your records. Thank you.

         Very truly yours,

         /s/Michelle Bergeron
         Michelle Bergeron, Paralegal
         For C. STEPHEN GURDIN, JR., ESQ.