United States Bankruptcy Court
Middle District of Pennsylvania

In re:                                                      Case No. 17-02392-RNO
Anjaneyulu Uppala                                 Chapter 13
    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0314-5                            User: AutoDocke                         Page 1 of 2
Date Rcvd: Dec 01, 2020                  Form ID: pdf010                  Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 03, 2020:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 4931408 | Email/Text: csc.bankruptcy@amwater.com | Dec 01 2020 19:20:00 | Pennsylvania American Water, P.O.Box 578, Alton, IL 62002-0578 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 03, 2020                          Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 1, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian C Nicholas | on behalf of Creditor M&T BANK bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| C. Stephen Gurdin, Jr | on behalf of Debtor 1 Anjaneyulu Uppala Stephen@gurdinlaw.com michelle@gurdinlaw.com |
| C. Stephen Gurdin, Jr | on behalf of Plaintiff Anjaneyulu Uppala Stephen@gurdinlaw.com michelle@gurdinlaw.com |
| Charles J DeHart, III (Trustee) | TWecf@pamd13trustee.com |
| David Schwager | on behalf of Creditor Fairway Consumer Discount Company des@csmlawoffices.com dschwagr@epix.net |
| David J. Harris | on behalf of Creditor Liberty Truck Center Inc. dh@lawofficeofdavidharris.com, davidharrisesqign@gmail.com |
| Edwin A Abrahamsen | on behalf of Creditor LA Commercial LLC nabrahamsen@law-aca.com, jguida@law-aca.com |

| | |
|---|---|
| James Warmbrodt | on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com |
| John J Winter | on behalf of Creditor Itria Ventures LLC jwinter@chartwelllaw.com amcclinton@chartwelllaw.com |
| Mark J. Conway | on behalf of Creditor Santarelli & Sons Oil Co. Inc. info@mjconwaylaw.com, connie@mjconwaylaw.com;mjc@mjconwaylaw.com |
| Rocco G. Haertter | on behalf of Creditor The Fidelity Deposit and Discount Bank Rocco.Haertter@outlook.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| William E. Craig | on behalf of Creditor Santander Consumer USA Inc. ecfmail@mortoncraig.com mortoncraigecf@gmail.com |
| William E. Craig | on behalf of Creditor Mercedes-Benz Financial Services USA LLC ecfmail@mortoncraig.com mortoncraigecf@gmail.com |

TOTAL: 14

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| | : | |
| ANJANEYULU UPPALA | : | CASE NO.: 5-17-bk-02392-RNO |
|     Debtors | : | |
| | : | |
| CHARLES J. DEHART, III, TRUSTEE | : | |
|     Objectant | : | |
| | : | |
| vs. | : | |
| | : | |
| PENNSYLVANIA AMERICAN WATER | : | |
|     Claimant | : | |

## ORDER

**AND NOW**, at Wilkes-Barre, Pennsylvania, in said District, upon consideration of the Trustee's Objection to Claim No. 51 of Pennsylvania American Water and following Notice to Claimant Re Filing of Objection to Claim allowing an opportunity to respond, no response having been filed, it is hereby

**ORDERED** that Claim No. 51 of Pennsylvania American Water shall be deemed untimely filed.

Dated: December 1, 2020

By the Court,

*Robert N. Opel II* (signature)

Robert N. Opel, II, Bankruptcy Judge (DG)