# C. STEPHEN GURDIN, JR.
ATTORNEY AT LAW

67-69 PUBLIC SQUARE, SUITE 501
WILKES-BARRE, PA 18701-2512

———

(570) 826-0481
Fax: (570) 822-7780
E-Mail: cstepheng1@gmail.com

February 2, 2021

CLERK U.S. BANKRUPTCY COURT
Ronald Reagan Federal Bldg.
228 Walnut St., Rm. 320
Harrisburg, PA 17108

    RE:   ANJANEYULU UPPALA
           CH.13 CASE NO. 5:17-02392-RNO

Dear Madam/Sir:

    I have received returned mail for Itria Ventures, LLC, a creditor in the above-referenced bankruptcy. The incorrect address is:

> Itria Ventures, LLC
> 462 7th Ave., 20th Floor
> New York, NY 10018-7423

Please note the new address. Correspondence should be mailed to:

> Itria Ventures. LLC
> 1 Penn Plaza, Fl 45
> New York, NY 10119-4559

Kindly update your records. Thank you.

                              Very truly yours,

                              <u>/s/Michelle Bergeron</u>
                              Michelle Bergeron, Paralegal
                              For C. STEPHEN GURDIN, JR.