**C. STEPHEN GURDIN, JR.**
ATTORNEY AT LAW

67-69 PUBLIC SQUARE, SUITE 501
WILKES-BARRE, PA 18701-2512
———

(570) 826-0481
Fax: (570) 822-7780
E-Mail: cstepheng1@gmail.com

February 2, 2021

CLERK U.S. BANKRUPTCY COURT
Ronald Reagan Federal Bldg.
228 Walnut St., Rm. 320
Harrisburg, PA 17108

    RE: ANJANEYULU UPPALA
        CH.13 CASE NO. 5:17-02392-RNO

Dear Madam/Sir:

I have received returned mail for Rocco Haertter, Esq., a creditor in the above-referenced bankruptcy. The incorrect address is:

    Rocco Haertter, Esq.
    Courthouse Square Towers
    Suite 310
    216 N. River St.
    Wilkes-Barre, PA 18702-2523

Please note the new address. Correspondence should be mailed to:

    Rocco Haertter, Esq.
    400 3rd Ave., Ste. 12
    Kingston, PA 18704

Kindly update your records. Thank you.

    Very truly yours,

    <u>/s/Michelle Bergeron</u>
    Michelle Bergeron, Paralegal
    For C. STEPHEN GURDIN, JR.