United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Anjaneyulu Uppala  
    Debtor

Case No. 17-02392-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: AutoDocke     Page 1 of 4  
Date Rcvd: Aug 24, 2022     Form ID: 3180W     Total Noticed: 71

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 26, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Anjaneyulu Uppala, 400 Bobcat Lane, S. Abington Twp., PA 18411-9158 |
| cr | + | Fairway Consumer Discount Company, c/o Chariton, Schwager & Malak, 138 South Main Street, P.O. Box 910, Wilkes Barre, PA 18703-0910 |
| cr | #+ | Liberty Truck Center, Inc., PO Box 239, Harford, PA 18823, UNITED STATES 18823-0239 |
| 4931374 | + | Brigid E. Carey, Esq., P.O. Box 4466, Scranton, PA 18505-6466 |
| 4931378 | + | Chizkaya Kalmanowitz, 10 Getzil Berger Blvd. #302, Monroe, NY 10950-6319 |
| 4931381 | + | City of Scranton, c/o Northeast Revenue Service, Attn: Delinquent Waste Disposal, 340 N. Washington Ave., Scranton, PA 18503-1546 |
| 4931382 | | City of Scranton Tax Office, 1170 Hwy. 315, Ste. 5, Plains, PA 18702-6906 |
| 4931384 | + | Donna Donaher, Esq., First National Bank, One North Shore Center, 12 Federal St., 1st Fl., Pittsburgh, PA 15212-5753 |
| 4931385 | + | Fairway Consumer Discount Company, 8 Marion St., Luzerne, PA 18709-1419 |
| 4931387 | + | Fidelity Deposit & Discount Bank, 338 N. Washington St., Scranton, PA 18503-1554 |
| 4931386 | + | Fidelity Deposit & Discount Bank, 101 N. Blakely St., Dunmore, PA 18512-1900 |
| 4931388 | + | First Bank Puerto Rico, Attn: Bankruptcy, 9795 S Dixie Hwy, Pinecrest, FL 33156-2806 |
| 4931390 | | Fitzpatrick Lentz & Bubba, PC, 4001 Schoolhouse Lane, PO Box 219, Center Valley, PA 18034-0219 |
| 4931391 | + | Fox Capital, Inc., 140 Broadway, 46th Floor, New York, NY 10005-1155 |
| 4931392 | | Itria Ventures LLC, 1 Penn Plaza Floor 45, New York, NY 10119-4599 |
| 4942687 | + | Itria Ventures LLC, c/o John J. Winter, Esquire, The Chartwell Law Offices, LLP, 970 Rittenhouse Road, Suite 300, Eagleville, PA 19403-2265 |
| 4931395 | + | JR Petroleum, 400 Bobcat Lane, South Abington Twp., PA 18411-9158 |
| 4931393 | + | Jaydeen Corporation, 3900 Westside Ave., North Bergen, NJ 07047-6471 |
| 4931394 | + | Jeffrey W. Nepa, Esq., 41 N. Main St., Carbondale, PA 18407-2357 |
| 4931397 | | KML Law Group, P.C., Ste 5000 BNY Mellon Independence Ct, 701 Market St., Philadelphia, PA 19106-1541 |
| 4931398 | + | LA Commercial Services, LLC, 180 Sunset Ave., Greenfield Twp., PA 18407-3730 |
| 4931399 | + | Lackawanna County Tax Claim Bureau, Lackawanna Government Center, 123 Wyoming Ave., Scranton, PA 18503-2029 |
| 4970759 | | Liberty Truck Center Inc, Interstate 81 Exit 65, Harford, PA 18823 |
| 5020430 | | Liberty Truck Center, Inc., c/o David J. Harris, Esq., 69 Public Square, Ste. 501, Wilkes-Barre, PA 18701 |
| 4979713 | + | PENN EAST FEDERAL CREDIT UNION, ATTN B CHUFF, 1300 MEYLERT AVENUE, SCRANTON, PA 18509-2267 |
| 4931410 | | PPL, 827 Hausman Rd., Allentown, PA 18104-9392 |
| 4970991 | + | PPL Electric Utilities, 827 Hausman Road, Allentown, PA 18104-9392 |
| 4931406 | + | Penn East FCU Administration Office, 1300 Meylert Ave., Suite 201, Scranton, PA 18509-2267 |
| 4931407 | | Pennsylvania American Water, P.O. Box 371412, Pittsburgh, PA 15250-7412 |
| 4931411 | + | Rocco Haertter, Esq., 400 3rd Ave., Ste.12, Kingston, PA 18704-5816 |
| 4931415 | + | SRV Petroleum, LLC, 400 Bobcat Lane, South Abington Twp., PA 18411-9158 |
| 4931417 | + | SV Realty Group, LLC, 400 Bobcat Lane, Clarks Summit, PA 18411-9158 |
| 4931418 | + | SV Realty Group, LLC, 400 Bobcat Lane, South Abington Twp., PA 18411-9158 |
| 4931413 | + | Santarelli & Sons Oil Co., Inc., 443 Main St., Peckville, PA 18452-2409 |
| 4931414 | | Single Tax Office, William Fox, Collector of Taxes, P.O. Box 709, Scranton, PA 18501-0709 |
| 4931416 | + | Stellar Recovery Inc, 1327 Highway 2 West, Ste.100, Kalispell, MT 59901-3531 |
| 4931421 | + | The Chartwell Law Offices, LLP, 970 Rittenhouse Rd., Suite 300, Eagleville, PA 19403-2265 |
| 4933891 | + | The Fidelity Deposit and Discount Bank, 338 N. Washington Avenue, Scranton, PA 18503-1554 |
| 4931422 | + | The Kaplan Group, 2250 King Court, Ste. 50, San Luis Obispo, CA 93401-5543 |

