United States Bankruptcy Court
Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-02392-HWV |
| Anjaneyulu Uppala | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

District/off: 0314-5  User: AutoDocke  Page 1 of 2
Date Rcvd: Nov 15, 2022  Form ID: fnldec  Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 17, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Anjaneyulu Uppala, 400 Bobcat Lane, S. Abington Twp., PA 18411-9158 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 17, 2022    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 15, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian C Nicholas | on behalf of Creditor M&T BANK bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| C. Stephen Gurdin, Jr | on behalf of Debtor 1 Anjaneyulu Uppala Stephen@gurdinlaw.com michelle@gurdinlaw.com |
| C. Stephen Gurdin, Jr | on behalf of Plaintiff Anjaneyulu Uppala Stephen@gurdinlaw.com michelle@gurdinlaw.com |
| David Schwager | on behalf of Creditor Fairway Consumer Discount Company david@despalaw.com dschwagr@epix.net |
| David J. Harris | on behalf of Creditor Liberty Truck Center Inc. dh@lawofficeofdavidharris.com, davidharrisesqign@gmail.com;dhesq@outlook.com;LawOfficeofDavidJHarris@jubileebk.net |
| Edwin A Abrahamsen | |

on behalf of Creditor LA Commercial LLC nabrahamsen@law-aca.com, jguida@law-aca.com

Jack N Zaharopoulos (Trustee)

TWecf@pamd13trustee.com

James Warmbrodt

on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com

John J Winter

on behalf of Creditor Itria Ventures LLC jwinter@chartwelllaw.com amcclinton@chartwelllaw.com

Mark J. Conway

on behalf of Creditor Santarelli & Sons Oil Co. Inc. info@mjconwaylaw.com, connie@mjconwaylaw.com;mjc@mjconwaylaw.com

Rocco G. Haertter

on behalf of Creditor The Fidelity Deposit and Discount Bank Rocco.Haertter@outlook.com

United States Trustee

ustpregion03.ha.ecf@usdoj.gov

William E. Craig

on behalf of Creditor Mercedes-Benz Financial Services USA LLC ecfmail@mortoncraig.com mortoncraigecf@gmail.com

William E. Craig

on behalf of Creditor Santander Consumer USA Inc. ecfmail@mortoncraig.com mortoncraigecf@gmail.com

TOTAL: 14

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Anjaneyulu Uppala,<br>**Debtor 1** | Chapter 13<br>Case No. 5:17−bk−02392−HWV |

Social Security No.:
xxx−xx−2631

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

## IT IS ORDERED THAT:

**Jack N Zaharopoulos (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

By the Court,

*Henry W. Van Eck*

Henry W. Van Eck, Chief Bankruptcy Judge

Dated: November 15, 2022

**fnldec** (01/22)