| | | |
|---|---|---|
| 4931423 | + | Torres Crdit, Tcs Inc., Po Box 189, Carlisle, PA 17013-0189 |
| 4931424 | + | Vikisha Corp., 3900 West Side Ave., North Bergen, NJ 07047-6471 |

TOTAL: 41

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: enotifications@santanderconsumerusa.com | Aug 24 2022 18:37:00 | Santander Consumer USA Inc., P.O. Box 961245, Fort Worth, TX 76161-0244 |
| cr | + | EDI: BMJCONWAY.COM | Aug 24 2022 22:48:00 | Santarelli & Sons Oil Co., Inc., c/o Mark J. Conway, 502 S. Blakely Street, Dunmore, PA 18512-2237 |
| 4931373 | + | EDI: BANKAMER2.COM | Aug 24 2022 22:48:00 | Bank Of America, N.A., Po Box 982284, El Paso, TX 79998-2284 |
| 4931375 | + | Email/Text: bkdept@cancapital.com | Aug 24 2022 18:37:00 | Can Capital, 2015 Vaughn Road, Bldg. 500, Kennesaw, GA 30144-7831 |
| 4931379 | + | EDI: CITICORP.COM | Aug 24 2022 22:48:00 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, S Louis, MO 63179-0040 |
| 4931380 | + | EDI: CITICORP.COM | Aug 24 2022 22:48:00 | Citicards Cbna, Citicorp Credit Svc/Centralized Bankrupt, Po Box 790040, Saint Louis, MO 63179-0040 |
| 4931425 | + | EDI: CITICORP.COM | Aug 24 2022 22:48:00 | Visa Dept Store National Bank/Macy's, Attn: Bankruptcy, Po Box 8053, Mason, OH 45040 |
| 4982948 | | EDI: Q3G.COM | Aug 24 2022 22:48:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 4933541 | | EDI: DISCOVER.COM | Aug 24 2022 22:48:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 4931383 | + | EDI: DISCOVER.COM | Aug 24 2022 22:48:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 4931389 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Aug 24 2022 18:37:00 | First National Bank of Pennsylvania, One North Shore Center, 12 Federal St., Suite 105, Pittsburgh, PA 15212-5753 |
| 4931376 | | EDI: JPMORGANCHASE | Aug 24 2022 22:48:00 | Chase Card, Attn: Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 4931377 | | EDI: JPMORGANCHASE | Aug 24 2022 22:48:00 | JPMCB Card, PO Box 15278, Wilmington, DE 19850-5278 |
| 4968989 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 24 2022 18:49:38 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 4931402 | | Email/Text: camanagement@mtb.com | Aug 24 2022 18:37:00 | M & T Bank, 1 Fountain Plz, Buffalo, NY 14203 |
| 4931401 | | Email/Text: camanagement@mtb.com | Aug 24 2022 18:37:00 | M & T Bank, Po Box 844, Buffalo, NY 14240 |
| 4943414 | | Email/Text: camanagement@mtb.com | Aug 24 2022 18:37:00 | M&T Bank, P.O. Box 1288, Buffalo, NY 14240 |
| 4931404 | ^ | MEBN | Aug 24 2022 18:36:34 | MRS Associates, 1930 Olney Ave., Cherry Hill, NJ 08003-2016 |
| 4931403 | + | EDI: MERCEDES | Aug 24 2022 22:48:00 | Mercedes-Benz Financial, Po Box 685, Roanole, TX 76262-0685 |
| 4944352 | + | EDI: MERCEDES | Aug 24 2022 22:48:00 | Mercedes-Benz Financial Services USA LLC, c/o BK Servicing, LLC, PO Box 131265, Roseville, MN 55113-0011 |
| 4980271 | + | Email/Text: bankruptcydpt@mcmcg.com | | |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Aug 24 2022 18:37:00 | Midland Funding, LLC, Midland Credit Management, Inc. as, agent for Midland Funding, LLC, PO Box 2011, WARREN, MI 48090-2011 |
| 4931405 | + | Email/Text: riskmanagement@mulliganfunding.com | Aug 24 2022 18:37:00 | Mulligan Funding, 4619 Viewridge Ave., San Diego, CA 92123-5611 |
| 4931409 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 24 2022 18:37:00 | Pnc Bank, Attn: Bankruptcy, 2730 Liberty Ave, Pittsburgh, PA 15222 |
| 4982390 | | EDI: PRA.COM | Aug 24 2022 22:48:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 4931828 | + | EDI: RECOVERYCORP.COM | Aug 24 2022 22:48:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 4931408 | | Email/Text: csc.bankruptcy@amwater.com | Aug 24 2022 18:37:00 | Pennsylvania American Water, P.O.Box 578, Alton, IL 62002-0578 |
| 4939791 | + | Email/Text: enotifications@santanderconsumerusa.com | Aug 24 2022 18:37:00 | SANTANDER CONSUMER USA, P.O. Box 560284, Dallas, TX 75356-0284 |
| 4931412 | + | Email/Text: enotifications@santanderconsumerusa.com | Aug 24 2022 18:37:00 | Santander Consumer USA, Po Box 961245, Ft Worth, TX 76161-0244 |
| 4931419 | + | EDI: RMSC.COM | Aug 24 2022 22:48:00 | Synchrony Bank/ JC Penney, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 4931420 | + | EDI: RMSC.COM | Aug 24 2022 22:48:00 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |

TOTAL: 30

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Itria Ventures LLC, c/o John J. Winter, Esquire, The Chartwell Law Offices, LLP, 970 Rittenhouse Road, Suite 300, Eagleville, PA 19403-2265 |
| cr | *+ | Mercedes-Benz Financial Services USA LLC, c/o BK Servicing, LLC, PO Box 131265, Roseville, MN 55113-0011 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | *+ | The Fidelity Deposit and Discount Bank, 338 N. Washington Avenue, Scranton, PA 18503-1554 |
| 4959873 | *+ | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 4942689 | *+ | Itria Ventures LLC, c/o John J. Winter, Esquire, The Chartwell Law Offices, LLP, 970 Rittenhouse Road, Suite 300, Eagleville, PA 19403-2265 |
| 4931396 | *+ | JR Petroleum, LLC, 400 Bobcat Lane, South Abington Twp., PA 18411-9158 |
| 4931400 | ##+ | Liberty Petroleum Distributors, 1492 Oliver Rd., New Milford, PA 18834-7591 |

TOTAL: 0 Undeliverable, 7 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 26, 2022    Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 24, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian C Nicholas | on behalf of Creditor M&T BANK bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| C. Stephen Gurdin, Jr | on behalf of Plaintiff Anjaneyulu Uppala Stephen@gurdinlaw.com michelle@gurdinlaw.com |
| C. Stephen Gurdin, Jr | on behalf of Debtor 1 Anjaneyulu Uppala Stephen@gurdinlaw.com michelle@gurdinlaw.com |
| David Schwager | on behalf of Creditor Fairway Consumer Discount Company david@despalaw.com dschwagr@epix.net |
| David J. Harris | on behalf of Creditor Liberty Truck Center Inc. dh@lawofficeofdavidharris.com, davidharrisesqign@gmail.com;dhesq@outlook.com;LawOfficeofDavidJHarris@jubileebk.net |
| Edwin A Abrahamsen | on behalf of Creditor LA Commercial LLC nabrahamsen@law-aca.com, jguida@law-aca.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com |
| John J Winter | on behalf of Creditor Itria Ventures LLC jwinter@chartwelllaw.com amcclinton@chartwelllaw.com |
| Mark J. Conway | on behalf of Creditor Santarelli & Sons Oil Co. Inc. info@mjconwaylaw.com, connie@mjconwaylaw.com;mjc@mjconwaylaw.com |
| Rocco G. Haertter | on behalf of Creditor The Fidelity Deposit and Discount Bank Rocco.Haertter@outlook.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| William E. Craig | on behalf of Creditor Mercedes-Benz Financial Services USA LLC ecfmail@mortoncraig.com mortoncraigecf@gmail.com |
| William E. Craig | on behalf of Creditor Santander Consumer USA Inc. ecfmail@mortoncraig.com mortoncraigecf@gmail.com |

TOTAL: 14

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Anjaneyulu Uppala**<br>First Name    Middle Name    Last Name | Social Security number or ITIN   xxx–xx–2631<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN   ____<br>EIN   __–_____ |
| United States Bankruptcy Court  Middle District of Pennsylvania | | |
| Case number:  5:17–bk–02392–HWV | | |

# Order of Discharge                                                                                   12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   Anjaneyulu Uppala

**By the court:**   /s/ Henry W. Van Eck

_8/24/22_

Henry W. Van Eck, Chief Bankruptcy Judge

---

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

   ♦ debts that are domestic support obligations;

   ♦ debts for most student loans;

   ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**